IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC.    )<br>                                                                )<br>          Plaintiff,                           )<br>                                                                )          Civil Action No._____<br>vs.                                                         )<br>                                                                )<br>REGINALD CLARK, et al.             )<br>                                                                )<br>          Defendant.                       ) | |

## LOCAL RULE 7.1 DISCLOSURE

Pursuant to Local Rule 7.1 of the District of Columbia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for CUMIS Insurance Society, Inc. in the above captioned action certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

_____
Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax:    (703) 847-4499

Counsel for CUMIS Insurance
Society, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Local Rule 7.1 Disclosure was served with the Complaint.

_____
Amy S. Owen