U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Cumis Insurance Society, Inc.

vs.

Reginald Clark, et al.

No. 1:05CV01277 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

   I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Local Rule 7.1 Disclosure and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

   That my date of birth / age is 02-09-1958.

   That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

   That service was made by a private process server.

   That I am not a party to or otherwise interested in this suit.

   That at 6:43 pm on August 1, 2005, I served Reginald Clark at 1166 5th Street, NE, Washington, DC 20002 by serving Valias Rodrigue, brother-in-law, a person of suitable age and discretion who stated he resides therein with the defendant. Described herein:

```
   SEX-    MALE
   AGE-    55
HEIGHT-    5'10"
  HAIR-    BLACK
WEIGHT-    180
 COLOR-    BLACK
```

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  08-02-05
             Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 156257