IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.        :
                                     :
    Plaintiff,                       :
                                     :
v.                                   : Case No.: 1:05CV01277
                                     : Judge: Paul L. Friedman
REGINALD CLARK et al                 :
                                     :
    Defendants.                      :

## DEFENDANT, REGINALD CLARK'S MOTION TO DISMISS COMPLAINT AND REQUEST FOR A HEARING

Reginald Clark, Defendant, by his counsel, David W. Lease and Smith, Lease & Goldstein, LLC, moves pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(5) and 12(b)(6) to dismiss the Complaint filed by CUMIS Insurance Society, Inc. ("CUMIS") for failing to plead its claims of fraud with particularity, insufficiency of service of process and for failing to state a claim upon which relief may be granted. The grounds for the motion are fully set forth in the accompanying Memorandum. A proposed Order is also submitted.

WHEREFORE, Reginald Clark respectfully request that the Court dismiss the complaint filed in the above captioned case, assess costs against CUMIS and provide for such further relief as the Court deems just and appropriate.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By: _____
David W. Lease
Bar No.: MD09426
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Tel:   (301) 838-8950
Fax:   (301) 838-0322

Counsel for Defendant

### Request for Hearing

Defendant Reginald Clark hereby request a hearing on the Motion To Dismiss.

_____
David W. Lease

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August 2005, a copy of the foregoing Motion to Dismiss And Request for Hearing was mailed, first class, postage prepaid, to the following person(s):

Amy S. Owen, Esquire
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182

_____
David W. Lease

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

2