**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA**

CUMIS INSURANCE SOCIETY, INC.      :
                                   :
     Plaintiff,                    :
                                   :
v.                                 :  Case No.: 1:05CV01277
                                   :  Judge: Paul L. Friedman
REGINALD CLARK  et al              :
                                   :
     Defendants.                   :

**O R D E R**

UPON CONSIDERATION of Reginald Clark's Motion to Dismiss the and the Opposition filed by the Plaintiff, it is this _____ day of _____, 2005, by the United States District Court for the District of Columbia;

ORDERED, that Defendant's Motion is GRANTED; and it is further;

ORDERED, that the Complaint is hereby DISMISSED, and it is further;

ORDERED, that costs be assessed against the Plaintiff.

_____
Judge Paul L. Friedman
United States District Court

Copies to:

David W. Lease                          Amy S. Owen
Smith, Lease & Goldstein, LLC           Cochran & Owen, LLC.
11 North Washington Street, Suite 520   8000 Towers Crescent Drive, Suite 160
Rockville, MD  20850                    Vienna, VA 22182

Counsel for Defendant, Clark            Counsel for Plaintiff