IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC. :
:
　　　　Plaintiff, :
:
v. : Case No.: 1:05CV01277
: Judge: Paul L. Friedman
REGINALD CLARK et al :
:
　　　　Defendants. :

### AFFIDAVIT OF REGINALD CLARK

Upon being sworn, Reginald Clark stated as follows:

1. My name is Reginald Clark. I am an adult and I am competent to testify as to the matters set forth herein.

2. My home address is 1166 5th Street, N.E., Washington, D.C. 20002

3. I have never resided with Valias Rodrigue nor is he my brother-in-law or otherwise related to me in anyway.

4. My aunt, Mae Smith, does not now nor did she on August 1, 2005, reside with me at the 5th Street address.

5. I was never personally served with any papers in regard to this case.

6. On information and belief, Mr. Rodrigue is the father to the tenant who rents a separate basement apartment from me and does not speak English very well.

7. On information and belief Mr. Rodrigue does not reside with daughter in the basement apartment.

8. The separate basement apartment may be accessed only through the separate and independent entrance and can not be accessed through the upstairs portion of

the house. Additionally, the basement apartment has a separate mail box, addressed as 1166B 5th Street, N.E. Washington, D.C. 20002.

I DECLARE UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE AND CORRECT.

Reginald Clark