IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.    )
                                 )
        Plaintiff,               )    Civil Action No.: 1:05cv01277
                                 )    Judge: Paul L. Friedman
v.                               )
                                 )
REGINALD CLARK, et al.           )
                                 )
        Defendants.              )
                                 )

## AFFIDAVIT OF DWAYNE BOSTON

I, Dwayne G. Boston, hereby state and affirm that the following facts are true and accurate to the best of my knowledge and belief:

1. My name is Dwayne G. Boston and I am employed by Capitol Process and Investigative Services. My business address is 1827 18th Street, N.W., Washington, D.C. 20009.

2. On August 1, 2005, I served a Summons for Reginald Clark upon an individual who identified himself as Valias Rodrigue at 1166 5th Street, N.E., Washington, D.C. 20002.

3. Mr. Rodrigue was sitting on the front porch of the home at 1166 5th Street, N.E., Washington, D.C. 20002.

4. Mr. Rodrigue stated that Mr. Clark was not at home.

5. Mr. Rodrigue identified himself as Mr. Clark's brother-in-law.

6. Mr. Rodrigue understood my questions and did not have any difficulty responding in English.

7. Mr. Rodrigue accepted service on behalf of Mr. Clark.

EXHIBIT A

8. While at 1166 5th Street, N.E., Washington, D.C. 20002, I did not go to the back of the house, nor did I see a second residence located on the site of the property.

_____
Dwayne G. Boston

DISTRICT OF COLUMBIA, to wit:

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that DWAYNE G. BOSTON, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 6th day of September, 2005.

_____
Angela H. Croson
Notary Public

My commission expires: 03-31-09



**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates
Tax Rate Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

**SEARCH BY TOPIC**


QUESTIONS?
Ask Our Online Service Rep

## Real Property Assessment Database - Search Results

New Search

Results 1 to 1 of 1   first| previous | next | last

Click on a property to view detail and assessment information.

| Square/Suffix/ Lot | Premise Address | Owner Name | Neighborhood | Sub-Neighborhood | Use Code | 2006 T Assess |
|---|---|---|---|---|---|---|
| 0805 0810 | 1166 5TH ST NE | REGINALD CLARK | OLD CITY I | L | 11 | $214,920 |

Results 1 to 1 of 1   first| previous | next | last

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials
Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue,
Washington, DC 20004


EXHIBIT
B




**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates
Tax Rate Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

**SEARCH BY TOPIC**


QUESTIONS?
Ask Our Online Service Rep

 Prev

## Property Detail

**Address:** 1166 5TH ST NE
**SSL:** 0805 0810

### Record Details

| | | | |
|---|---|---|---|
| Neighborhood: | OLD CITY I | Sub-Neighborhood: | L |
| Use Code: | 11 - | Class 3 Exception: | No |
| Tax Type: | E0 - | Tax Class: | 001 - |
| Homestead Status: | ** Not receiving the Homestead Deduction | | |
| Assessor: | KIM JACOBS MATHIS | | |
| Gross Building Area: | | Ward: | 6 |
| Land Area: | 1,510 | Triennial Group: | 2 |

### Owner and Sales Information

| | |
|---|---|
| Owner Name: | REGINALD CLARK |
| Mailing Address: | 10901 NEW SALEM AVE; LARGO MD20774-2308 |
| Sale Price: | $130,000 |
| Sale Date: | 06/23/2000 |
| Instrument No.: | 58722 |

### Tax Year 2006 Preliminary Assessment Roll

| | Current Value | Proposed New Value (2006) |
|---|---|---|
| Land: | $80,480 | $100,840 |
| Improvements: | $86,640 | $114,080 |
| Total Value: | $167,120 | $214,920 |
| Taxable Assessment:* | $167,120 | $214,920 |

\* Taxable Assessment after Tax Assessment Credit and after $38,000 Homestead Credit, if applicable. (Click here for more information).

\*\* If you believe you should be receiving tax relief through the Homestead deduction program and if you are domiciled in the District and this property is your principal place of residence, you can access the link below, complete the form, and return it per the instructions. For additional information regarding the Homestead program, call (202)727-4TAX. Click here to download the Homestead Deduction and Senior Citizen Tax Relief application *

View Tax Information | View Property Features | View Payments

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004




| DC HOME | DC GUIDE | RESIDENTS | BUSINESS | VISITORS | DC GOVERNMENT |

**CFO HOME**

**TAXPAYER SERVICE CENTER**

**REAL PROPERTY SERVICES**
Property Tax Bills
Property Tax Rates
Tax Rate Calculation
Property Assessment Process
Property Assessment Appeals
Tax Relief Credits
Search Real Property Sales Database
Search Real Property Assessment Database

**SEARCH BY TOPIC**


QUESTIONS? Ask Our Online Service Rep

## Property Features
### SSL: 0805   0810

All information below will be updated on a monthly basis.

| | |
|---|---|
| **Building Type** | Row End |
| **Building Style** | 2 Story |
| **Living Area** | 1,120 |
| **Year Built** | 1890 |
| **Bed Rooms** | 3 |
| **Bath Rooms** | 1 |
| **1/2 Bath Rooms** | 0 |
| **Total Rooms** | 6 |
| **Wall** | Common Brick |
| **Floor** | Hardwood |
| **Heat** | Hot Water Rad |
| **Air Conditioning** | None |
| **Fireplace(s)** | 0 |

**Click here to view the Glossary of Terms for the Property Features data.

View Property Detail | View Tax Information | View Payments

Government of the District of Columbia
Citywide Call Center : (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004