**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CUMIS INSURANCE SOCIETY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05cv01277 |
| | ) | Judge Paul L. Friedman |
| v. | ) | |
| | ) | |
| REGINALD CLARK, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

This _____ day of _____, 2005, came the parties, by counsel, and argued Defendant's Motion to Dismiss the Complaint filed herein.

Upon the matters presented to the Court at the hearing, it is

ADJUDGED, ORDERED AND DECREED as follows:

The Court does hereby Order the Defendant's Motion to Dismiss be denied and direct that the responsive pleadings be filed on or before the ____ day of _____, 2005.

_____
Judge Paul L. Friedman
United States District Court

Copies to:

| | |
|---|---|
| Amy S. Owen | David W. Lease |
| Cochran & Owen, LLC | Smith, Lease & Goldstein, LLC |
| 8000 Towers Crescent Drive, Suite 160 | 11 North Washington Street, Ste 520 |
| Vienna, VA  22182 | Rockville, MD  20850 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |