**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC.  )<br> )<br>        Plaintiff,                    )<br> )<br>vs.                                          )<br> )<br>REGINALD CLARK, et al.       )<br> )<br>        Defendants.               )<br>_____) | Civil Action No.: 1:05CV01277<br>Judge:  Paul L. Friedman |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST TONIA SHULER**

Pursuant to Rule 55, and as discussed more fully in the accompanying memorandum, Plaintiff requests a default judgment against Tonia Shuler because she has been properly served, she has failed to answer, and the Complaint seeks a sum certain.

Respectfully submitted,

         /s/ Amy S. Owen
Amy S. Owen (411601)
Cochran & Owen, LLC
8000 Towers Crescent Dr., Suite 160
Vienna, VA  22182
(703) 847-4480 (phone)
(703) 847-4499 (fax)

Counsel for CUMIS Insurance
Society, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of October, 2005, I forwarded a copy of Plaintiff's Motion for Default Judgment via first class mail, postage pre-paid to the following:

>Tonia Shuler
>4362 Southern Ave., S.E.
>Washington, DC 20019

>David W. Lease
>Smith, Lease & Goldstein, LLC
>11 North Washington Street, Suite 520
>Rockville, MD 20850

        /s/ Amy S. Owen
        Amy S. Owen