**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC.    )<br>                                                              )<br>           Plaintiff,                                 )<br>                                                              )   Civil Action No.: 1:05CV01277<br>vs.                                                        )   Judge:  Paul L. Friedman<br>                                                              )<br>REGINALD CLARK, et al.                  )<br>                                                              )<br>           Defendants.                           )<br>_____) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT
AGAINST TONIA SHULER**

Pursuant to Rule 55, Plaintiff is entitled to a default judgment for the following reasons:

1.   On June 27, 2005, CUMIS Insurance Society, Inc. filed a Complaint, seeking damages for unjust enrichment from Tonia Shuler as a result of her receipt of funds as part of a larger scheme by Reginald Clark to defraud Hoya Federal Credit Union.

2.   Tonia Shuler was served by hand delivery on August 18, 2005 at her residence.  Attached as Exhibit A is a copy of the filed return.  Ms. Shuler's response to the Complaint was due on or before September 7, 2005.  No response has been filed.

3.   Ms. Shuler is not a minor or incompetent and is not entitled to protection under the Soldiers and Sailors Civil Relief Act of 1940 as amended. Attached as Exhibit B is a Soldiers and Sailors Relief Affidavit.

    4.    The Complaint seeks a sum certain in favor of CUMIS Insurance Society, Inc. in the amount of $3,291.50 plus attorneys' fees, costs, expenses and such other relief as the Court deems appropriate.

Accordingly, CUMIS Insurance Society Inc. requests that the Court enter Default Judgment against Tonia Shuler, jointly and severally, in favor of CUMIS Insurance Society, Inc. in the amount of $3,291.50 plus such other relief as the Court deems appropriate.

Respectfully submitted,

\_\_\_\_\_/s/ Amy S. Owen\_\_\_\_
Amy S. Owen (411601)
Cochran & Owen, LLC
8000 Towers Crescent Dr., Suite 160
Vienna, VA  22182
(703) 847-4480 (phone)
(703) 847-4499 (fax)

Counsel for CUMIS Insurance Society, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2005, I forwarded a copy of Plaintiff's Memorandum in Support of Motion for Default Judgment via first class mail, postage pre-paid to the following:

Tonia Shuler
4362 Southern Ave., S.E.
Washington, DC 20019

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD 20850

          /s/ Amy S. Owen
Amy S. Owen