U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Cumis Insurance Society, Inc.

vs.

Reginald Clark, et al.

No. 1:05CV01277 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC


I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Local Rule 7.1 Disclosure and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

That my date of birth / age is 02-09-1958.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 8:55 pm on August 18, 2005, I served Tonia Shuler at 4362 Southern Avenue, SE, Washington, DC 20019 by serving Tonia Shuler, personally.  Described herein:

```
   SEX-   FEMALE
   AGE-   45
HEIGHT-   5'7"
  HAIR-   BROWN
WEIGHT-   165
 COLOR-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.


Executed on ___08·19-05___
              Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 156261