IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.     )
                                  )
        Plaintiff,                )
                                  )   Civil Action No.: 1:05CV01277
vs.                               )   Judge: Paul L. Friedman
                                  )
REGINALD CLARK, et al.            )
                                  )
        Defendants.               )
_____)

### SOLDIERS AND SAILORS RELIEF AFFIDAVIT

I, Sue Aucremann, Subrogation Specialist for CUMIS Insurance Society, Inc., hereby state and affirm under oath, to the best of my knowledge and belief, that the defendant, Tonia Shuler, is a competent adult and is not in the military service of any nation allied with the United States, is not a member of the reserves of the United States, and has not been ordered to report for induction under the Selective Training and Service Act of 1940 as Amended.

_Sue Aucremann_
Sue Aucremann

STATE OF WISCONSIN :
COUNTY OF DANE :

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that SUE AUCREMANN, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 4th day of October 2005.

*Sharon L. Toal*
Notary Public

My Commission Expires: 6/8/08