**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CUMIS INSURANCE SOCIETY, INC.    )
                                 )
          Plaintiff,       )        Civil Action No.: 1:05cv01277
                                 )        Judge Paul L. Friedman
v.                             )
                                 )
REGINALD CLARK, et al.         )
                                 )
         Defendants.     )
_____)

**ORDER**

     Upon consideration of the Plaintiff's Motion for Default Judgment Against

Tonia Shuler Pursuant to Rule 55, and the record hereto, it is hereby

     **ORDERED**, that Plaintiff's Motion for Default Judgment Against Tonia

Shuler is granted, and it is hereby

     **ORDERED**, that a **final judgment** shall be entered on behalf of CUMIS

Insurance Society, Inc. against **Tonia Shuler** in the amount of $3,291.50.


_____                 _____
Date                         Judge Paul L. Friedman
                             United States District Court


Copies to:

Amy S. Owen
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Counsel for Plaintiff

Tonia Shuler
4362 Southern Ave., S.E.
Washington, D.C. 20019


David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD  20850
Counsel for Reginald Clark