Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY INC
        Plaintiff(s)

        V.

                                        Civil Action No. 05-1277PLF

REGINALD CLARK, et al.,
        Defendant(s)

RE: TONIA SHULER

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 8/18/05, and an affidavit on behalf of the plaintiff having been filed, it is this 6th day of October, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Lawana Davis_
        Deputy Clerk