UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD CLARK, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 05-1277 (PLF) |

ORDER

The Court has before it plaintiff's Motion for Entry of Default Judgment Against Tonia Shuler. Ms. Shuler was served with process via hand delivery on August 18, 2005, and an affidavit of said service was filed with the Court. Defendant filed no response, and on October 6, 2005, the Clerk of the Court for the United States District Court for the District of Columbia declared that defendant is in default for failure to plead or otherwise defend this action. Defendant is not an infant or incompetent person. Plaintiff seeks a judgment of $3,291.50 plus attorneys' fees and costs. Upon consideration of the foregoing, it is hereby

ORDERED that defendant show cause in writing, on or before October 28, 2005, why the Court should not enter a default judgment against her in favor of the plaintiff.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: October 7, 2005