UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CUMIS INSURANCE SOCIETY, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-1277 (PLF) |
| REGINALD CLARK, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

The complaint in this case was filed on June 27, 2005. Affidavits of service have been filed as to three of the four defendants, but there is no record that a copy of the complaint has been served on defendant Derrick Eatmon. Plaintiff's attention is directed to Fed. R. Civ. P. 4(m), which provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

In order to avoid the finality of a mandatory dismissal of the case as to Mr. Eatmon, it is hereby

ORDERED that within 15 days of the date of this order, plaintiff either cause process to be served as to Derrick Eatmon <u>and</u> proof of service to be filed with the Court, or file a status report with the Court advising why service on that defendant has not been made.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 15, 2005