IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:05CV01277 |
| vs. ) | Judge:  Paul L. Friedman |
| ) | |
| REGINALD CLARK, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST MAE SMITH**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, and as discussed more fully in the accompanying memorandum, Plaintiff requests a default judgment against Mae Smith because she has been properly served, she has failed to answer, and the Complaint seeks a sum certain.

Respectfully submitted,

   /s/ Amy S. Owen
Amy S. Owen (411601)
Ben Selan (75789)
Cochran & Owen, LLC
8000 Towers Crescent Dr., Suite 160
Vienna, VA  22182
(703) 847-4480 (phone)
(703) 847-4499 (fax)

Counsel for CUMIS Insurance
Society, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2005, I forwarded a copy of Plaintiff's Motion for Default Judgment via first class mail, postage pre-paid to the following:

Mae Smith
1166 5th Street, N.E.
Washington, DC  20002

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD 20850


     /s/ Amy S. Owen
Amy S. Owen