U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Cumis Insurance Society, Inc.

vs.

Reginald Clark, et al.

No. 1:05CV01277 PLF

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DWAYNE G. BOSTON, having been duly authorized to make service of the Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Complaint; Local Rule 7.1 Disclosure and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 02-09-1958.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 6:43 pm on August 1, 2005, I served Mae Smith at 1166 5th Street, NE, Washington, DC 20002 by serving Valias Rodrigue, brother-in-law, a person of suitable age and discretion who stated he resides therein with the defendant. Described herein:

```
   SEX-    MALE
   AGE-    55
HEIGHT-    5'10"
  HAIR-    BLACK
WEIGHT-    180
 COLOR-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on  08-02-05
             Date

DWAYNE G. BOSTON
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 156262

EXHIBIT A

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    COLUMBIA

CUMIS INSURANCE SOCIETY, INC.

V.

REGINALD CLARK, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:05CV01277

JUDGE: Paul L. Friedman

DECK TYPE: General Civil

DATE STAMP: 06/27/2005

TO: (Name and address of Defendant)

Mae Smith
1166 5th Street, N.E.
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy S. Owen, Esq.
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
(703) 847-4480

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      JUN 27 2005

CLERK      DATE

*(signature)*
(By) DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 1:05CV01277<br>Judge: Paul L. Friedman |

**SOLDIERS AND SAILORS RELIEF AFFIDAVIT**

I, Sue Aucremann, Subrogation Specialist for the Plaintiff, CUMIS Insurance Society, Inc., hereby state and affirm under oath, to the best of my knowledge and belief, that Mae Smith is a competent adult who is not in the military service of the United States or its Allies, that is to say Mae Smith is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and Mae Smith is not on active duty with any branches aforesaid, nor is she under training or education under the supervision of the United States preliminary to induction into the military services; and Mae Smith is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is she a member of the Enlisted Reserve Corps ordered to report for military service.

*Sue Aucremann*
Sue Aucremann

EXHIBIT B

STATE OF WISCONSIN :
COUNTY OF DANE :

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that SUE AUCREMANN, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 6th day of December 2005.

*Terry Goehring*
Notary Public

My Commission Expires: 8-23-09