**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No.: 1:05cv01277 |
| ) | Judge Paul L. Friedman |
| v. ) | |
| ) | |
| REGINALD CLARK, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER**

Upon consideration of the Plaintiff's Motion for Default Judgment Against Mae Smith, Pursuant to Rule 55 of the Federal Rules of Civil Procedure, and the record hereto, it is hereby

**ORDERED**, that Plaintiff's Motion for Default Judgment Against Mae Smith is granted, and it is hereby

**ORDERED**, that a **final judgment** shall be entered on behalf of CUMIS Insurance Society, Inc. against **Mae Smith** in the amount of $12,500.00.

_____                    _____
Date                          Judge Paul L. Friedman
                              United States District Court

Copies to:

Amy S. Owen
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

Counsel for Plaintiff

Mae Smith
1166 5th Street, N.E.
Washington, DC  20002


David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD  20850

Counsel for Reginald Clark