AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    COLUMBIA

CUMIS INSURANCE SOCIETY, INC.

**SUMMONS IN A CIVIL CASE**

V.

REGINALD CLARK, et al.

CASE NUMBER: 1:05CV01277

P.L.F.

TO: (Name and address of Defendant)

Reginald Clark
1166 5th Street, N.E.
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Amy S. Owen, Esq.
Cochran & Owen LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
(703) 847-4480

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          NOV 11 2005

CLERK                                                             DATE

*T. Davis*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> * | DATE<br>11-21-05 at 8:06 p.m. |
| NAME OF SERVER (PRINT)<br>Ambiko Guice | TITLE<br>Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: **Mrs. Clark, wife**

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $55.00 | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11-22-05
              Date

Signature of Server

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050
Address of Server

* Notice of Right to Consent to Trial Before a United States Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Local Rule 7.1 Disclosure and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.