UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1277 (PLF) |
| ) | |
| REGINALD CLARK, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AND JUDGMENT

The Court has before it plaintiff's motion for entry of default judgment against defendant Tonia Shuler. Plaintiff seeks $3,291.50 in damages from Ms. Shuler for unjust enrichment as a result of her receipt of funds as part of a scheme by defendant Reginald Clark to defraud Hoya Federal Credit Union.

Plaintiff filed an affidavit of service as to Ms. Shuler on August 24, 2005, stating that she had been served with process personally on August 18, 2005. Ms. Shuler did not respond within the time provided by the Federal Rules of Civil Procedure, and plaintiff filed a motion for entry of default judgment on October 4, 2005. On October 6, 2005, the Clerk of the Court entered a default against Ms. Shuler. The Court ordered defendant to show cause by October 28, 2005 why the Court should not enter a default judgment against her in favor of plaintiff. That date has passed without a response from the defendant. Plaintiffs' motion for default judgment will be granted. See FED. R. CIV. P. 55(b)(2). Accordingly, it is hereby ORDERED that

1. Plaintiff's motion for entry of default judgment against defendant Tonia Shuler [11] is GRANTED.

2. Judgment shall be entered against defendant Tonia Shuler in favor of plaintiff in the amount of three thousand two hundred ninety-one dollars and fifty cents ($3,291.50).

3. Plaintiff is allowed such writs and processes as may be necessary in the enforcement and collection of this judgment.

4. This Order and Judgment shall constitute a FINAL JUDGMENT as to defendant Tonia Shuler. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 20, 2005