IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CUMIS INSURANCE SOCIETY, INC. | : | |
| Plaintiff, | : | |
| v. | : | Case No.: 1:05CV01277 |
| | : | Judge: Paul L. Friedman |
| REGINALD CLARK  et al | : | |
| Defendants. | : | |

## SUPPLEMENTAL MOTION TO DISMISS

Defendant, Reginald Clark, by his counsel, David W. Lease and Smith, Lease & Goldstein, LLC, files this Supplemental Motion to Dismiss the Complaint pursuant to Fed R. Civ. P. 12(b)(5) for insufficient service of process based upon Plaintiff's second improper attempt at service.

## INTRODUCTION

CUMIS Insurance Society, Inc., ("CUMIS") has filed a complaint alleging, *inter alia,* that Mr. Clark fraudulently converted money from Hoya Federal Credit Union ("Hoya"). Initially CUMIS contended in an Affidavit of Service that Mr. Clark had been served by a hand delivery of the Summons and Complaint on a third party in the area of his residence. In response, Mr. Clark filed a Motion to Dismiss, which asserted, *inter alia*, that service was insufficient.[1] In response, CUMIS claimed its service was proper but nonetheless sought the reissuance of service and again attempted to serve Mr. Clark. As more fully set forth below, this second attempt at service was no more successful than the first ill-fated attempt, and no service has yet been obtained.

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

---

[1] Mr. Clark also moved to dismiss the Complaint pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6).

**ARGUMENT**

I.   MR. CLARK HAS NOT BEEN PROPERLY SERVED IN THIS CASE.

CUMIS' second Affidavit of Service as to Mr. Clark alleges that service was made upon "Mrs. Clark, wife" without providing any identifying information whatsoever.  The service of process was purportedly made upon a "person of suitable age and discretion residing at Mr. Clark's dwelling house."  However, as set forth in the accompanying affidavit of Shellrae S. Lane,[2] the process server did not serve Mrs. Clark but rather attempted to serve Ms. Lane, the nineteen year-old babysitter of the Clarks.  Although Ms. Lane does not reside at Mr. Clark's dwelling house and advised the process server of this fact and that she was not Mr. Clark's wife, the process server simply dropped the documents on the ground in front of Ms. Lane.  This attempt does not meet the requirements for substituted service set forth in Fed. R. Civ. P. 4.

As set forth in Plaintiff's initial Motion to Dismiss, "actual notice will not substitute for technically correct service under Fed. R. Civ. P. 4.  If service is not properly made, the court has no jurisdiction to render a personal judgment against a defendant."  <u>Moskovitz v. Drug Enforcement Admin.</u>, 774 F. Supp. 649, 652 (D.C. 1991).  Consequently, the Complaint should be dismissed.

**CONCLUSION**

For the reasons stated in the initial Motion to Dismiss, as well as set forth above in this Supplemental Motion to Dismiss, the Complaint filed in this case should be dismissed pursuant to Fed. R. Civ. P. 12(b)(5) for insufficient service of process.

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

---

[2] The Affidavit of Shellrae S. Lane is attached hereto as **Exhibit 1.**

                    Respectfully submitted,

                    SMITH, LEASE & GOLDSTEIN, LLC

By:   *David W. Lease*
       David W. Lease
       Bar No.: MD09426
       11 North Washington Street
       Suite 520
       Rockville, Maryland 20850
       Tel:   (301) 838-8950
       Fax:  (301) 838-0322

       Counsel for Defendant

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 20th day of December 2005, a copy of the foregoing Supplemental Motion to Dismiss, was mailed, first class, postage prepaid, to the following person(s):

                    *David W. Lease*
                    David W. Lease

Z:\Clark.Reginald\Suppl. Motion to Dismiss.doc

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950