IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.    :
                                 :
            Plaintiff,            :
                                 :
v.                               :    Case No.: 1:05CV01277
                                 :    Judge: Paul L. Friedman
REGINALD CLARK et al             :
                                 :
            Defendants.           :

### AFFIDAVIT OF SHELLRAE S. LANE

I, Shellrae S. Lane, am over eighteen years of age, am competent to testify, and have personal knowledge of the following facts:

1. I am currently nineteen years old.

2. On November 21, 2005, I had been watching Reginald Clark's children, ages eight and thirteen, and was returning with them to their residence. Upon entering the property gate, a strange man began to question the oldest child about her age.

3. I became immediately concerned that this man was in the area conducting illegal activity and asked him to leave the property.

4. This man stated he had some documents that he wanted me to sign for. He seemed to believe that I was Mr. Clark's wife, but I told him I was not. I also told him that I did not reside at the premises and could not accept any documents. This man then stated that if I would not accept the documents, he would drop them on the ground and when I continued to refuse the documents, he dropped the items on the ground in the rain and left.

The documents appeared to involve a lawsuit against Mr. Reginald Clark and others.

I DECLARE UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE CONTENTS OF THE FOREGOING PAPER ARE TRUE AND CORRECT.

*Shellrae Lane* (signature)

Shellrae S. Lane