IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:05CV01277 |
| vs. ) | |
| ) | |
| REGINALD CLARK, et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT JUDGMENT

I hereby certify under penalty of perjury, this 22nd day of December, 2005, that I am the attorney of record for the Plaintiff in the above-entitled case, and that the defendant Mae Smith was served with process on August 1, 2005.

I further certify under the penalty of perjury that no appearance has been entered by said defendant in this case; no pleading has been filed and none served upon the attorney for the plaintiff; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant.

Respectfully submitted,

/s/ Amy S. Owen
Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax:    (703) 847-4499

Counsel for CUMIS Insurance
Society, Inc.

COMMONWEALTH OF VIRGINIA:
COUNTY OF FAIRFAX:

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that AMY S. OWEN, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 22nd day of December 2005.

*Darly M. Hitchcock*
Notary Public

My Commission Expires: 8/31/2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2005, I forwarded a copy of the foregoing Affidavit in Support of Default Judgment via first class mail, postage pre-paid to the following:

Mae Smith
1166 5th Street, N.E.
Washington, DC 20002

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD 20850

_____
Amy S. Owen