IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 1:05CV01277 |

### DEFAULT

It appearing that defendant Mae Smith has failed to plead or otherwise defend this action though duly served with a summons and a copy of the complaint on the first day of August, 2005, and an affidavit on behalf of the Plaintiff has been filed, it is this _____ day of _____, 2005 declared that the defendant Mae Smith is in default.

Nancy M. Mayer-Whittington, Clerk


By_____
　　　　　Deputy Clerk