IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC. )
)
Plaintiff, )
) Civil Action No.: 1:05cv01277
) Judge: Paul L. Friedman
v. ) Next Event: Meet and Confer
) Status Conference -
) 01/24/06
REGINALD CLARK, et al. )
)
Defendants. )

## AFFIDAVIT OF AMBIKO GUICE

I, Ambiko Guice, hereby state and affirm that the following facts are true and accurate to the best of my knowledge and belief:

1. My name is Ambiko Guice and I am employed by Capitol Process and Investigative Services. My business address is 1827 18th Street, N.W., Washington, D.C. 20009.

2. On November 21, 2005, I went to 1166 5th Street, N.E., Washington, D.C. 20002 to serve a Summons upon Mr. Reginald Clark at his home.

3. On my first attempt to serve Mr. Clark on November 21, 2005, a man answered the door, identified himself as Mr. Clark's brother and stated that he was only doing work on the house.

4. On my second attempt to serve Mr. Clark on November 21, 2005, after I knocked on the door, whoever was inside the home pulled the shades and did not answer the door.

EXHIBIT A

5. At that point in time a young lady entered the yard of the home on 1166 5th Street, N.E., Washington, D.C. 20002. When I asked the young lady if she lived at the house and if she knew Reginald Clark, she responded that she was Mr. Clark's daughter.

6. The individual who identified herself as Mr. Clark's daughter called to someone down the street. I asked her who she was shouting at, and the young lady stated that it was her mother.

7. As the woman approached from the street, she was carrying groceries, I asked if she was Reginald Clark's wife and she acknowledged that she was the wife of Reginald Clark.

8. I had a cordial conversation with the wife of Reginald Clark. I attempted to give her papers three times, and she stated that she did not want to accept them.

9. I then placed the Summons at her feet, told her that she had been served, and left the premises.

_/s/ Ambiko Guice_
Ambiko Guice

DISTRICT OF COLUMBIA, to wit:

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that AMBIKO GUICE, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 28th day of December, 2005.

_/s/ Angela H. Crosan_
Notary Public

My commission expires: 03-31-09