**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |   |
|---|---|---|
| CUMIS INSURANCE SOCIETY, INC. | ) ) ) | Civil Action No.: 1:05cv01277 |
| Plaintiff, | ) ) | Judge Paul L. Friedman |
| v. | ) ) | Next Event:  Meet and Confer Status Conference 01/24/06 |
| REGINALD CLARK, et al. | ) ) |   |
| Defendants | ) ) |   |

**DERRICK EATMON STATUS REPORT**

CUMIS Insurance Society, Inc. ("CUMIS) hereby submits a status report in accordance with the Court's December 15, 2005 request.

The complaint in the above-captioned matter was filed on June 27, 2005 arising out of fraudulent conduct at the Hoya Federal Credit Union. Since the date of filing the Plaintiff has taken steps to perfect service on all named defendants. To date, the Plaintiff has served Tonia Schuler, Mae Smith, and Reginald Clark. Defendant Tonia Schuler was served on August 18, 2005. Defendant Mae Smith was served on August 1, 2005. Defendant Reginald Clark ("Mr. Clark") was served on August 1, 2005, subsequently opposed service as ineffective, and was re-served on November 21, 2005. Mr. Clark has since claimed that the second service is also ineffective and both parties await a hearing to determine the validity of the contested service.

CUMIS, utilizing the records of Hoya Federal Credit Union, verified that Derrick Eatmon's last known address was 4620 Suitland Road, #201, Suitland, MD 20746. In August 2005, two attempts were made by Capitol Process Services, Inc. to serve Mr. Eatmon at the address; neither attempt was successful. The process server concluded that the address was no longer valid. CUMIS

next attempted to find a current address for Mr. Eatmon by contacting Hazel Logan, Manager and CEO of Hoya Federal Credit Union.  Ms. Logan, after reviewing documents and records available to her, did not find an alternative address for Mr. Eatmon.   A search of public records also did not yield a current address for Mr. Eatmon, nor did further investigation conducted by Mark Simons at Advanced Process Service, Inc.  CUMIS believes that a deposition of the other defendants and/or serving discovery upon the other parties will yield Mr. Eatmon's current whereabouts.

      CUMIS respectfully requests a hearing to determine the validity of service upon Mr. Clark so that the Plaintiff may depose and/or serve discovery upon Mr. Clark for the purpose of obtaining the address of Mr. Eatmon's current residence.

      Respectfully submitted,

        /s/ Amy S. Owen
Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax:    (703) 847-4499

*Counsel for CUMIS Insurance Society, Inc*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 30th day of December, 2005, a copy of the foregoing Derrick Eatmon Status Report was sent by first class mail, postage prepaid, to the following:

David W. Lease<br>
Smith, Lease & Goldstein, LLC<br>
11 North Washington Street, Suite 520<br>
Rockville, MD 20850

                                                          /s/ Amy S. Owen<br>
                                                        Amy S. Owen