Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Cumis Insurance Society, Inc.,
_____
Plaintiff(s)

Civil Action No. 05-1277 PLF

V.

Reginald Clark, et al.,
_____
Defendant(s)

RE:

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on   8-1-05   , and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of January, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Lawana Davis
_____
Deputy Clerk