**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC.   )<br>                                                              )<br>         Plaintiff,                            )<br>                                                              )   Civil Action No.: 1:05CV01277<br>vs.                                                        )   Judge:  Paul L. Friedman<br>                                                              )<br>REGINALD CLARK, et al.            )<br>                                                              )<br>         Defendants.                       )<br>_____) | |

**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT
AGAINST MAE SMITH**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, and as discussed more fully in the accompanying memorandum, Plaintiff requests a default judgment against Mae Smith because she has been properly served, she has failed to answer, and the Complaint seeks a sum certain.

                                                            Respectfully submitted,


                                                                 /s/ Amy S. Owen
                                                            Amy S. Owen (411601)
                                                            Ben Selan (75789)
                                                            Cochran & Owen, LLC
                                                            8000 Towers Crescent Dr., Suite 160
                                                            Vienna, VA  22182
                                                            (703) 847-4480 (phone)
                                                            (703) 847-4499 (fax)

                                                            Counsel for CUMIS Insurance
                                                            Society, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January, 2006, I forwarded a copy of Plaintiff's Motion for Default Judgment via first class mail, postage pre-paid to the following:

Mae Smith
1166 5th Street, N.E.
Washington, DC  20002

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD 20850

       /s/ Amy S. Owen
Amy S. Owen