**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC.   )<br>                                                                  )<br>            Plaintiff,                                    )<br>                                                                  )    Civil Action No.: 1:05CV01277<br>vs.                                                            )    Judge:  Paul L. Friedman<br>                                                                  )<br>REGINALD CLARK, et al.                  )<br>                                                                  )<br>            Defendants.                              )<br>_____) | |

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF
MOTION FOR DEFAULT JUDGMENT
AGAINST MAE SMITH**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, Plaintiff is entitled to a default judgment for the following reasons:

1. On June 27, 2005, CUMIS Insurance Society, Inc. filed a Complaint, seeking damages for unjust enrichment from Mae Smith as a result of her receipt of funds as part of a larger scheme by Reginald Clark to defraud Hoya Federal Credit Union.

2. Mae Smith was served on August 1, 2005 at her residence. Attached as Exhibit A is a copy of the filed return. Ms. Smith's response to the Complaint was due on or before August 21, 2005. No response has been filed.

3. Ms. Smith is not a minor or incompetent and is not entitled to protection under the Soldiers and Sailors Civil Relief Act of 1940 as amended. Attached as Exhibit B is a Soldiers and Sailors Relief Affidavit.

4.	The Complaint seeks a sum certain in favor of CUMIS Insurance Society, Inc. in the amount of $12,500.00 plus attorneys' fees, costs, expenses and such other relief as the Court deems appropriate.

Accordingly, CUMIS Insurance Society Inc. requests that the Court enter Default Judgment against Mae Smith, in favor of CUMIS Insurance Society, Inc. in the amount of $12,500.00 plus such other relief as the Court deems appropriate.

Respectfully submitted,

\_\_\_\_\_/s/ Amy S. Owen\_\_\_\_
Amy S. Owen (411601)
Ben Selan (75958)
Cochran & Owen, LLC
8000 Towers Crescent Dr., Suite 160
Vienna, VA  22182
(703) 847-4480 (phone)
(703) 847-4499 (fax)

Counsel for CUMIS Insurance Society, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of January, 2006, I forwarded a copy of Plaintiff's Memorandum in Support of Motion for Default Judgment via first class mail, postage pre-paid to the following:

    Mae Smith
    1166 5th Street, N.E.
    Washington, DC  20002

    David W. Lease
    Smith, Lease & Goldstein, LLC
    11 North Washington Street, Suite 520
    Rockville, MD 20850

                            /s/ Amy S. Owen
                            Amy S. Owen