**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CUMIS INSURANCE SOCIETY, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No.: 1:05cv01277 |
| | ) | Judge Paul L. Friedman |
| **v.** | ) | |
| | ) | |
| **REGINALD CLARK, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**JOINT MEET AND CONFER STATEMENT PURSUANT TO LOCAL RULE 16.3**

Pursuant to the Court's Order dated December 16, 2005, Federal Rule of Civil Procedure 26(f), and Local Civil Rule 16.3, counsel for plaintiff CUMIS Insurance Society, Inc. ("CUMIS") and counsel for defendant Reginald Clark conferred on January 16, 2006 and discussed the matters required under LCvR 16.3(c) and make the following representations to the Court:

1. **Whether the Case is Likely to be Disposed of by Dispositive Motion.**

   Plaintiff and Defendant do not believe that the matter will ultimately be disposed of by dispositive motion. Defendant filed a Motion to Dismiss on August 22, 2005 and a Supplemental Motion to Dismiss on December 20, 2005 and is awaiting a hearing date.

2. **Date by Which Additional Parties to be Joined or the Pleadings Amended.**

   Plaintiff and Defendant shall join additional parties and/or amend the pleadings on or before March 17, 2006.

3. **Whether Case Should be Assigned to a Magistrate Judge for All Purposes Including Trial.**

1

Plaintiff and Defendant do not consent to the trial of this action by a magistrate judge.

4. **Whether There is a Realistic Possibility of Settling this Case.**

   The possibilities of settling this case are unknown at this time.

5. **Whether the Case Would Benefit from ADR Procedures.**

   Plaintiff and Defendant do not believe that the Court's alternative dispute resolution program would be productive at this time.

6. **Whether the Case can be Resolved by Summary Judgment or Motion to Dismiss and Proposed Dates for Dispositive Motions.**

   Plaintiff and Defendant agree that this case is unlikely to be resolved by dispositive motion, but offer the following proposed dates for Dispositive Motions:

   a. Filing Dispositive Motions -     July 20, 2006

   b. Oppositions -                    August, 7, 2006

   c. Replies -                        August 21, 2006

7. **Whether the Parties Should Stipulate to Dispense with the Initial Disclosures Required by Fed. R. Civ. P. 26(a)(1).**

   Plaintiff and Defendant believe that the initial disclosures are unnecessary.

8. **The Anticipated Extent of Discovery; Date for Completion of Discovery.**

   The extent of discovery is unknown at this time. The Parties agree that the completion of all discovery should occur on July 17, 2006.

9. **Whether the Requirement of Exchange of Expert Witness Reports and Information Pursuant to Fed. R. Civ. P. 26(a)(2) Should be Modified?**

Plaintiff shall designate any expert witness(es) on or before April 17, 2007.

Defendant shall designate any expert witness(es) on or before May 17, 2007.

**10. Class Actions.**

The case at bar is not a class action suit.

**11. Whether the Trial and/or Discovery Should be Bifurcated or Managed in Phases.**

Plaintiff and Defendant believe that bifurcation or phase management is unnecessary.

**12. The Date for the Pretrial Conference**

Plaintiff and Defendant suggest that the final pretrial be held on August 28, 2006.

**13. Whether the Court Should Set a Firm Trial Date.**

Plaintiff requests that a firm trial date be set at the first scheduling conference.

Defendant requests that the trial date be set at the pretrial conference.

Seen and Agreed to:

| /s/ Amy S. Owen | /s/ David Lease |
|---|---|
| Amy S. Owen (Bar #411601) | David Lease (Bar No. MD09426) |
| Cochran and Owen, LLC | Smith, Lease & Goldstein, LLC |
| 8000 Towers Crescent Drive, Suite 160 | 11 North Washington Street, Suite 520 |
| Vienna, VA  22182 | Rockville, MD  20850 |
| Phone: 703-847-4480 | Phone: 301-838-8950 |
| Fax: 703-847-4499 | Fax: 301-838-0322 |
| | |
| Counsel for CUMIS Insurance Soc., Inc. | Counsel for Reginald Clark |