IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CUMIS INSURANCE SOCIETY, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05cv01277 |
| | ) | Judge Paul L. Friedman |
| v. | ) | |
| | ) | |
| **REGINALD CLARK, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO REMOVE EVIDENTIARY HEARING AND ENTRY OF CONSENT ORDER

THE CLERK WILL PLEASE remove the Evidentiary Hearing in the above-captioned matter from the calendar set for Thursday, February 2, 2006, at 1:45 p.m. by agreement of counsel pursuant to the attached Consent Order.

Respectfully submitted,

  /s/  Amy S. Owen
Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax:    (703) 847-4499

Counsel for CUMIS Insurance
Society, Inc.

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 2nd day of February, 2006, a copy of the foregoing Motion to Remove Evidentiary Hearing and Entry of Consent Order was sent by first class mail, postage prepaid, to the following:

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD 20850

                                                                     /s/ Amy S. Owen
                                                                     Ben Selan