**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CUMIS INSURANCE SOCIETY, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No.: 1:05cv01277** |
| | ) | **Judge Paul L. Friedman** |
| **v.** | ) | |
| | ) | |
| **REGINALD CLARK, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### CONSENT ORDER

Upon the agreement of the Parties, and the record in this case, it is hereby

ORDERED as follows:

1.      The Evidentiary Hearing set for Thursday, February 2, 2006 at 1:45 p.m.

is removed from the calendar.

2.      David Lease shall accept service on behalf of his client, defendant

Reginald Clark.

3.      Defendant Reginald Clark, pursuant to the Scheduling Order entered on

January 24, 2006, shall file an answer to the Complaint within 10 days of the execution of

this Order.

Date:_____        _____
                                   PAUL L. FRIEDMAN
                                   United States District Judge

Seen and Agreed to:


_____/s/  Amy S. Owen_____
Amy S. Owen (Bar #411601)
Cochran and Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Phone:        703-847-4480
Fax:            703-847-4499

Counsel for CUMIS Insurance
Society, Inc.

_____/s/  David Lease_____
David Lease (Bar No. MD09426)
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD  20850
Phone:        301-838-8950
Fax:            301-838-0322

Counsel for Reginald Clark