IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.    :
:
    Plaintiff,    :
:
v.    : Case No.: 1:05CV01277
: Judge: Paul L. Friedman
REGINALD CLARK  et al    :
:
    Defendants.    :

### ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

Reginald Clark ("Clark"), Defendant, by his counsel, David W. Lease and Smith, Lease & Goldstein, LLC, hereby answers the Complaint filed by CUMIS Insurance Society, Inc. ("CUMIS") as follows:

### THE PARTIES

1. Defendant is without information sufficient to admit or deny the allegations contained in Paragraph 1 of the Complaint.

2. Admitted.

3. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 3 of the Complaint.

4. Defendant is without sufficient information to admit or deny the allegations contained in Paragraph 4 of the Complaint.

5. Admitted.

### JURISDICTION AND VENUE

6. Paragraph 6 of the Complaint asserts a legal conclusion therefore no response is required. To the extent any response is required, the allegation is denied.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

7. Paragraph 7 of the Complaint asserts a legal conclusion therefore no response is required. To the extent any response is required, the allegation is denied.

## FACTS

8. Admitted.

9. Admitted.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Clark is without sufficient knowledge to admit or deny Paragraph 18 of the Complaint.

## COUNT I
### (Fraud)

19. Clark repeats and incorporates by reference his responses to the allegations contained in Paragraphs 1 through 18 of the Complaint.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

WHEREFORE, Clark having fully answered the allegations in Count I of the Complaint, respectfully requests that the Court enter judgment in his favor along with fees, costs, expenses and such other and further relief as the Court deems just and appropriate.

## COUNT II
### (Breach of Fiduciary Duty)

25. Clark repeats and incorporates by reference his responses to the allegations contained in Paragraphs 1 through 24 of the Complaint.

26. Clark admits he was and employee of HOYA.  The balance of the allegations in Paragraph 26 constitute legal conclusions and therefore no response is required.

27. Denied.

28. Denied.

WHEREFORE, Clark having fully answered the allegations in Count II of the Complaint, respectfully requests that the Court enter judgment in his favor along with fees, costs, expenses and such other and further relief as the Court deems just and appropriate.

## COUNT III
### (Unjust Enrichment – Reginald Clark)

29. Clark repeats and incorporates by reference his responses to the allegations contained in Paragraphs 1 through 28 of the Complaint.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

WHEREFORE, Clark having fully answered the allegations in Count III of the Complaint, respectfully requests that the Court enter judgment in his favor along with fees, costs, expenses and such other and further relief as the Court deems just and appropriate.

### COUNT IV
### (Unjust Enrichment – Darek Eatmon)

35-40. Count IV of the Complaint makes allegations only against Mr. Eatmon, and does not seek any relief against Clark, therefore no response is required. To the extent any response is required, the allegations are denied.

### COUNT V
### (Unjust Enrichment – Tonya Shueler)

41-46. Count V of the Complaint makes allegations only against Ms. Shueler, and does not seek any relief against Clark, therefore no response is required. To the extent any response is required, the allegations are denied.

### COUNT VI
### (Unjust Enrichment – May Smith)

47-53. Count VI of the Complaint makes allegations only against Ms. Smith, and does not seek any relief against Clark, therefore no response is required. To the extent any response is required, the allegations are denied.

### AFFIRMATIVE DEFENSES

I. The allegations contained in the Complaint failed to state a claim upon which relief may be granted.

II. This Court lacks subject matter jurisdiction to decide the dispute set forth in the Complaint.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

III. The allegations contained in the Complaint are barred in whole or in part by the applicable statute of limitations.

IV. The allegations contained in the Complaint are barred in whole or in part by failure to mitigate damages.

V. Clark denies the authority of CUMIS to sue as a party or in a representative capacity in this matter.

WHEREFORE, Clark having fully answered the Complaint, respectfully requests that the Court enter judgment in his favor along with fees, costs, expenses and for such other and further relief as the Court deems just and appropriate.

    Respectfully submitted,

    SMITH, LEASE & GOLDSTEIN, LLC

By:   *David W. Lease*
    David W. Lease
    Bar No.: MD09426
    11 North Washington Street
    Suite 520
    Rockville, Maryland 20850
    Tel:   (301) 838-8950
    Fax:   (301) 838-0322

    Counsel for Defendant, Clark

### DEMAND FOR JURY TRIAL

The defendant demands trial by jury on each cause of action alleged in the Complaint.

    *David W. Lease*
    David W. Lease

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February 2006, a copy of the foregoing Answer to Complaint, was mailed, first class, postage prepaid, to the following person(s):

Amy S. Owen
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182

*David W. Lease*
David W. Lease

Z:\Clark.Reginald\Answer to Complaint.doc

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

6