IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 1:05cv01277<br>Judge Paul L. Friedman |

### PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Plaintiff CUMIS Insurance Society ("CUMIS"), Pursuant to Fed. R. Civ. P. 15, Local Civil Rule 15.1, and this Court's January 24, 2006 Scheduling Order, moves for an Order permitting it to amend and supplement its complaint to add two additional parties. Plaintiff's proposed amended complaint is included as Attachment "A."

CUMIS' counsel has conferred with Defendant Reginald Clark's counsel pursuant to Local Rule 7(m). It is not known at this time if Mr. Clark will consent to this motion.

Respectfully submitted,

_____/s/ Amy S. Owen_____
Amy S. Owen (Bar #411601)
Cochran and Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Phone: 703-847-4480
Fax:   703-847-4499

Counsel for CUMIS Insurance Soc., Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of March, 2006, a copy of the foregoing Plaintiff's Motion to Amend the Complaint was sent by facsimile transmission and first class mail, postage prepaid, to the following:

> David W. Lease
> Smith, Lease & Goldstein, LLC
> 11 North Washington Street, Suite 520
> Rockville, MD 20850
> Ph:   301-838-8950
> Fax:  301-838-0322

Attorney for Reginald Clark

_____/s/ Amy S. Owen_____
Amy S. Owen