IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 1:05cv01277<br>Judge Paul L. Friedman |

### ORDER GRANTING PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Upon consideration of Plaintiff's Motion to Amend the Complaint, it is hereby

ORDERED, that Plaintiff's Motion shall be, and hereby is, GRANTED; and

ORDERED, that the Clerk of the Court shall be authorized to issue Summonses for Kenard Walston and Tanya M. Hubbard in the above-captioned matter.

Dated:_____          _____
                                        Judge Paul L. Friedman