IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.        :
                                      :
    Plaintiff,                        :
                                      :
v.                                    :   Case No.: 1:05CV01277
                                      :   Judge: Paul L. Friedman
REGINALD CLARK  et al                 :
                                      :
    Defendants.                       :

## MOTION TO EXTEND TIME
## TO FILE DEFENDANT'S EXPERT REPORT

Defendant, Reginald Clark, by his counsel David W. Lease and Smith, Lease & Goldstein, LLC, moves to extend time to file his expert report and for cause states:

1. This Court issued a Scheduling Order which provided that the Defendant's expert designation under Federal Rule of Civil Procedure 26(a)(2) was required to be filed on or before May 17, 2006.

2. Defendant has previously propounded interrogatories and document requests to the Plaintiff in this case, the responses to which are overdue.

3. Defendant requires the information from the discovery responses in order to prepare the appropriate expert designation.

4. It is defense counsel's understanding that Plaintiff's discovery responses will be forthcoming by the end of the current week.

5. Consequently, Defendant respectfully requests that his expert designation be extended until June 9, 2006.

6. Counsel has spoken with Plaintiffs' attorney, Benje Selan, Esquire, who has consented to an extension, however, Mr. Selan did not expressly agree to the June 9, 2006, date.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

WHEREFORE, Defendant, Reginald Clark, respectfully requests that the Court grant the Motion to Extend Time to File Defendant's Expert Report.

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By: _____
David W. Lease
Bar No.: MD09426
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Tel:   (301) 838-8950
Fax:   (301) 838-0322

Counsel for Defendant, Clark

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ____ day of May 2006, a copy of the foregoing Consent Motion to Extend Time to File Defendant's Expert Report, was mailed, first class, postage prepaid, to the following person(s):

Benje Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182

_____
David W. Lease

Z:\Clark.Reginald\Consent Motion to Extend Time.doc

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

2