IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. | : |
| Plaintiff, | : |
| v. | : Case No.: 1:05CV01277 |
| | : Judge: Paul L. Friedman |
| REGINALD CLARK et al | : |
| Defendants. | : |

## ORDER

Upon consideration of the Consent Motion to Extend Time of the Defendant's Expert Report, it is this ____ day of _____ 2006, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the Defendant shall file an Expert Designation Report on or before _____, 2006.

_____
Judge, United States District Court for the
District of Columbia