**From:** Benje Selan [bselan@cochranowen.com]
**Sent:** Thursday, June 08, 2006 3:09 PM
**To:** David W. Lease
**Subject:** RE: Discovery and Expert Designation

David,

The additional documents you have requested belong to Hoya Federal Credit Union and are not in the possession of our client, CUMIS Insurance Society, Inc.  We will not agree to any further extensions for the designation of your expert.

Please contact me should you wish to discuss this further.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

>	-----Original Message-----
>	**From:** David W. Lease [mailto:dlease@slglaw.com]
>	**Sent:** Thursday, June 08, 2006 10:47 AM
>	**To:** Benje Selan
>	**Subject:** Discovery and Expert Designation
>
>	Ben
>
>	In review the documents provided by your client, I have been advised that the following documents are needed and would be responsive to the document request:
>
>	1. Board of Directors Reports - May 01 thru Dec 03

2. File Maintenance Ledger (user codes)  May 01 thru Dec 03

3. Share Draft Job Batch Files sent to Midatlantic Federal Credit   May 01- Dec 03

4. Ach Transaction Register   May 01- Dec 03

5 General Ledger Detail for  # 744000, #729110,#729300,# 701010, #729400
             # 290000

6. Ach Policy Procedure Manual (previous/revised)

7. NCUA Exam for years ending DEC 01 thru DEC 03

8 Independent Auditor exam performed by Schrienner and Leger   Dec 01- Dec 03

7. Federal Ach Daily Settlement Activity Report  May 01- Dec 03

8. General ledger detail acct# 729500  May 01- Dec 03

Given that I do not have these documents, I would request an additional extension for my expert designation until June 30, 2006 assuming I you can provide these documents by next Thursday.  Please call me if you have any questions or comments.

Best regards,

David W. Lease
Smith, Lease & Goldstein,LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950
Fax: (301) 838-0322
email: dlease@slglaw.com