**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Case No.: 1:05CV01277 |
| | : Judge: Paul L. Friedman |
| REGINALD CLARK et al | : |
| | : |
|     Defendants. | : |

**ORDER COMPELLING PRODUCTION OF DOCUMENTS**

Upon consideration of the Motion to Compel Production of Documents and the response thereto, it is this _____ day of _____, 2006, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the documents listed in **Exhibit 2** to the Defendant's Motion to Compel Production of Documents be produced by the Plaintiff within ten (10) days of this Order.

_____
Judge, United States District Court for the District of Columbia