IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.  :
:
    Plaintiff,  :
:
v.  : Case No.: 1:05CV01277
: Judge: Paul L. Friedman
REGINALD CLARK  et al  :
:
    Defendants.  :

**MOTION TO EXTEND TIME
TO FILE DEFENDANT'S EXPERT REPORT**

Defendant, Reginald Clark, by his counsel David W. Lease and Smith, Lease & Goldstein, LLC, moves to extend time to file his expert report and for cause states:

1. This Court issued a Scheduling Order which provided that the Defendant's expert designation under Fed. R. Civ. Proc. 26(a)(2) was required to be filed on or before May 17, 2006.

2. On May 19, 2006, the Court extended time for defendant's expert designation until June 9, 2006.

3. Defendant has previously propounded document requests to the Plaintiff. Some responsive documents were received on May 22, 2006.

4. Upon reviewing of the produced documents, defendant counsel requested documents which were not produced that defendant believes exist, are responsive to the document request and are needed to properly designate it expert's opinions in this matter.

5. Defense counsel's requested the non-produced documents by email on June 8, 2006. Plaintiff's counsel responded that the documents are in the possession of its subrogor, Hoya Federal Credit Union and would not be produced. The Plaintiff's refusal to provide these critical

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

documents, which are necessary for defendant's expert designation, is without merit since Plaintiff has "control" of the documents through its subrogated position.

6. Concurrently, with this request, the Defendant is filing a motion to compel the non produced documents from Plaintiff.

7. Consequently, Defendant request that his expert designation be extended until fourteen (14) days after receipt of the responsive documents.

WHEREFORE, Defendant, Reginald Clark, respectfully requests that the Court grant the Motion to Extend Time to File Defendant's Expert Report.

                         Respectfully submitted,

                         SMITH, LEASE & GOLDSTEIN, LLC

By: _____
David W. Lease
Bar No.: MD09426
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Tel:   (301) 838-8950
Fax:   (301) 838-0322

Counsel for Defendant, Clark

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June 2006, a copy of the foregoing Consent Motion to Extend Time to File Defendant's Expert Report, was mailed, first class, postage prepaid, to the following person(s):

Benje Selan, Esquire
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182

_____
David W. Lease

Z:\Clark.Reginald\Motion to Extend Time2.doc

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950