IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.       :
                                    :
    Plaintiff,                      :
                                    :
v.                                  :  Case No.: 1:05CV01277
                                    :  Judge: Paul L. Friedman
REGINALD CLARK  et al               :
                                    :
    Defendants.                     :

### **ORDER**

Upon consideration of the Motion to Extend Time to File Defendant's Expert Report, the opposition of the Plaintiff, it is this ____ day of _____ 2006, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED; and it is further,

ORDERED, that the Defendant shall file an Expert Designation Report fourteen (14) days after Defendant's receipt of the documents identified in the Defendant's Motion to Compel Production of Documents.

_____
Judge, United States District Court for the
District of Columbia