# Benje Selan

**From:** David W. Lease [dlease@slglaw.com]
**Sent:** Thursday, June 08, 2006 10:47 AM
**To:** Benje Selan
**Subject:** Discovery and Expert Designation

Ben

In review the documents provided by your client, I have been advised that the following documents are needed and would be responsive to the document request:

1. Board of Directors Reports - May 01 thru Dec 03

2. File Maintenance Ledger (user codes)  May 01 thru Dec 03

3. Share Draft Job Batch Files sent to Midatlantic Federal Credit   May 01- Dec 03

4. Ach Transaction Register   May 01- Dec 03

5 General Ledger Detail for  # 744000, #729110,#729300,# 701010, #729400
             # 290000

6. Ach Policy Procedure Manual (previous/revised)

7. NCUA Exam for years ending DEC 01 thru DEC 03

8 Independent Auditor exam performed by Schrienner and Leger   Dec 01- Dec 03

7. Federal Ach Daily Settlement Activity Report  May 01- Dec 03

8. General ledger detail acct# 729500  May 01- Dec 03

Given that I do not have these documents, I would request an additional extension for my expert designation until June 30, 2006 assuming I you can provide these documents by next Thursday.  Please call me if you have any questions or comments.

Best regards,

David W. Lease
Smith, Lease & Goldstein,LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950
Fax: (301) 838-0322
email: dlease@slglaw.com

6/21/2006