IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 1:05cv01277<br>Judge Paul L. Friedman |

## ORDER

This _____ day of _____, 2006, came the parties, by counsel, and argued Defendant's Motion to Compel the Production of Documents filed herein.

Upon the matters presented to the Court at the hearing, it is

ADJUDGED, ORDERED AND DECREED as follows:

The Court does hereby Order the Defendant's Motion to Compel the Production of Documents be denied.

_____
Judge Paul L. Friedman
United States District Court

Copies to:

Amy S. Owen
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

Counsel for Plaintiff

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Ste 520
Rockville, MD  20850

Counsel for Defendant