UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CUMIS INSURANCE SOCIETY, INC.       )
                                    )
    Plaintiff,                      )
                                    )
  v.                                )   Civil Action No. 05-1277 (PLF)
                                    )
REGINALD CLARK, et al.,             )
                                    )
    Defendants.                     )
_____)

## ORDER

On June 9, 2006, defendant filed a motion to compel production of documents. Upon consideration of the entire record of the case, it is hereby

ORDERED that this case is referred to a magistrate judge for the management of all discovery, including the pending motion to compel. Therefore, on any filing related to discovery the parties shall place the initials of Judge Paul L. Friedman and the initials of the assigned magistrate judge following the case number in the caption. On any other filings in this case, the parties shall place only the initials of Judge Paul L. Friedman after the case number.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 26, 2006