IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CUMIS INSURANCE SOCIETY, INC.** )<br>)<br>       **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**REGINALD CLARK, et al.** )<br>)<br>       **Defendants.** )<br>) | Civil Action No.: 1:05cv01277<br>Judge Paul L. Friedman |

**JOINT MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c), Fed. R. Civ. P., Plaintiff CUMIS Insurance Society, Inc. ("CUMIS") and Defendant Reginald Clark ("Mr. Clark"), by counsel, hereby file this Joint Motion for a Protective Order to keep confidential those records and documents provided to Reginald Clark pursuant to his discovery requests. In particular, CUMIS seeks to prevent the disclosure of banking records and personal information belonging to individuals not parties to this matter.

CUMIS' undersigned counsel conferred with Mr. Clark's counsel prior to filing this Motion, and opposing counsel agreed to the entry of the Protective Order.

The bases for this Motion are set forth in greater detail in the accompanying Memorandum of Points and Authorities. For the reasons stated in the Motion, those presented in the accompanying Memorandum of Points and Authorities, and for any other reasons that the Court deems just and proper, CUMIS and Mr. Clark request that this Court enter an appropriate protective order to prohibit the disclosure of the information contained in the requested materials. A proposed Order is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Amy S. Owen | /s/ David Lease |
| Amy S. Owen (Bar #411601) | David Lease (Bar No. MD09426) |
| Cochran and Owen, LLC | Smith, Lease & Goldstein, LLC |
| 8000 Towers Crescent Drive, Suite 160 | 11 North Washington Street, Suite 520 |
| Vienna, VA 22182 | Rockville, MD 20850 |
| Phone: 703-847-4480 | Phone: 301-838-8950 |
| Fax: 703-847-4499 | Fax: 301-838-0322 |
| | |
| Counsel for CUMIS Insurance Society, Inc. | Counsel for Reginald Clark |