IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CUMIS INSURANCE SOCIETY, INC.** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05cv01277 |
| | ) | Judge Paul L. Friedman |
| v. | ) | |
| | ) | |
| **REGINALD CLARK, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION FOR A PROTECTIVE ORDER**

The purpose of this Motion is to prevent the dissemination of information sought by Mr. Clark pursuant to a supplemental discovery request levied upon CUMIS on June 8, 2006.  All of the materials requested are documents and records belonging to Hoya Federal Credit Union ("Hoya"), CUMIS' insured, during Mr. Clark's employment at the banking institution.  Many of these requests involve data of Hoya's customers, including account details, ACH transactions, and general ledger information.  The requested materials contain confidential and personal financial information of Hoya's customers.  In order to ensure the safety and confidentiality of this information, CUMIS and Mr. Clark have agreed to the entry of the attached Protective Order.

For this reason, and for any other reasons that the Court deems just and proper, CUMIS and Mr. Clark, jointly, request that the Court grant this Motion and enter the attached Protective Order Regarding Confidentiality of Discovery Material pertaining to the disclosure of confidential materials and information.

Respectfully submitted,

|     /s/ Amy S. Owen |     /s/ David Lease |
|---|---|
| Amy S. Owen (Bar #411601) | David Lease (Bar No. MD09426) |
| Cochran and Owen, LLC | Smith, Lease & Goldstein, LLC |
| 8000 Towers Crescent Drive, Suite 160 | 11 North Washington Street, Suite 520 |
| Vienna, VA  22182 | Rockville, MD  20850 |
| Phone:        703-847-4480 | Phone:        301-838-8950 |
| Fax:           703-847-4499 | Fax:           301-838-0322 |
| | |
| Counsel for CUMIS Insurance Society, Inc. | Counsel for Reginald Clark |