UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.,

   Plaintiff,

   v.

REGINALD CLARK, et al.,

   Defendants.

Civil Action No. 05-1277
PLF/DAR

### ORDER

Defendant Reginald Clark's Motion to Compel Production of Documents (Docket No. 31) is pending for determination by the undersigned. Defendant's motion to compel production of documents is a nondispositive motion.

Local Civil Rule 7(m) provides, in pertinent part, that

> **before filing any nondispositive motion** in a civil action, counsel **shall discuss** the anticipated motion with opposing counsel, **either in person or by telephone,** in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement.

LCvR 7(m)(emphasis supplied). The local rule further provides that

> a party **shall** include in its motion a statement that the required discussion occurred, **and** a statement as to whether the motion is opposed.

Id. (emphasis supplied).

In this instance, Defendant Clark has failed to comply with all of the aforementioned

Cumis Insurance Society, Inc. v. Clerk, et al.                                                                 2

requirements.

It is, therefore, this 7th day of July, 2006,

**ORDERED** that Defendant's Motion to Compel Production of Documents (Docket No. 31) is **STRICKEN FROM THE RECORD.**


July 7, 2006                                          /s/
                                          DEBORAH A. ROBINSON
                                          United States Magistrate Judge