**From:** Benje Selan [bselan@cochranowen.com]
**Sent:** Thursday, June 15, 2006 3:52 PM
**To:** David W. Lease
**Subject:** CUMIS v. Clark

David,

I have spoken with a representative of Hoya FCU. She stated that all of the documents in her possession relating to Mr. Clark were taken by the FBI. The agent I have talked with in the past regarding this matter is Dan Gallagher, 703-762-3385.

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com