# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.       :
                                    :
      Plaintiff,                    :
                                    :
v.                                  :  Case No.: 1:05CV01277
                                    :  Judge: Paul L. Friedman
REGINALD CLARK  et al               :
                                    :
      Defendants.                   :

## <u>ORDER</u>

Upon consideration of the Defendant, Reginald Clark's Motion to Stay Proceedings in the above referenced case, it is this _____ day of _____ 2006, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Motion to Stay Proceedings is GRANTED, and it is further,

ORDERED, that all proceedings in the above referenced case are STAYED until the ____ day of _____, 2007.

 

_____
Judge, United States District Court for the
District of Columbia