IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.        :
                                     :
    Plaintiff,                       :
                                     :
v.                                   : Case No.: 1:05CV01277
                                     : Judge: Paul L. Friedman
REGINALD CLARK  et al                :
                                     :
    Defendants.                      :

## CONSENT MOTION TO EXTEND DISCOVERY
## AND DISPOSITIVE MOTIONS DEADLINES

Reginald Clark, Defendant, by his counsel, David W. Lease and Smith, Lease & Goldstein, LLC, moves to extend the current discovery and dispositive motions deadline by sixty (60) days and for cause states:

1. Pursuant to this Court's Scheduling Order, discovery is set to be completed on or before July 17, 2006 and dispositive motions are to be filed by July 31, 2006.

2. Clark has a pending Motion to Compel Production of Documents, as well as a Motion to Stay Proceedings pending the completion of an ongoing criminal investigation.

3. With respect to the Motion to Compel, Clark has sought from the Plaintiff, CUMIS, certain documents relating to the financial transactions at issue in this case. To date, those documents have not been produced to counsel but the parties have been working diligently to resolve this issue. Nonetheless, Clark is prejudiced by not having these documents in time to adequately prepare his defense and/or determine what, if any, depositions should be taken in this action.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

4. Moreover, it has come to Clark's attention that there is an ongoing criminal investigation involving the exact subject matter of the pending civil litigation.

5. In the criminal investigation, Hoya Federal Credit Union provided all relevant documents to the FBI, and thus numerous documents may be unavailable to Clark.[1]  As such, Clark needs additional time in order to determine whether he can obtain the documents from the FBI or identify other alternative sources for the requested information.

6. On July 12, 2006, Plaintiff sought renewal Summonses for three co-defendants who have not been served, nor participated in discovery in this action.  Consequently, there would be no prejudice to the Plaintiff and, in fact, by necessity any new defendants coming into the case would need additional time to take discovery.  Therefore, this Court should extend the discovery deadline.

7. Pursuant to Local Civil Rule 7(m), counsel for the parties have discussed this matter via telephone and electronic mail and CUMIS consents to the Motion.

WHEREFORE, Reginald Clark, respectfully requests that the Court extend the discovery deadline for a period of sixty (60) days and set the matter in for a new Status Conference after this new discovery deadline.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

---

[1] This is one of the bases for the Motion to Stay Proceedings pending the completion of the criminal investigation.

>Respectfully submitted,
>
>SMITH, LEASE & GOLDSTEIN, LLC
>
>By: _____
>David W. Lease
>Bar No.: MD09426
>11 North Washington Street
>Suite 520
>Rockville, Maryland 20850
>Tel:   (301) 838-8950
>Fax:  (301) 838-0322
>
>Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___ day of July 2006, a copy of the foregoing Motion to Extend Discovery and Dispositive Motion Deadlines was mailed, first class, postage prepaid, to the following person(s):

>Ben Selan, Esquire
>Cochran & Owen, LLC
>8000 Towers Crescent Drive
>Suite 160
>Vienna, VA 22182

>_____
>David W. Lease

Z:\Clark.Reginald\Motion to Extend Disc. Deadline.doc

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

3