IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. | : |
| | : |
|     Plaintiff, | : |
| | : |
| v. | : Case No.: 1:05CV01277 |
| | : Judge: Paul L. Friedman |
| REGINALD CLARK et al | : |
| | : |
|     Defendants. | : |

## ORDER

Upon consideration of the Consent Motion to Extend Discovery Deadline in the above referenced case, it is this _____ day of _____ 2006, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Motion is GRANTED, and it is further,

ORDERED, that discovery in the above referenced case be completed on or before the _____ day of _____ 2006, and it is further,

ORDERED, that dispostive motions be filed on or before the _____ day of _____, 2006; and it is further

ORDERED, that a Status Conference shall be held on the _____ day of _____ 2006.

_____
Judge, United States District Court for the
District of Columbia