**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CUMIS INSURANCE SOCIETY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:05cv01277 |
| | ) | P.L.F. |
| v. | ) | D.A.R. |
| | ) | |
| REGINALD CLARK, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER**

This _____ day of _____, 2006, came the parties, by counsel, and argued Defendant's Motion to Compel the Production of Documents filed herein.

Upon the matters presented to the Court at the hearing, it is

ADJUDGED, ORDERED AND DECREED as follows:

The Court does hereby Order that the Defendant's Motion to Compel the Production of Documents be denied.

_____
United States District Court Judge

Copies to:

| | |
|---|---|
| Amy S. Owen | David W. Lease |
| Cochran & Owen, LLC | Smith, Lease & Goldstein, LLC |
| 8000 Towers Crescent Drive, Suite 160 | 11 North Washington Street, Ste 520 |
| Vienna, VA  22182 | Rockville, MD  20850 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |