**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC.  ) | |
| ) | |
| Plaintiff,  ) | Civil Action No.: 1:05cv01277 |
| ) | P.L.F. |
| v.  ) | D.A.R. |
| ) | |
| REGINALD CLARK, et al.  ) | |
| ) | |
| Defendants.  ) | |
| _____) | |

## ORDER

This _____ day of _____, 2006, came the parties, by counsel, and argued Defendant's Motion to Stay Proceedings filed herein.

Upon the matters presented to the Court at the hearing, it is

ORDERED that the Defendant's Motion to Stay Proceedings should be and is hereby denied.

_____
United States District Court Judge

Copies to:

| | |
|---|---|
| Amy S. Owen | David W. Lease |
| Cochran & Owen, LLC | Smith, Lease & Goldstein, LLC |
| 8000 Towers Crescent Drive, Suite 160 | 11 North Washington Street, Ste 520 |
| Vienna, VA  22182 | Rockville, MD  20850 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |