IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CUMIS INSURANCE SOCIETY, INC. | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:05CV01277 |
| | : | P.L.F. |
| REGINALD CLARK  et al | : | D.A.R. |
| | : | |
| Defendants. | : | |

### REPLY MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendant, Reginald Clark ("Clark"), by his counsel, David W. Lease and Smith, Lease & Goldstein, LLC, submits this reply memorandum in support of his Motion to Compel the Production of Documents from CUMIS Insurance Society, Inc. ("CUMIS").

### DISCUSSION

CUMIS opposes the Motion to Compel on several inconsistent grounds.  For example, CUMIS claims that the production of the requested documents would be unduly burdensome to CUMIS and to Hoya Federal Credit Union ("Hoya"), and that the documents are not relevant to the pending action.  Both statements, however, are contradicted in the next section of its Opposition, where CUMIS claims that it is not in possession of the requested materials because they have already been provided to the Federal Bureau of Investigation ("FBI").

CUMIS notes that the FBI has instituted a criminal investigation of Clark based upon his alleged misappropriation of funds while employed at Hoya.  Consequently, the documents certainly are relevant since the FBI's investigation involves the same subject matter as this pending lawsuit.  Moreover, it appears that it was not unduly burdensome to produce these documents to the FBI.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

CUMIS further argues that since the documents are now in the possession of the FBI that Clark should seek those documents directly from the FBI. While Clark has initiated contact with the FBI regarding production of those documents, no response has been forthcoming. See email to Agent Gallagher attached hereto as **Exhibit 1**.

Nowhere does CUMIS allege that it is not able to obtain the requested documents from the FBI or that it did not maintain a copy of the documents. Consequently, the Court should grant the Motion to Compel.

                                      Respectfully submitted,

                                      SMITH, LEASE & GOLDSTEIN, LLC

By: _____
David W. Lease
Bar No.: MD09426
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Tel:   (301) 838-8950
Fax:  (301) 838-0322

Counsel for Defendant

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this ____ day of July 2006, a copy of the foregoing Reply Memorandum in Support of Defendant's Motion to Compel Production of Documents, electronically filed and served upon the following person(s):

Amy S. Owen
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182

                                      David W. Lease

Z:\Clark.Reginald\Reply Memo is Support of Motion to Compel.doc

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950