# David W. Lease

**From:** David W. Lease [dlease@slglaw.com]
**Sent:** Tuesday, July 11, 2006 9:50 AM
**To:** 'daniel.gallagher@ic.fbi.gov'
**Subject:** Reginald Clark

Dear Agent Gallagher

It was a pleasure speaking with you yesterday. As we discussed, CUMIS Insurance Society has sued Mr. Clark in United States District Court. CUMIS is the bonding company for Hoya FCU. I attempting to obtain document regarding this claim and have been advised that Hoya has provided the government all documents relevant to Mr. Clark. Below are the particular documents I am looking for but I would like to review all the documents Hoya has provided to the government since all these documents would be responsive to Mr. Clark's discovery request.

1. Board of Directors Reports - May 01 thru Dec 03

2. File Maintenance Ledger (user codes) May 01 thru Dec 03

3. Share Draft Job Batch Files sent to Midatlantic Federal Credit May 01- Dec 03

4. Ach Transaction Register May 01- Dec 03

5 General Ledger Detail for # 744000, #729110,#729300,# 701010, #729400 # 290000

6. Ach Policy Procedure Manual (previous/revised)

7. NCUA Exam for years ending DEC 01 thru DEC 03

8. Independent Auditor exam performed by Schrienner and Leger Dec 01- Dec 03

7. Federal Ach Daily Settlement Activity Report May 01- Dec 03

8. General ledger detail acct# 729500 May 01- Dec 03

Please let me know when I may review these documents. Also, please be advised that the parties have stipulated to a protective order which protects the confidential nature of the documents. If you have any questions or need any additional information please call me.

David W. Lease
Smith, Lease & Goldstein,LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950
Fax: (301) 838-0322
email: dlease@slglaw.com