UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
CUMIS INSURANCE SOCIETY, INC.             )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    )   Civil Action No. 05-1277 (PLF)
                                          )
REGINALD CLARK, et al.,                   )
                                          )
        Defendants.                       )
_____)


ORDER

This matter comes before the court on defendant Clark's Motion to Stay the Proceedings [37]. Upon consideration of the motion, plaintiff's opposition, and the reply, it is hereby

ORDERED that the Motion to Stay is GRANTED until further order of the Court;[1] it is

FURTHER ORDERED that the parties file a joint status report on November 21, 2006 and every 90 (ninety) days thereafter.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 22, 2006

---

[1] If the plaintiff continues to oppose a stay on this matter, and can prevail upon its subrugor Hoya Federal Credit Union to make available all the relevant documents for discovery in this case, the Court would be willing to reconsider the stay.