IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:05cv01277 (PLF) |
| v. ) | |
| ) | |
| REGINALD CLARK, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### **PLAINTIFF'S MOTION TO LIFT STAY**

Plaintiff CUMIS Insurance Society, Inc. ("CUMIS"), respectfully moves this Court to Lift the Order Staying Proceedings. Pursuant to the August 22, 2006 Order, the Court would consider lifting the stay if CUMIS made available all requested materials to the defendant Reginald Clark ("Mr. Clark"). CUMIS has done so. The bases for this Motion are set forth in greater detail in the accompanying Memorandum of Points and Authorities.

For the reasons stated in the Motion, those presented in the accompanying Memorandum of Points and Authorities, and for any other reasons that the Court deems just and proper, CUMIS requests that this Court enter an appropriate order lifting the stay currently in place in this matter. A proposed Order is attached.

Respectfully submitted,

Dated: October 31, 2006           /s/ Ben Selan
Amy S. Owen (D.C. Bar No. 411601)
Ben Selan (D.C. Bar No. 495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
(703) 847-4480 (office)
(703) 847-4499 (facsimile)

Attorneys for CUMIS Insurance Society, Inc.

1

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing Plaintiff's Motion to Lift Stay was served this 31st day of October, 2006, by first class mail, postage prepaid upon:

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Suite 520
Rockville, MD 20850
Ph:   301-838-8950
Fax:   301-838-0322

Attorney for Reginald Clark

                                                     _____/s/  Ben Selan_____
                                                     Ben Selan