Case 1:05-cv-01277-PLF-DAR   Document 44   Filed 08/22/2006   Page 1 of 1
Case 1:05-cv-01277-PLF   Document 45-3   Filed 10/31/2006   Page 1 of 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1277 (PLF) |
| ) | |
| REGINALD CLARK, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter comes before the court on defendant Clark's Motion to Stay the Proceedings [37]. Upon consideration of the motion, plaintiff's opposition, and the reply, it is hereby

ORDERED that the Motion to Stay is GRANTED until further order of the Court;[1] it is

FURTHER ORDERED that the parties file a joint status report on November 21, 2006 and every 90 (ninety) days thereafter.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 22, 2006

---

[1] If the plaintiff continues to oppose a stay on this matter, and can prevail upon its subrugor Hoya Federal Credit Union to make available all the relevant documents for discovery in this case, the Court would be willing to reconsider the stay.

EXHIBIT A

## Benje Selan

**From:** David W. Lease [dlease@slglaw.com]
**Sent:** Thursday, June 08, 2006 10:47 AM
**To:** Benje Selan
**Subject:** Discovery and Expert Designation

Ben

In review the documents provided by your client, I have been advised that the following documents are needed and would be responsive to the document request:

1. Board of Directors Reports - May 01 thru Dec 03

2. File Maintenance Ledger (user codes)  May 01 thru Dec 03

3. Share Draft Job Batch Files sent to Midatlantic Federal Credit   May 01- Dec 03

4. Ach Transaction Register   May 01- Dec 03

5 General Ledger Detail for  # 744000, #729110,#729300,# 701010, #729400
              # 290000

6. Ach Policy Procedure Manual (previous/revised)

7. NCUA Exam for years ending DEC 01 thru DEC 03

8 Independent Auditor exam performed by Schrienner and Leger   Dec 01- Dec 03

7. Federal Ach Daily Settlement Activity Report  May 01- Dec 03

8. General ledger detail acct# 729500  May 01- Dec 03

Given that I do not have these documents, I would request an additional extension for my expert designation until June 30, 2006 assuming I you can provide these documents by next Thursday.  Please call me if you have any questions or comments.

Best regards,

David W. Lease
Smith, Lease & Goldstein,LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950
Fax: (301) 838-0322
email: dlease@slglaw.com



EXHIBIT B

10/26/2006

## Benje Selan

**From:** Benje Selan
**Sent:** Thursday, August 10, 2006 7:42 AM
**To:** 'David W. Lease'
**Subject:** CUMIS v. Hoya

David,

I have the CD Roms from Hoya Federal Credit Union containing all of the records for the years pertinent to the complaint. There are 52 CD Roms which we had to sign for. As such, I would like to make them available to your expert to review in our office.

Also, you should have received a box of documents from my office with additional responsive materials enclosed.

Please call me to arrange for a convenient time when your expert would like to review the CD Roms.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com


EXHIBIT C

10/26/2006

# Benje Selan

**From:** Benje Selan
**Sent:** Thursday, August 17, 2006 5:15 PM
**To:** 'David W. Lease'
**Subject:** CUMIS v. Clark, et al.

David,

I am contacting you regarding the member records you requested through discovery. I sent an email to you on August 10, 2006 about the CD ROMS we signed out from Hoya FCU. Again, there are 52 CDs containing information. Due to the fact that we are responsible for these items, I would like to find a convenient time when your expert could review the information in our offices.

Please contact me with any proposed dates.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com



EXHIBIT D

10/26/2006

## Benje Selan

**From:** David W. Lease [dlease@slglaw.com]
**Sent:** Tuesday, August 22, 2006 11:28 AM
**To:** Benje Selan
**Subject:** RE: CUMIS v. Clark, et al.

Ben

I would ask if you could provide copies of the CD ROMS to me pursuant to the protective order.

Regards,

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950
Fax: (301) 838-0322
email: dlease@slglaw.com

**From:** Benje Selan [mailto:bselan@cochranowen.com]
**Sent:** Thursday, August 17, 2006 5:15 PM
**To:** David W. Lease
**Subject:** CUMIS v. Clark, et al.

David,

I am contacting you regarding the member records you requested through discovery. I sent an email to you on August 10, 2006 about the CD ROMS we signed out from Hoya FCU. Again, there are 52 CDs containing information. Due to the fact that we are responsible for these items, I would like to find a convenient time when your expert could review the information in our offices.

Please contact me with any proposed dates.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

10/26/2006

## Benje Selan

**From:** Benje Selan
**Sent:** Monday, October 02, 2006 2:39 PM
**To:** 'David W. Lease'
**Subject:** CUMIS v. Clark, et al.

David,

To reiterate our conversation, the disks containing the banking information are unable to be copied. Galaxy Plus Credit Union Systems is the data processing service utilized by Hoya Federal Credit Union to produce the information. Absent a subpoena, Galaxy Plus Credit Union Systems will not distribute the information. Costs to produce copies of the disks is in the range of $250.00/disk.

Galaxy Plus Credit Union Systems
75 Remittance Drive, Suite 6942
Chicago, IL 60675-6942
(800) 876-9000

Please contact me should you wish to review the disks at our office and print out reports of relevant reports.

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com


EXHIBIT E

10/26/2006