**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CUMIS INSURANCE SOCIETY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.: 1:05cv01277 (PLF) |
| v. | ) | |
| | ) | |
| REGINALD CLARK, et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of Plaintiff's Motion to Lift Stay, it is hereby

ORDERED, that Plaintiff's Motion shall be, and hereby is, GRANTED.


_____
United States District Court Judge


Copies to:

Amy S. Owen
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

Counsel for Plaintiff

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street, Ste 520
Rockville, MD  20850

Counsel for Defendant