## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.          :
                                                       :
     Plaintiff,                              :
                                                       :
v.                                                     : Case No.: 1:05CV01277
                                                       : Judge: Paul L. Friedman
REGINALD CLARK  et al                         :
                                                       :
     Defendants.                           :

### MOTION TO WITHDRAW

Counsel for Defendant, Reginald Clark, David W. Lease and Smith, Lease & Goldstein, LLC, moves this Court pursuant to Local Rule 83.6 to withdraw as counsel in the above referenced case and for cause states:

1.  Counsel has received notice from the Defendant, Reginald Clark, that he is no longer financially able to pay counsel and currently has a significant outstanding balance.

2.  In order to avoid incurring additional liability, Mr. Clark desires to have counsel withdraw his appearance in the above referenced matter.

3.  Counsel likewise seeks to withdraw due to the lack of client's ability to comply with his financial commitments regarding representation in this matter.

4.  The case is currently stayed due to an ongoing criminal investigation of Mr. Clark.

5.  Consequently, no trial date has been set and the withdrawal of counsel will not unduly delay the case or be prejudicial to any party.

6.  Counsel has advised Mr. Clark that he may hire new counsel or proceed in the matter *pro se.*

7.  Mr. Clark has signed this Motion consenting to the withdrawal of counsel.

8.  Additionally, counsel has with this Motion provided Mr. Clark with written notice that if he wishes to revoke his consent and object to the withdrawal of counsel, or if he decides to

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950

proceed *pro se* he must file a written notice with the Court within five (5) days of service of this motion.

   9.   Counsel has spoken with counsel for CUMIS Insurance Society, Inc., who does not oppose counsel's withdrawal from the case.

   WHEREFORE, Defendant's counsel, David W. Lease and Smith, Lease & Goldstein, LLC, respectfully request that their appearance be stricken from this case.

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By:    _____
       David W. Lease
       Bar No.: MD09426
       11 North Washington Street
       Suite 520
       Rockville, Maryland 20850
       Tel:    (301) 838-8950
       Fax:    (301) 838-0322

Counsel for Defendant

Consented to:

_____
Reginald Clark
1166 5th Street, N.E.
Washington, D.C. 20002

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31 day of October 2006, a copy of the foregoing Motion to Withdraw and a Written Notice Regarding Mr. Clark's Right to Oppose Counsel's Withdraw, Engage New Counsel, or Proceed Pro Se, was mailed, first class, postage prepaid, to the following person(s):

Amy S. Owen
Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182

Reginald Clark
1166 5th Street, N.E.
Washington, D.C. 20002

David W. Lease

Z:\Clark.Reginald\Motion to Withdraw.doc

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/838-8950