### IN THE UNITED STATES DISTRICT COURT
### OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.   :

     Plaintiff,              :

                                :

v.                           : Case No.: 1:05CV01277
                                : Judge: Paul L. Friedman

REGINALD CLARK  et al          :

                                :

     Defendants.           :

### NOTICE REGARDING COUNSEL'S REQUEST TO WITHDRAW AS COUNSEL OF RECORD

Please be advised that attached hereto is a Motion to Withdraw as counsel in the above referenced case. Although you have consented to that Motion, if you wish to withdraw your consent, you must do so in writing to the United States District Court for the District of Columbia located at 333 Constitution Avenue, NW, Washington, D.C. 20001, within five days of receipt of this Notice. Additionally, you are entitled to have new counsel enter their appearance on your behalf or you should enter a notice with the Court that you are going to proceed in the case representing yourself, *pro se*.

Respectfully submitted,

SMITH, LEASE & GOLDSTEIN, LLC

By: _____
David W. Lease
Bar No.: MD09426
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Tel:   (301) 838-8950
Fax:  (301) 838-0322

Counsel for Defendant

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-838-8950

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 31st day of October 2006, a copy of the foregoing Notice Regarding Counsel's Request to Withdraw as Counsel of Record, was mailed first class, postage prepaid, to the following person(s):

Amy S. Owen
Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182

Reginald Clark
1166 5th Street, N.E.
Washington, D.C. 20002

_____
David W. Lease

Z:\Clark.Reginald\Notice Regarding Withdrawal.doc

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE 301-838-8950