IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.  :
:
    Plaintiff,  :
:
v.  : Case No.: 1:05CV01277
: Judge: Paul L. Friedman
REGINALD CLARK et al  :
:
    Defendants.  :

## ORDER

Upon consideration of the Motion to Withdraw filed by Defendant, Reginald Clark's counsel, and Mr. Clark's consent thereto, it is this _____ day of _____ 2006, by the United States District Court for the District of Columbia, hereby

ORDERED, that the Motion to Withdraw is GRANTED; and it is further,

ORDERED, that the appearance of David W. Lease on behalf of the Defendant, Reginald Clark, is hereby stricken.

_____
Paul L. Friedman, United States District Judge