IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.         :
                                       :
    Plaintiff,                         :
                                       :
v.                                     : Case No.: 1:05CV01277
                                       : Judge: Paul L. Friedman
REGINALD CLARK  et al                  :
                                       :
    Defendants.                        :

**OPPOSITION TO PLAINTIFF'S MOTION TO LIFT STAY**

Reginald Clark, Defendant, by his counsel, David W. Lease[1] and Smith, Lease & Goldstein, LLC, opposes the Motion filed by the Plaintiff's to lift the stay in the above referenced case.

On July 14, 2006, Defendant, Reginald Clark moved to Stay the Proceedings in the above referenced case due to the ongoing criminal investigation of Mr. Clark which involves the same allegations.  In that Motion, Mr. Clark cited to numerous cases providing that a stay was appropriate under these circumstances.  On August 22, 2006, this Court granted the Motion for the stay and provided that the parties file a joint status report on November 21, 2006 and every ninety (90) days thereafter.  In a footnote, the Court stated that it would reconsider the stay if all relevant documents were made available by the Plaintiff's subrogor, Hoya Federal Credit Union ("Hoya").

CUMIS Insurance Society, Inc. ("CUMIS") seeks to lift the stay by alleging that it has now made the requested documents available for review in electronic format.  This allegation is without merit.  The documents have not been produced or made available in any realistic sense.  CUMIS claims there are fifty-two CD-ROMs containing discoverable documents, but CUMIS

---

[1] Counsel has filed a Motion to Withdraw which has yet to be ruled on.

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

will only provide the CD-ROMs for inspection at its offices. Remarkably, CUMIS claims that the electronic information contained on these CD-ROMs cannot be copied except through a prohibitively expensive procedure of $250.00 per disc, or $13,000.00 for the production of this material. CUMIS has put forth no information or evidence that these CD-ROMs can only be copied in this prohibitive and expensive method. Moreover, this information was provided to the Federal Bureau of Investigation by Hoya[2] without requiring $13,000.00 in reproduction expenses. As such, CUMIS' claim that this information has been "provided" is inaccurate and thus, there is no reason to lift the stay at this time.

Furthermore, the rationale set forth in Mr. Clark's original Motion to Stay still currently exists as the FBI investigation is continuing. See generally Wehling v. Columbia Broadcast Systems, 608 F.2d 1084, 1089 (5th Cir. 1979) (holding that potential three-year stay in proceedings was preferable to requiring Plaintiff to choose between his silence and his lawsuit); White v. MAPCAO Gas Products, 116 F.R.D. 498 (E.D. Ark. 1987) (granting stay pending completion of Grand Jury's investigation); United Technologies Corp. v. Dean, 906 F. Supp. 27 (D. Mass. 1995) (civil action brought by former employer alleging embezzlement against former employee stayed due to pending criminal investigation); Brock v. Tolkow, 109 F.R.D. 116, 121 (E.D.N.Y. 1985) ("While a stay… may cause some inconvenience and delay to the [non-moving party], 'protection of defendant['s] constitutional rights against self-incrimination is the more important consideration.'") (citing Corbin v. Federal Deposit Ins. Corp., 74 F.R.D. 147, 149-50 (E.D.N.Y. 1977)).

Consequently, since CUMIS has not provided reasonable production of the requested documentation, and the other considerations which supported the stay still exist, the Court should deny CUMIS' Motion to Lift Stay.

SMITH, LEASE &
GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

---

[2] CUMIS previously represented that this information was unavailable because it was produced

## CONCLUSION

For the above stated reasons, Reginald Clark respectfully requests that the Court deny Plaintiff's Motion to Lift Stay.

>Respectfully submitted,
>
>SMITH, LEASE & GOLDSTEIN, LLC
>
>By: _____
>David W. Lease
>Bar No.: MD09426
>11 North Washington Street
>Suite 520
>Rockville, Maryland 20850
>Tel:   (301) 838-8950
>Fax:   (301) 838-0322
>
>Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November 2006, a copy of the foregoing Opposition to Plaintiff's Motion to Lift Stay was mailed, first class, postage prepaid, to the following person(s):

Amy S. Owen
Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182

_____
David W. Lease

SMITH, LEASE & GOLDSTEIN, LLC
ATTORNEYS AT LAW
11 NORTH WASHINGTON ST.
SUITE 520
ROCKVILLE, MARYLAND 20850
TELEPHONE 301/838-8950

Z:\Clark.Reginald\Oppostion to Motion to Lift Stay.doc

to the FBI.