IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:05CV01277 |
| : | Judge: Paul L. Friedman |
| REGINALD CLARK  et al : | |
| : | |
| Defendants. : | |

## ORDER

Upon consideration of the Plaintiff's Motion to Lift Stay and the Opposition filed by the Defendant, Reginald Clark, it is this _____ day of _____ 2006, by the United States District Court for the District of Columbia, hereby,

ORDERED, that the Motion to Lift Stay is hereby DENIED.

_____
Paul L. Friedman, United States District Judge