IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.   )
                                )
         Plaintiff,             )
                                )   Civil Action No.: 1:05cv01277 (PLF)
v.                              )
                                )
REGINALD CLARK, et al.          )
                                )
         Defendants.            )
_____)

## AFFIDAVIT OF HAZEL LOGAN

I, Hazel Logan, hereby state and affirm that the following is true and accurate to the best of my knowledge and belief.

1. I am the President of Hoya Federal Credit Union (the "Credit Union").

2. The Credit Union is located at 3700 Reservoir Road, N.W in Washington D.C.

3. The financial records of the Credit Union's members are maintained in CD-ROM format.

4. The CD-ROMs are created by Galaxy Plus Credit Union Systems, a specialized data processing company based in Michigan.

5. Galaxy Plus Credit Union Systems converts the financial records to electronic form for copying to the CD-ROM and embeds an internal search program on each CD-ROM.

6. The CD-ROMs are not able to be copied by conventional means.

7. Galaxy Plus Credit Union Systems may produce additional copies of CD-ROMs pursuant to the issuance of a subpoena.

8. The financial records requested by Mr. Clark, from May 2001 through December 2003, are contained on fifty-two (52) CD-ROMs.

9. The fifty-two CD-ROMs contain the financial information for every member of Hoya Federal Credit Union for the requested time period.

10. The fifty-two (52) CD-ROMs are the sole copy of the financial records for the requested time period in possession of the Credit Union.

11. The total cost to produce a copy of all Fifty-Two CD-ROMs containing the requested information is approximately One Thousand Three Hundred Dollars ($1,300.00).

*(signature)*

Hazel Logan

DISTRICT OF COLUMBIA :

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that HAZEL LOGAN, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 20th day of November 2006.

_____
Notary Public

My Commission Expires: My Commission Expires 12/14/07