IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>_____) | Civil Action No.: 1:05cv01277<br>Judge Paul L. Friedman |

## JOINT STATUS REPORT

Pursuant to the Court's August 22, 2006 Order (the "Order"), Plaintiff, CUMIS Insurance Society, Inc. ("CUMIS") and Defendant Reginald Clark ("Mr. Clark"), by counsel, respectfully submit this Joint Status Report.

Both CUMIS and Mr. Clark have filed motions in this action since the entry of the Order. CUMIS, on October 31, 2006, filed a Motion to Lift Stay based upon the availability of information requested through the discovery process. Mr. Clark subsequently filed his Opposition to CUMIS' Motion to Lift Stay. Additionally, also on October 31, 2006, David Lease, Mr. Clark's attorney, filed a Motion to Withdraw as Counsel. Both of these Motions are currently pending with the Court. The parties anticipate that the Court will rule on the Motions as filed or schedule argument on the Motions.

1

Respectfully submitted:

| | |
|---|---|
| /s/ Amy S. Owen | /s/ David Lease |
| Amy S. Owen (Bar #411601) | David Lease (Bar No. MD09426) |
| Cochran and Owen, LLC | Smith, Lease & Goldstein, LLC |
| 8000 Towers Crescent Drive, Suite 160 | 11 North Washington Street, Suite 520 |
| Vienna, VA 22182 | Rockville, MD 20850 |
| Phone: 703-847-4480 | Phone: 301-838-8950 |
| Fax: 703-847-4499 | Fax: 301-838-0322 |
| | |
| Counsel for CUMIS Insurance Soc., Inc. | Counsel for Reginald Clark |