IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.   )
)
      Plaintiff,   )   Civil Action No.: 1:05cv01277
)   P.L.F.
v.   )   D.A.R.
)
REGINALD CLARK, et al.   )
)
      Defendants.   )
_____)

## STATUS REPORT

Pursuant to the Court's August 22, 2006 Order (the "Order"), Plaintiff, CUMIS Insurance Society, Inc. ("CUMIS"), respectfully submits this Status Report.

The case is currently stayed pursuant to the Court's August 22, 2006 Order. Since the November 21, 2006 Joint Status Report filing, David Lease has withdrawn as the attorney for the Defendant, Reginald Clark. Additionally, the Court denied CUMIS' Motion to Lift Stay.

CUMIS is not aware of any significant developments regarding a criminal investigation against Mr. Clark and the alleged embezzlement which occurred at Hoya Federal Credit Union.

CUMIS has not been able to contact Mr. Clark since his counsel withdrew. Correspondence to his last known address has gone unanswered, and a current phone number is unknown.

Respectfully submitted:

_____/s/ Ben Selan_____
Amy S. Owen (Bar #411601)
Ben Selan (Bar #495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Phone: 703-847-4480
Fax:    703-847-4499

Counsel for CUMIS Insurance Soc., Inc