IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CUMIS INSURANCE SOCIETY, INC.** | ) | |
| | ) | |
|       **Plaintiff,** | ) | Civil Action No.: 1:05cv01277 |
| | ) | P.L.F. |
| **v.** | ) | D.A.R. |
| | ) | |
| **REGINALD CLARK, et al.** | ) | |
| | ) | |
|       **Defendants.** | ) | |
| | ) | |

## STATUS REPORT

Pursuant to the Court's August 22, 2006 Order (the "Order"), Plaintiff, CUMIS Insurance Society, Inc. ("CUMIS"), respectfully submits this Status Report.

The above-referenced matter is currently stayed pursuant to the Court's August 22, 2006 Order. Since the February 20, 2007 Status Report filing there has been little activity in this matter.

Mr. Clark's alleged embezzlement at Hoya Federal Credit Union ("Hoya") occurred over the course of several months in 2003, more than four years ago. Since August of 2006, CUMIS has been unable to proceed in any fashion to pursue its rights to recover nearly one-half million dollars Mr. Clark fraudulently removed from his employer. During that time, Mr. Clark has had ample time to spend whatever ill gotten gains he had acquired during his tenure with the Hoya.

Mr. Clark will not suffer any prejudice if the stay is lifted. At no time prior to or since the institution of the stay has Mr. Clark received an indictment for any crime. Additionally, the stay on the civil proceeding has been imposed against a private entity, not the state or federal government, the latter of which could benefit from such dual litigation.

Finally, the continuation of the civil matter would not strip Mr. Clark of his constitutional rights. Indeed, the defendant retains a privilege not to testify, in either the civil or the criminal matters. As such, the only party harmed by the imposition of the stay is the plaintiff, the party damaged by Mr. Clark.

CUMIS has confirmed that the criminal investigation against Mr. Clark is still being conducted. However, CUMIS is not aware of any particular developments regarding the alleged embezzlement which occurred at Hoya Federal Credit Union.

CUMIS has still not been able to contact Mr. Clark since his counsel withdrew. Correspondence to his last known address has gone unanswered and a current phone number is unknown.

Dated: May 21, 2007                                    Respectfully submitted:

                                                        /s/ Ben Selan
Amy S. Owen (Bar #411601)
Ben Selan (Bar #495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Phone: 703-847-4480
Fax: 703-847-4499

Counsel for CUMIS Insurance Society, Inc