**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>  )<br>        Plaintiff, )<br>  )  Civil Action No.: 1:05cv01277 (PLF)(DAR)<br> v. )<br>  )<br> REGINALD CLARK, et al. )<br>  )<br>        Defendants. )<br>  ) | |

### PLAINTIFF'S MOTION TO LIFT STAY

Plaintiff, CUMIS Insurance Society, Inc. ("CUMIS"), respectfully moves this Court to Lift the Order Staying Proceedings. The defendant, Reginald Clark ("Mr. Clark"), will not suffer any prejudice if the stay is lifted. Furthermore, pursuant to the August 22, 2006 Order, the Court stated it would consider lifting the stay if CUMIS made available all requested materials to Mr. Clark. CUMIS has done so. The bases for this Motion are set forth in greater detail in the accompanying Memorandum of Points and Authorities.

For the reasons stated in the Motion, those presented in the accompanying Memorandum of Points and Authorities, and for any other reasons that the Court deems just and proper, CUMIS requests that this Court enter an appropriate order lifting the stay currently in place in this matter. A proposed Order is attached.

1

                                                            Respectfully submitted,

Dated:  June 27, 2007                                  /s/  Ben Selan
                                                            Amy S. Owen (D.C. Bar No. 411601)
                                                            Ben Selan (D.C. Bar No. 495232)
                                                            Cochran & Owen, LLC
                                                            8000 Towers Crescent Drive, Suite 160
                                                            Vienna, VA  22182
                                                            (703) 847-4480 (office)
                                                            (703) 847-4499 (facsimile)

                                                            Attorneys for CUMIS Insurance Society, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true copy of the foregoing Plaintiff's Motion to Lift Stay was served this 27th day of June, 2007, by first class mail, postage prepaid upon:

Reginald Clark<br>
1166 5th Street, NE<br>
Washington, DC  20002-3412

                                                  /s/  Ben Selan
                                                  Ben Selan