**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>    )<br>         Plaintiff,         )<br>    )<br>v.    )<br>    )<br>REGINALD CLARK, et al.    )<br>    )<br>         Defendants.        )<br>_____) | Civil Action No.: 1:05cv01277 (PLF)(DAR) |

## ORDER

This _____ day of _____, 2007, came the parties, by counsel, and argued CUMIS Insurance Society, Inc.'s Motion to Lift Stay filed herein.

Upon the matters presented to the Court at the hearing, it is

ORDERED that CUMIS Insurance Society, Inc.'s Motion to Lift Stay should be and is hereby granted; and it is

ORDERED that discovery be opened for a ninety (90) day period, commencing on the date of this Order.

_____
United States District Court Judge

Copies to:

| | |
|---|---|
| Amy S. Owen<br>Cochran & Owen, LLC<br>8000 Towers Crescent Drive, Suite 160<br>Vienna, VA  22182 | Reginald Clark<br>1166 5th Street, NE<br>Washington, DC 20002-3412 |
| Counsel for Plaintiff | Defendant |