UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
CUMIS INSURANCE SOCIETY, INC.,      )
                                    )
      Plaintiff,                    )
                                    )
      v.                            )  Civil Action No. 05-1277 (PLF)
                                    )
REGINALD CLARK, et al.,             )
                                    )
      Defendants.                   )
_____ )

### ORDER

      This matter is before the Court on plaintiff's motion to lift the stay of this matter. Defendant is proceeding *pro se* in this matter. In <u>Fox v. Strickland</u>, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." <u>Id</u>. at 509.

      While the pending motion to lift the stay is not a dispositive motion, in light of the fact that Mr. Clark neglected to appear at the status conference on June 19, 2007, the Court concludes that it would be prudent to inform Mr. Clark that if he does not file an opposition to plaintiff's motion to lift the stay, the motion may, and will, be granted as unopposed. <u>See</u> Local Civil Rule 7(b).[1]  Accordingly, the Court wishes to advise defendant that he must respond to

---

[1] Local Civil Rule 7(b) provides that "[w]ithin 11 days of the date of service or at such other time as the Court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such memorandum is not filed within the prescribed time, the Court may treat the motion as conceded."

plaintiff"'s motion to lift the stay on or before July 16, 2007. If defendant does not respond, the Court will treat the motion as conceded.

        SO ORDERED.

                              ___/s/_____
                              PAUL L. FRIEDMAN
                              United States District Judge

DATE: June 29, 2007