# SMITH, LEASE & GOLDSTEIN, LLC
### ATTORNEYS AND COUNSELORS AT LAW

11 NORTH WASHINGTON STREET
SUITE 520
ROCKVILLE, MARYLAND 20850

TELEPHONE: (301) 838-8950
FACSIMILE: (301) 838-0322
EMAIL: DLEASE@SLGLAW.COM
WWW.SLGLAW.COM

DAVID W. LEASE (MD.)

May 30, 2006

**VIA FACSIMILE & FIRST CLASS MAIL**
Amy S. Owen, Esquire
Ben Selan, Esquire
Cochran & Owen
8000 Tower Crescent Drive
Suite 160
Vienna, Virginia 22182

Re:   CUMIS Insurance Society v. Reginald Clark, et al.,
      Case No.: 1-05CV01277

Dear Amy and Ben:

Pursuant to our telephone conversation today, it was agreed that the deposition for Reginald Clark, scheduled for May 31, 2006, at 10:00 a.m. would not take place due to my client's intent to invoke his Fifth Amendment right and privilege against self-incrimination as to any questions dealing with the subject matter of the pending lawsuit.

If you have any questions or need any additional information regarding Mr. Clark's assertion of this Fifth Amendment rights, please contact me. As always, thank you for your cooperation in this matter.

Very truly yours,

David W. Lease

DWL/sam
cc:   Reggie Clark
Z:\Clark.Reginald\Owen & Selan ltr.doc