UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.,

    Plaintiff,

      v.

REGINALD CLARK, et al.,

    Defendants.

Civil Action No. 05-1277
PLF/DAR

### SCHEDULING ORDER

    It is, for the reasons set forth on the record on August 1, 2007,

    **ORDERED** that the status hearing scheduled for August 1, 2007 is continued to Monday,

August 20, 2007 at 3:30 p.m. in Courtroom 4 on the second floor of the United States

Courthouse, 333 Constitution Avenue, N.W., Washington, D.C.; and it is

    **FURTHER ORDERED** that Defendant Reginald Clark shall attend the hearing unless

counsel has entered an appearance on his behalf; and it is

    **FURTHER ORDERED** that the Clerk of the Court shall transmit a copy of this order to

Defendant Reginald Clark at his address of record by certified mail and request a return receipt.

August 2, 2007

_____/s/_____
DEBORAH A. ROBINSON
United States Magistrate Judge