THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 1:05cv01277<br>Judge Paul L. Friedman (DAR)<br>Next Event:   Status Conference<br>                     October 11, 2007 |

**CUMIS INSURANCE SOCIETY INC.'S SECOND
REQUEST FOR ADMISSIONS TO REGINALD CLARK**

Plaintiff, CUMIS Insurance Society, Inc. ("CUMIS"), hereby requests that, pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Defendant, Reginald Clark, admit the following for the purposes of this pending action only at the offices of Cochran & Owen LLC, 8000 Towers Crescent Drive, Suite 160, Vienna, VA 22182, within thirty (30) days:

1. Admit that Hoya Federal Credit Union ("Hoya") employed you from April 2001 through July 2003.

2. Admit that you, during your employment at Hoya, converted money belonging to Hoya for your own personal use and benefit.

3. Admit that you were a member of Hoya Federal Credit Union and maintained a share account at Hoya (the "share account").

4. Admit that you placed "Stop Payment" orders on checks which you wrote from your share account.

1

5. Admit that you deleted the "Stop Payment" orders from the draft file when the checks, written from your account, on which you placed "Stop Payment" orders, were presented to Hoya for payment.

6. Admit that you made false entries on Hoya's bank reconciliations.

7. Admit that you placed "Stop Payment" orders on checks written from a Hoya account belonging to Derrick Eatmon.

8. Admit that you deleted the "Stop Payment" orders from the draft file when the checks, written from Derrick Eatmon's account, on which "Stop Payment" orders were placed, were presented to Hoya for payment.

9. Admit that you placed "Stop Payment" orders on checks written from a Hoya account belonging to Tonia Shuler.

10. Admit that you deleted the "Stop Payment" orders from the draft file when the checks, written from Tonia Shuler's account, on which "Stop Payment" orders were placed, were presented to Hoya for payment.

11. Admit that you deposited checks into your Hoya account made out to you by Mae Smith on her account at U.S. Premier Federal Credit Union.

12. Admit that you forged Mae Smith's name on some of the checks you deposited into your Hoya Account made out to you by Mae Smith on her account at U.S. Premier Federal Credit Union.

13. Admit that at the close of business at Hoya Federal Credit Union, checks and cash deposits were placed into a deposit bag for deposit at First Union Bank.

14. Admit that you, on at least one occasion, volunteered to take the deposit bag to First Union Bank and make the deposit.

2

15. Admit that you, on more than one occasion, took the deposit bag to your residence.

16. Admit that you, while at your residence, would remove some or all of the cash from the deposit bag.

17. Admit that you, after you removed some or all of the cash, would create new deposit slips deleting the cash you removed from the deposit bag.

18. Admit that you concealed the net difference between the general ledger and the Mid-Atlantic Bank Statements created by your removal of some or all of the cash from the deposit bags.

19. Admit that you, on April 21, 2003, caused a written wire request in the amount of $40,000.00 to be sent to the People's Bank in Bridgeport, Connecticut for credit to the account of Ms. Tanya Hubbard and Mr. Kenard Walston.

20. Admit that you caused the April 21, 2003 written wire request to be processed despite the fact that you had no actual authority to request the wire transfer.

21. Admit that you, on June 20, 2003, caused a written wire request in the amount of $60,000.00 to be sent to J.P. Morgan Chase Bank in New York for credit to a National Finance Service account.

22. Admit that you caused the June 20, 2003 written wire request to be processed despite the fact that you had no actual authority to request the wire transfer.

23. Admit that you, on December 4, 2002, caused a written wire request in the amount of $2,500.00 to be sent to the account of Mae Smith at U.S. Premier Federal Credit Union.

24. Admit that you caused the December 4, 2002 written wire request to be processed despite the fact that you had no actual authority to request the wire transfer.

25. Admit that you contacted merchants and/or vendors and authorized ACH payments on your behalf.

26. Admit that you contacted merchants and/or vendors and authorized ACH payments on behalf of Derrick Eatmon.

27. Admit that you used a false account number to identify the account(s) to be debited by the merchant and/or vendor when conducting the ACH transfer.

28. Admit that you posted false entries to the ACH general ledger to keep it at a zero balance.

29. Admit that you made false deposits to your Hoya account by depositing an empty deposit envelope through the Automated Teller Machine ("ATM") and intercepting the empty deposit envelope the next morning.

30. Admit that you intercepted the return ATM deposits early in the morning to remove your empty deposit envelope.

31. Admit that you made false or misleading entries into the General Ledger in order to reflect a credit to your Hoya account.

32. Admit that your actions while in the employ of Hoya Federal Credit Union caused Hoya to suffer a loss in the amount of $540,196.14.

33. Admit that you owe Hoya $540,196.14.

        Respectfully submitted,

Dated: September 6, 2007    _____
            Amy S. Owen (D.C. Bar No. 411601)
            Ben Selan (D.C. Bar No. 495232)
            Cochran & Owen, LLC
            8000 Towers Crescent Drive, Suite 160
            Vienna, VA 22182
            (703) 847-4480 (office)
            (703) 847-4499 (facsimile)

            Attorneys for CUMIS Insurance Society, Inc.