IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC.  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>REGINALD CLARK, et al.  )<br>)<br>Defendants.  )<br>_____  ) | Civil Action No.: 1:05cv01277<br>Judge Paul L. Friedman (DAR)<br>Next Event: Status Conference<br>October 11, 2007 |

### DEPOSITION NOTICE OF REGINALD CLARK

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, CUMIS Insurance Society, Inc. ("CUMIS") shall take the deposition upon oral examination of Reginald Clark on **October 9, 2007** at **10:00 a.m.** at Esquire Deposition Services, 1020 19th Street, N.W., Suite 620A, Washington, D.C. 20036, before a court reporter and Notary Public or before another officer qualified to administer oaths.

IF SAID DEPOSITION is not taken or completed on that date, it will be continued until so completed.

Respectfully submitted,

_____
Amy S. Owen (No. 411601)
Benje A. Selan (No. 495232)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax:    (703) 847-4499

Counsel for CUMIS Insurance Society, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Deposition Notice of Reginald Clark was served on September 13, 2007, by hand-delivery and/or first class mail, postage prepaid, upon the following:

Reginald Clark<br>
1166 5th Street, N.E.<br>
Washington, D.C. 20002

_____
Ben Selan