IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.    )
                                 )
        Plaintiff,               )
                                 )
v.                               ) Civil Action No.: 1:05cv01277 (PLF)(DAR)
                                 ) Next Event: Close of Discovery
REGINALD CLARK, et al.           )            11/12/2007
                                 )
        Defendants.              )
                                 )

## AFFIDAVIT OF HAZEL LOGAN

I, Hazel Logan, hereby state and affirm that the following is true and accurate to the best of my knowledge and belief.

1. I make this affidavit based upon my own personal knowledge and upon my review of relevant materials.

2. I am the President of Hoya Federal Credit Union (the "Credit Union") and am personally familiar with the financial aspects of the banking entity.

3. The Credit Union is located at 3700 Reservoir Road, N.W in Washington D.C.

4. Reginald Clark was employed by Hoya Federal Credit Union, as an accountant, from April 2001 through July 2003.

5. Reginald Clark fraudulently converted money from Hoya for his own personal use and benefit while employed by Hoya Federal Credit Union.

6. During his employment, Mr. Clark often volunteered to take the daily deposits to Hoya's bank, First Union National Bank (now Wachovia Bank, N.A.) Mr. Clark took the deposit bag to his residence, removed the cash from the deposits, created new deposit slips without a reference to a cash deposit, and then deposited the checks the following business day and entered the altered figures into Hoya's records.

7. On at least three occasions during his employment, Mr. Clark arranged the processing of fraudulent wire transfers.
   a. On December 4, 2002 Mr. Clark wired $2,500.00 to the United States Postal Federal Credit Union on behalf of Mae Smith, Mr. Clark's aunt, with whom he lived;

b. On April 21, 2003 Mr. Clark wired $40,000.00 to an account at People's Bank belonging to Kenard Walston ("Mr. Walston") and Tanya Hubbard ("Ms. Hubbard"); and

c. On June 20, 2003 Mr. Clark wired $60,000.00 to a JP Morgan investment account.

8. Mr. Clark, cloaking himself in false authority, conducted several fraudulent wire transfers. Mr. Clark processed large wire transfers when Hoya's manager was out of the office, thus his claims of authorization went unchallenged and he was able to carry out the transfers.

9. Mr. Clark placed "stop payment" orders on checks he wrote from his Hoya account, as well as checks written from the accounts of Mr. Clark's acquaintances, Mr. Eatmon and Ms. Shuler. He removed the holds long enough to pay drafts when the drafts were presented to Hoya, however, he never debited these amounts from the Hoya account from which the checks were written.

10. Mr. Clark used the ATM machine to make fraudulent deposits into his account by depositing empty envelopes and altering his account records.

11. Mr. Clark defrauded Hoya by misapplying ACH transfers to improper accounts, paying for the purchase out of Credit Union funds, and creating fake entries on the bank reconciliation.

12. Hoya submitted a proof of loss to CUMIS pursuant to its bond. To date, CUMIS has paid the credit union more than $540,196.14 as a result of the Defendant's actions and is subrogated to Hoya's rights under the bond.

*Hazel Logan* (signature)
Hazel Logan

*Hazl Sogan*
Hazel Logan

DISTRICT OF COLUMBIA :

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that HAZEL LOGAN, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this ___ day of November, 2007.

KATRECIA O. BANKS   Notary Public
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires: My Commission Expires March 5, 2011