# INDEPENDENT ACCOUNTANT'S REPORT
## APPLYING AGREED-UPON PROCEDURES
### IN PERFORMANCE OF A FRAUD ASSESSMENT
### OF THE
### HOYA FEDERAL CREDIT UNION



C U Proter

APR 1 9

Cle

**DeLeon & Stang**
CERTIFIED PUBLIC ACCOUNTANTS AND ADVISORS

… improving the financial lives
of our clients, our staff
and our community with
integrity, trust and innovation



# INDEPENDENT ACCOUNTANT'S REPORT APPLYING AGREED-UPON PROCEDURES IN PERFORMANCE OF A FRAUD ASSESSMENT

of the

## Hoya Federal Credit Union

Allen P. DeLeon, CPA
Partner
DeLeon & Stang
Certified Public Accountants & Advisors
One Bank Street, Suite 240
Gaithersburg, Maryland 20878

Phone: (301) 948-9825
Fax: (301) 948-3220
E-Mail: info@deleonandstang.com
Web: www.deleonandstang.com

**Integrity** ◆ **Trust** ◆ **Innovation**

INDEPENDENT ACCOUNTANT'S REPORT
ON APPLYING AGREED-UPON PROCEDURES
IN PERFORMANCE OF FRAUD ASSESSMENT

# INDEX TO REPORT

1.  Fraud Assessment Executive Summary ................................................................... 1

2.  Fraud Assessment Methodology ........................................................................... 2

3.  Memorandum of Predication - Telephone Call From Hazel Logan, Chief Executive Officer – Hoya FCU ................................................................... 4

4.  Fraud Assessment – Agreed Upon Procedures & Additional Procedures ...................................................................................................... 6

5.  A Review of the Personnel File of Mr. Reginald Clark – Accountant ........................................................................................................ 7

6.  A Review and Assessment of the Credit Report of the Accountant ...................... 8

7.  A Review and Assessment of the Personal Account Statements of the Accountant ...................................................................................................... 9

8.  A Review and Assessment of the Personal Account Statements of All of the Family Members or Known Friends of the Accountant ...................... 15

9.  Review of Bank Statements and General Ledger Transactions ........................... 16

10. A Review and Assessment of an Updated Internal Controls Checklist for the Credit Union ............................................................................. 18

11. A Review and Assessment of Any and All Loans or Other Financial Transactions with the Accountant and all Accountant's family members or known friends ....................................................................... 19

12. A Review and Assessment of any Checks, EFT Authorization Forms, Deposit Slips or other Documents or Transactions Relevant to the Situation ...................................................................................................... 20

13. A Review and Assessment of Dormant Accounts that have Become Active ......................................................................................................... 24

14. Listing of the ID's, Passwords, Passcodes, Etc. of the Accountant ...................... 25

15. A Review and Assessment of the File Maintenance Reports ............................... 26

16. A Review and Assessment of Daily Balancing Reports Relevant to the Transactions in Question for the Accountant ............................................... 27

17. ACH Transactions .............................................................................................. 28

18. ATM Transactions .............................................................................................. 31

C 0003

INDEPENDENT ACCOUNTANT'S REPORT
ON APPLYING AGREED-UPON PROCEDURES
IN PERFORMANCE OF FRAUD ASSESSMENT

# APPENDICES TO REPORT
### (SEE SEPARATE BINDER)

A.    DeLeon & Stang Engagement Letter

B.    Affidavit of Jerry Macomber

C.    Resume of Mr. Jerry Macomber

D.    Affidavit of Hazel Logan

E.    Copies of Reginald Clark's Share Account Statements

F.    Share Drafts

G.    Bank Reconciliation Discrepancies

H.    Internal Control Checklist

I.    Wire Transfers

J.    ACH Transfers  Phase I

K.    ACH Transfers  Phase II

L.    ATM Transactions

**C 0004**

# HOYA FEDERAL CREDIT UNION
## FRAUD ASSESSMENT

## EXECUTIVE SUMMARY

**To:**     Ms. Hazel Logan, CEO – Hoya Federal Credit Union

**From:**     Allen P. DeLeon, CPA – DeLeon & Stang

**Date:**     April 9, 2004

**Re:**     Executive Summary - Hoya Federal Credit Union Fraud Assessment

Predicated on the telephone call received by Allen P. DeLeon, CPA, of DeLeon & Stang, CPA's & Advisors from Hazel Logan, the Manager and CEO of the Hoya Federal Credit Union (Hoya FCU) on or about the 17th of July, 2003, a fraud assessment of the Hoya Federal Credit Union was initiated.

While it was initially thought that the value of the funds involved were relatively low (perhaps less than $10,000), subsequent inquiries revealed apparently fraudulent activities and transactions on a vast scale within the Hoya FCU.

As a result, Ms. Hazel Logan (Please See Affidavit of Ms. Logan – Appendix D) with the assistance of an experienced outside credit union professional – Mr. Jerry Macomber – now the CEO of the Strategic Federal Credit Union (Please See Affidavit & Resume of Mr. Macomber – Appendices B & C) worked together to reconstruct and scrutinize various transactions that could have been subject to fraudulent manipulation of some type. DeLeon & Stang then assisted in the process of analyzing, synthesizing, verifying and memorializing their findings in this report.

To date, apparently fraudulent transactions total some $495,951.96. A data table summarizing the five basic categories that comprise the apparently fraudulent transactions total is represented below.

#### Summary of Apparently Fraudulent Transactions

| | |
|---|---|
| *Wire Transfers* | **$89,963.93** |
| *Share Drafts* | **$97,684.69** |
| *ACH Transactions* | **$54,285.09** |
| *ATM* | **$8,300.00** |
| *Deposits* | **$245,718.25** |
| Total | **$495,951.96** |

C 0005

# HOYA FEDERAL CREDIT UNION
## FRAUD ASSESSMENT

## METHODOLOGY

**To:**   Ms. Hazel Logan, CEO – Hoya Federal Credit Union

**From:** Allen P. DeLeon, CPA – DeLeon & Stang

**Date:** April 9, 2004

**Re:**   Methodology - Hoya Federal Credit Union Fraud Assessment & Report

## Phase 1 – Discovery & Engagement

Discovery of suspicious activity is made by Hazel Logan, Manager and Chief Executive Officer. Such activity includes lack of bank reconciliations from January through June of 2003 and missing bank reconciliations for 2002 as well as a bogus deposit to an ATM machine in June 2003. Since she suspected her accountant, Reginald Clarke, who had been placed on leave and then dismissed. Ms. Logan engages DeLeon & Stang, CPAs to perform fraud assessment services and help produce a Fraud Assessment Report.(Report).

## Phase 2 – Initiation of Fieldwork

Hruta Virkar, CPA, Staff Accountant, DeLeon & Stang, CPAs begins investigation. Due to the fact that the bank reconciliations and numerous sub-ledgers needed to be reconstituted, the credit union hires an outside accountant - Mr. Jerry Macomber to perform this task. In the meantime, Ms. Virkar began looking at deposits made by the accountant, Reginald Clarke, to his own personal account and discovers that deposits were made nearly every day.

## Phase 3 – Reconciliation of Missing Bank Statements

Mr. Macomber reconciles the missing bank statements which brings to light numerous unreconciled daily deposits and other irregularities. Mr. Macomber, working with Ms. Logan, now begins to unravel the irregularities within the bank statements and begins the time consuming process of breaking down and  categorizing the numerous unreconciled differences and amounts.

## Phase 4 – Analysis, Synthesis & Verification by DeLeon & Stang

The analysis and synthesis process then begins at DeLeon & Stang with the review and categorization of the information – along with more research and requests for backup from the Credit Union. The information was reviewed and verified before inclusion in the Report.

C 0006

**Phase 5 – Drafting & Presentation of the Draft Fraud Assessment Report**

In the fifth phase of the process a Draft Fraud Assessment Report was written and delivered to the leadership of the Hoya FCU on March 15, 2004 in a meeting with the President of the Board and the Chair of the Supervisory Committee as well as the Manager/CEO of the Credit Union.

**Phase 6 – Submission of the Proof of Loss Claim & Report to CUNA Mutual**

In the last phase of the Fraud Assessment Process it is anticipated that a Proof of Loss Claim & Report will be filed with the CUNA Mutual Insurance Company.

C 0007

## MEMORANDUM OF PREDICATION

**To:**    Hoya FCU Fraud Assessment File

**From:** Allen P. DeLeon, CPA

**Date:**  July 21, 2003

**Re:**    Telephone Call from Hazel Logan, CEO – Hoya FCU

---

On July 17, 2003, at approximately 10 am, I received a telephone call from Ms Hazel Logan, the CEO of the Hoya Federal Credit Union.

She explained to me that she had discovered some irregularities with the accounting records of the credit union that might indicate that a fraud had been committed. I asked her to elaborate.

She explained that the bank accounts had not been reconciled for January to June 2003 and that the 2002 bank reconciliations, which had been done to the best of her knowledge and reviewed during the 2002 audit, were apparently missing. Further, she had discovered what appeared to be bogus deposits to one the Credit Union's ATM machines. Further, she indicated that there were discrepancies with bank deposits n the following months:

- February 2002        $ 2,200*
- April 2002           $ 5,100
- July 2003            $   550*
  - Subtotal           $ 7,850*

* These time periods and amounts were later reviewed and revised (Please see ATM Transactions p. 31.)

She indicated that she suspected her accountant (Mr. Reginald Clarke) was involved and had placed him on administrative leave. She also indicated that she had called the credit union's insurance company, CUNA Mutual and advised them of a potential claim. She further indicated that the employee did not admit guilt to her, prior to being placed on leave and then subsequently dismissed.

C 0008

I asked how I could help her, and she indicated that the credit union wished to engage our firm to conduct an investigation of this matter and attempt to discover the nature and extent of the fraud, if any. We spent some time discussing the nature and extent of the fraud investigation that we would plan to conduct. I obtained her contact information.

On July 21, 2003, I prepared an engagement letter and forwarded that to her for signature. Based upon the predication supplied above, an engagement letter was drafted, agreed to and signed and a fraud assessment was initiated.

A copy of the signed letter is contained in Appendix A.

C 0009

MEMORANDUM

**To:**    Hoya FCU Fraud Assessment File

**From:** Hruta Virkar, CPA

**Date:** July 23, 2003

**Re:**    Fraud Assessment – Agreed Upon Procedures & Additional Procedures

---

We agreed that the following procedures would be carried out in the fraud assessment as well as a number of reasonable additional procedures as the assessment unfolded:

1.    A review and assessment of the personnel file of the Accountant.

2.    A review and assessment of the credit report of the Accountant.

3.    A review and assessment of the personal account statements of the Accountant.

4.    A review and assessment of the personal account statement of all of the family members or known friends of the Accountant.

5.    A review and assessment of an updated Internal Controls Checklist for the Credit Union.

6.    A review and assessment of any and all loans or other financial transactions with the Accountant and all Accountant's family members or known friends.

7.    A review and assessment of any checks, EFT authorization forms, deposit slips or other documents or transactions relevant to the situation.

8.    A review and assessment of dormant accounts that have become active.

9.    Listing of the ID's, passwords, passcodes, etc. of the Accountant.

10.   A review and assessment of the File Maintenance Reports.

11.   A review and assessment of daily balancing reports relevant to the transactions in question for the Accountant.

**C 0010**

MEMORANDUM


**To:**   Hoya FCU Fraud Assessment File

**From:** Hruta Virkar, CPA

**Date:** March 13, 2004

**Re:**   A Review and Assessment of the Personal Account Statements of the Accountant.
(Account # 9068)


Random Selection of Ms. Mae Smith Deposits

Early in the process, we noted that Mr. Clark deposited numerous checks that were made out to
him by Ms. Mae Smith on her account in Premier Federal Credit Union.  We randomly selected a
few deposits in Mr. Clark's account and verified with Premier FCU to determine whether these
checks had cleared Ms. Smith's account.

The following were some of the checks that were randomly selected for verification:

| | | |
|---|---|---|
| *Check # 1306* | *Not Presented For Payment* | **$500.00** |
| *Check # 1378* | *Not Presented For Payment* | **$500.00** |
| *Check # 1393* | *Not Presented For Payment* | **$1,300.00** |
| *Check # 1409* | *Not Presented For Payment* | **$1,300.00** |
| *Check # 1416* | *Not Presented For Payment* | **$400.00** |
| *Check # 1418* | *Not Presented For Payment* | **$600.00** |
| *Check # 1423* | *Not Presented For Payment* | **$500.00** |
| *Check # 1430* | *Not Presented For Payment* | **$500.00** |
| *Check # 1707* | *Not Presented For Payment* | **$1,400.00** |
| *Check # 1777* | *Not Presented For Payment* | **$3,000.00** |
| *Check # 1720* | *Cleared 5/19/03* | |
| *Check # 1683* | *Cleared 3/5/03* | **No Total Needed** |

Ten of the twelve checks chosen from the random sample were not presented for payment.  As a
result, a more comprehensive analysis was undertaken by Ms. Hruta Virkar, the Credit Union
and Mr. Macomber.

C 0013

Deposits to Mr. Clark's Account

During his period of employment from June 2001 through May 2003, deposits made to Mr. Clark's share account are curious at the very least and most likely an indicator of inappropriate activities and financial transactions from the very early months of his employment. While looked at alone, the deposits to his share account are not final proof that fraudulent activity was taking place, they did in the early stages of the assessment raise a very strong suspicion that something inappropriate was likely occurring and that additional inquiries were warranted.

It is also worth noting that – large as the amounts ultimately became – the share account deposits flowing through Mr. Clark's account are only a small fraction of the apparently fraudulent activity going on. When taken with the totality of the information provided by the credit union, they further raised a red flag that caused everyone to scrutinize the situation further.

| Month | Salary Deposit | Other Deposits | Total Deposits | Salary as % of Total |
|---|---|---|---|---|
| Jun-01 | 0.00 | 2,196.41 | $2,196.41 | 0.00 |
| Jul-01 | 0.00 | 0.00 | $0.00 | 0.00 |
| Aug-01 | 3,855.00 | 1,877.24 | $5,732.24 | 67.25 |
| Sep-01 | 1,180.92 | 2,637.40 | $3,818.32 | 30.93 |
| Oct-01 | 2,361.83 | 7,162.07 | $9,523.90 | 24.80 |
| Nov-01 | 2,361.83 | 920.00 | $3,281.83 | 71.97 |
| Dec-01 | 2,449.15 | 2,437.50 | $4,886.65 | 50.12 |
| Jan-02 | 3,535.98 | 887.01 | $4,422.99 | 79.95 |
| Feb-02 | 2,555.89 | 3,680.58 | $6,236.47 | 40.98 |
| Mar-02 | 2,534.76 | 3,780.00 | $6,314.76 | 40.14 |
| Apr-02 | 2,424.15 | 7,187.98 | $9,612.13 | 25.22 |
| May-02 | 2,424.16 | 5,371.50 | $7,795.66 | 31.10 |
| Jun-02 | 1,924.15 | 3,883.59 | $5,807.74 | 33.13 |
| Jul-02 | 1,924.14 | 4,300.00 | $6,224.14 | 30.91 |
| Aug-02 | 1,875.15 | 4,255.00 | $6,130.15 | 30.59 |
| Sep-02 | 1,875.16 | 6,226.78 | $8,101.94 | 23.14 |
| Oct-02 | 0.00 | 0.00 | $0.00 | 0.00 |
| Nov-02 | 0.00 | 0.00 | $0.00 | 0.00 |
| Dec-02 | 0.00 | 0.00 | $0.00 | 0.00 |
| Jan-03 | 1,496.25 | 5,955.23 | $7,451.48 | 20.08 |
| Feb-03 | 1,496.25 | 11,231.41 | $12,727.66 | 11.76 |
| Mar-03 | 1,496.26 | 7,920.51 | $9,416.77 | 15.89 |
| Apr-03 | 1,496.25 | 11,493.92 | $12,990.17 | 11.52 |
| May-03 | 1,496.25 | 2,722.91 | $4,219.16 | 35.46 |
| Totals | 40,763.53 | 96,127.04 | $136,890.57 | 29.78 |

C 0014

These amounts significantly exceeded the salary he was receiving from the Credit Union. Please see Appendix E for copies of Mr. Clark's share account statements.



Reginald Clark Share Account Deposits June 2001 - May 2003

Continued Next page...

C 0015

**Share Drafts**

Additional analysis indicated a consistent methodology used to defraud the Hoya FCU. Stop payment was placed on numerous checks written by Mr. Clark and once the checks were presented for payment, the "Stop Payment" was deleted from the draft file in order for the check to be cleared. The vendor to whom the check was written would then be paid from Hoya FCU funds but no debit made to the account of Mr. Clark. The net impact of this methodology was that the credit union was paying Mr. Clark's bills. On evaluating checks written by Mr. Clark and from reviewing the bank statements and the share drafts that were deposited in the bank, funds for many of the checks written by Mr. Clark were never collected by the Hoya FCU. Following are the findings based on the irregularities within the bank reconciliations. As noted in the chart below, the same methodology used by Mr. Clark was apparently used for some checks written by Mr. Derrick Eatmon – Account # 9223 and Ms. Tonia Shuller Account # 1613:

| Name | Check # | Date | Amount |
|------|---------|------|--------|
| Mr. Clark | 1290 | 07/01/03 | $ 1,200.00 |
| Mr. Clark | 1289 | 07/01/03 | 1,000.00 |
| Mr. Eatmon | 919 | 09/18/02 | 2,500.00 |
| Mr. Clark | 1094 | 09/20/02 | 2,273.87 |
| Mr. Clark | 1096 | 09/20/02 | 2,371.37 |
| Mr. Clark | 1097 | 10/01/02 | 1,200.00 |
| Mr. Clark | 1182 | 11/17/02 | 250.00 |
| Mr. Eatmon | 923 | 11/19/02 | 2,500.00 |
| Mr. Eatmon | 1001 | 11/30/02 | 2,500.00 |
| Mr. Clark | 1071 | 12/26/02 | 2,361.50 |
| Mr. Clark | 1230 | 01/07/03 | 600.00 |
| Mr. Eatmon | 1003 | 01/06/03 | 3,000.00 |
| Mr. Clark | 1157 | 01/07/03 | 444.20 |
| Mr. Eatmon | 1007 | 12/30/02 | 5,648.00 |
| Mr. Clark | 1158 | 01/08/03 | 2,266.75 |
| Mr. Clark | 1225 | 12/15/02 | 1,200.00 |
| Mr. Clark | 1229 | 01/31/03 | 1,139.97 |
| Mr. Clark | 1191 | 02/18/03 | 1,500.00 |
| Mr. Eatmon | 1005 | 02/10/03 | 2,500.00 |
| Mr. Eatmon | 1004 | 02/01/03 | 3,000.00 |
| Mr. Clark | 1230 | 04/14/03 | 166.70 |
| Mr. Clark | 1162 | 02/26/03 | 2,578.93 |
| Mr. Clark | 1163 | 02/26/03 | 3,500.00 |
| Mr. Clark | 1164 | 02/27/03 | 1,500.00 |
| Mr. Eatmon | 918 | 04/03/03 | 2,500.00 |
| Mr. Clark | 1170 | 04/10/03 | 217.77 |
| Mr. Clark | 1172 | 04/14/03 | 3,000.00 |
| Mr. Clark | 1202 | 08/30/02 | 1,140.78 |
| Mr. Eatmon | 917 | 06/10/02 | 1,500.00 |
| Mr. Clark | 1087 | 06/17/02 | 2,333.00 |
| Mr. Eatmon | 911 | 07/12/02 | 1,500.00 |

(Continued)

C 0016

(Continued)

| Name | Check # | Date | Amount |
|------|---------|------|--------|
| M. Clark | 1200 | 07/30/02 | 1,140.78 |
| Mr. Eatmon | 916 | 08/01/02 | 2,000.00 |
| Mr. Eatmon | 1009 | 04/17/03 | 3,000.00 |
| Mr. Eatmon | 1010 | 04/17/03 | 3,000.00 |
| Mr. Clark | 1275 | 04/17/03 | 2,545.00 |
| Mr. Clark | 1198 | 04/30/03 | 1,850.00 |
| Mr. Clark | 1264 | 05/06/03 | 120.47 |
| Mr. Clark | 1300 | 05/08/03 | 1,500.00 |
| Mr. Clark | 1174 | 05/09/03 | 1,500.00 |
| Mr. Eatmon | 1012 | 05/12/03 | 2,500.00 |
| Mr. Clark | 1300 | 05/15/03 | 501.97 |
| Mr. Clark | 1173 | 05/07/03 | 900.00 |
| Mr. Clark | 1199 | 05/13/03 | 1,000.00 |
| Mr. Clark | 1277 | 05/13/03 | 1,000.00 |
| Mr. Clark | 1276 | 05/14/03 | 1,003.31 |
| Mr. Clark | 1281 | 05/23/03 | 1,000.00 |
| Mr. Clark | 1282 | 05/23/02 | 1,000.00 |
| Mr. Clark | 1283 | 05/23/02 | 1,000.00 |
| Mr. Clark | 1286 | 06/07/03 | 1,000.00 |
| Mr. Eatmon | 1011 | 06/10/03 | 5,438.82 |
| Mr. Eatmon | 1008 | 06/17/03 | 2,000.00 |
| Ms. Shuler | 1613 | 06/20/03 | 3,291.50 |
| | | | $ 97,684.69 |

See also Appendix F for back-up documentation.

The mechanism utilized to defraud the Hoya FCU through the share draft process is reproduced below.

C 0016A



**Fraud Mechanism for Share Draft Transactions**

Step 1
Check Written by RC, DE or TS to Various Personal Vendors or Parties

Net Result: Loss of $97,684.69 in Hoya FCU Monies

Step 2
Stop Payment Put On Check

Step 7
RC, DE or TS Checks are Paid But Not Debited From Their Share Accounts.

Step 3
RC Deleted Checks from CU Draft File

Step 6
This Leads To Outstanding Item On Mid-Atlantic Corporate Account

Step 4
Vendor Gets Paid for Check Presented by RC

Step 5
Fake Entry Made on Bank Reconciliation

C 0017

MEMORANDUM

**To:**    Hoya FCU Fraud Assessment File

**From:** Hruta Virkar, CPA

**Date:** March 13, 2004

**Re:**    Review of Bank Statements and General Ledger Transactions

---

The credit union management was unable to locate the bank reconciliations for June 2002 – July 2003 on the credit union premises. The CEO with the assistance of Mr. Jerry Macomber had to prepare the bank reconciliations for the period June 2002 – July 2003.

Deposits

On reviewing the re-created bank statements and reconciliations for the period of June 2002 through June 2003, we noted that there were numerous items to be reconciled.

The bank deposit slips for the First Union Bank appear to have been altered or rewritten and the amounts on the bank deposit slips are significantly different from the amount posted to the general ledger. In some instances, there have been no deposits made in the First Union Bank for the amount posted to the general ledger.

The total difference between the actual deposits made in First Union Bank on behalf of HOYA Federal Credit Union and the deposits that were posted to the general ledger is $245,718.

The details of these transactions are attached as Appendix G.

The mechanism utilized to defraud the Hoya FCU through the deposit process is reproduced below.

C 0019



**Fraud Mechanism for Deposit Slips**

**Step 1**
End of the Day Checks & Cash Deposits Put Into Deposit Bag Under Dual Control

**Step 2**
Bag Given To RC For Deposit Drop at First Union Bank

**Step 3**
RC Opens Deposit Bag & Takes Out Some or All Cash or Checks

**Step 4**
Write New Deposit Slip to Reflect New (Lower) Total

**Step 5**
Make Deposit of Remaining Cash or Checks

**Step 6**
RC Creates False Translation Summaries

**Step 7**
This Creates Net Difference Between the GL and the Mid-Atlantic Bank Statement

**Step 8**
RC Creates False Bank Reconciliations & Intercepts Return Deposit Slips

**Net Result:**
Loss of $245,718.25 of Hoya FCU Monies

C 0020

MEMORANDUM

**To:**    Hoya FCU Fraud Assessment File                    REDACTED

**From:** Hruta Virkar, CPA

**Date:** September 15, 2003

Re:    A Review and Assessment of Any Checks, EFT Authorization Forms, Deposit Slips or Other Documents or Transactions Relevant to the Situation.

---

### Wire Transfers

One traditional area of concern in a fraud investigation is wire transfers, as these are large amounts of money flowing regularly in and out of a financial institution such as a credit union. We noted that two wires were called in at the request of Mr. Clark, one in the amount of $40,000 sent to People's Bank and posted to the account of Ms. Tanya Hubbard; another one in the amount of $60,000 wired to JPM Chase in New York City for credit to National Finance Service. On both these occasions, Mr. Clark had the loan officer wire funds from the credit union's account.

A. On April 21, 2003, Mr. Clark gave Mrs. Armstrong a written wire request for $40,000 to be sent to People's Bank in Bridgeport, CT, for credit to Ms. Tanya Hubbard's account number            ). Upon being asked the purpose of the wire transfer by Mrs. Armstrong, Mr. Clark mentioned that it was for purchase of a CD for the credit union.

The credit union was able to recover $12,536.07 from Ms. Hubbard's account. Ms. Tanya Hubbard's address is 6 Rosegarden Lane #B, Norwich, CT 06360.            1

B. On June 20, 2003, Mr. Clark once again gave Mrs. Armstrong a written wire request for $60,000 to be sent to JPM Chase in New York for credit to National Finance Service account X37625701. These funds were initially sent to JPM Chase in New York for credit to account number X37625701 FBO Investment/Fidelity with final credit to National Finance Service. Again, on being questioned by Mrs. Armstrong, Mr. Clark mentioned that the purpose of the funds being wired out was for the purchase of a CD for the credit union. The funds were wired out to Mid-Atlantic Bank who then immediately wired the funds to the designated JPM Chase account. Apparently a forwarding order placed on the account then caused the funds to be forwarded to an account under the control of Mr. Clark or his associates.

C 0023

On both the above-mentioned dates, the CEO of the credit union, Ms. Hazel Logan was out of the office.

In addition, a wire transfer from Mr. Clark's personal account in the amount of $2,500 was credited to the account of Ms. Mae Smith on December 2, 2002. This amount was never debited to Mr. Clark's share account.

### Wire Transfers

| Date | Item | Wire Out | Recovery | Difference |
|------|------|----------|----------|------------|
| 12/04/02 | Wire Transfer USP FCU WASH - MA | $2,500.00 | $0.00 | $2,500.00 |
| 04/21/03 | Wire - Peoples Bank - Tanya Hubbard | $40,000.00 | $0.00 | $0.00 |
| 10/28/03 | Fraud Wire Ret. T. Hubbard 4/21/03 | $0.00 | $12,536.07 | $27,463.93 |
| 06/20/03 | Wire JPMCHASE-FBO Investment/F | $60,000.00 | $0.00 | $60,000.00 |
| | | | Total | $89,963.93 |

Please see Appendix I concerning the back-up documentation on these wire transfers.

The mechanisms utilized to defraud the Hoya FCU through the two large wire transfers noted above is reproduced below.

C 0024



**Fraud Mechanism for $40,000 Wire Transfer Transaction**

**Step 1**
Hazel Out of the Office

**Step 2**
RC Gives Written Request to Loan Officer to Wire CU Funds to Tanya Hubbard's account at People's Bank

**Step 3**
Loan Officer Calls in Wire Transfer to Mid-Atlantic As Requested By RC

**Step 4**
Funds Wired To Peoples Bank From Mid-Atlantic As Requested

**Step 5**
Account Established at Peoples Bank in the Name of Tanya Hubbard

**Step 6**
Hazel Logan Contacts Peoples Bank Account Frozen

**Step 7**
Ms. Hubbard Attempts to Withdraw Balance of Account

**Step 8**
Peoples Bank Determines Fraud Has Likely Occurred & Does Not Release Funds To Ms. Hubbard

**Step 9**
Bank Sends Remainder of Funds Back to Hoya FCU $12,536.07

**Net Result:**
Loss of $27,463.93 in Hoya FCU Monies

C 0025



**Fraud Mechanism for $60,000 Wire Transfer Transaction**

Step 1
Hazel Out of the Office

Step 2
RC Gives Written Request to Loan Officer to Wire CU Funds to Purchase Certificate of Deposit for CU

Step 3
Loan Officer Calls in Wire Transfer to Mid-Atlantic As Requested By RC

Step 4
Funds Wired To Investment House (J.P. Chase Morgan) From Mid-Atlantic As Requested

Step 5
Account Established at Investment House has a Forwarding Order to Another Account (National Financial Services)

Step 6
Forwarding Account Appears to Have Been Under Control of RC or Associates

Step 7
Money Likely Withdrawn From This Forwarding Account (Unverified)

Net Result:
Loss of $60,000 of Hoya FCU Monies

Page 23

C 0026

**MEMORANDUM**

**To:**   Hoya FCU Fraud Assessment File

**From:** Hruta Virkar, CPA

**Date:** March 13, 2004

**Re:**    Listing of the ID's, Passwords, Passcodes, Etc. of the Accountant

---

1. Reginald Clark – (Account # 9068)

2. Passwords – Unknown to Hoya FCU

3. Mr. Clark's ID # was 003

**C 0028**

MEMORANDUM

**To:**     Hoya FCU Fraud Assessment File

**From:** Hruta Virkar, CPA

**Date:** March 13, 2004

**Re:**     A Review and Assessment of Daily Balancing Reports Relevant to the Transactions in Question
for the Accountant

As a result of the review of the daily tellers' work it was noted that the tellers' settlement sheets and the bank deposits did not match. Accordingly, additional analytical work was done and is reflected in the detection of apparently fraudulent transactions as detailed elsewhere in this report.

C 0030

MEMORANDUM

**To:**    Hoya FCU Fraud Assessment File

**From:** Hruta Virkar, CPA

**Date:** March 13, 2004

**Re:**    Review of ACH Items

---

Another methodology that was apparently utilized to convert the funds of the Hoya FCU was ACH transactions. The analysis of the apparently fraudulent ACH Transactions was done in two segments – Phase I $16,578.46 & Phase II  $37,706.63 – which combine together to total $54,285.09.

The details of these transactions are reproduced below in the Phase I & Phase II charts.

### ACH Items - Phase I

| Date | Item | Posted to GL | Cleared by Fed | Difference |
|---|---|---|---|---|
| 05/23/02 | ACH Returns | $ 445.33 | $    - | $   445.33 |
| 06/13/02 | FED RES ACH | 445.33 | - | 445.33 |
| 10/07/02 | FED RES ACH Credit | 3,936.42 | - | 3,936.42 |
| 10/18/02 | ACH Posted Manually #4266 | 586.40 | - | 586.40 |
| 10/30/02 | FED RES ACH Credit | 612.94 | - | 612.94 |
| 10/31/02 | FED RES ACH Debit | 1,442.76 | - | 1,442.76 |
| 11/04/02 | FED RES ACH Credit | 925.81 | - | 925.81 |
| 11/15/02 | FED RES ACH Debit | 1,425.00 | - | 1,425.00 |
| 12/23/02 | FED RES ACH | 1,295.65 | - | 1,295.62 |
| 01/09/03 | FRB ACH/ACH ADVICE | - | 404.95 | |
| 01/09/03 | FED RES ACH Returns | 818.20 | - | 413.25 |
| 05/12/03 | FED RES ACH Returns | 3,577.79 | - | 1,000.00 |
| 05/13/03 | FRB/ACH/ACH ADVICE | - | 413.00 | |
| 05/13/03 | FED RES ACH Credit | 598.62 | - | 185.62 |
| 05/20/03 | FRB/ACH/ACH ADVICE | - | 385.99 | |
| 05/20/03 | FED RES ACH Credit | 1,949.97 | - | 1,363.98 |
| 05/22/03 | FED RES ACH Credit | 3,800.00 | - | |
| 05/23/03 | FRB/ACH/ACH ADVICE | - | 1,300.00 | 2,500.00 |
| | | | **Total** | **16,578.46** |

C 0031

**ACH Items - Phase II**

| Date | Item | Posted to GL | Cleared by Fed | Difference |
|---|---|---|---|---|
| 05/02/02 | ACH | | 282.68 | (282.68) |
| 05/14/02 | Payroll Diff | | 24.00 | (24.00) |
| 07/01/02 | HOYA FCU/Reversal/062802 | 408.93 | | 408.93 |
| 08/21/02 | HELIX Group | | 54,440.55 | |
| 08/23/02 | Med Star Payroll | 55,440.55 | | 1,000.00 |
| 09/01/02 | Corr FED RES ACH Debit | | 566.64 | (566.64) |
| 09/06/02 | FED RES ACH Credit | 5,360.55 | | 5,360.55 |
| 11/01/02 | FED RES ACH Credit | 1,868.94 | | |
| 11/01/02 | FED RES ACH Debit | | (612.94) | 1,256.00 |
| 12/06/02 | ACH-ADJ | 1,134.00 | | 1,134.00 |
| 01/06/03 | FED RES ACH Credit | 4,423.24 | | 4,423.24 |
| 01/10/03 | FRB/ACH/ACH ADVICE | | 350.00 | |
| 01/10/03 | FED RES ACH Posted 9235 | 50.00 | | |
| 01/10/03 | FED RES ACH Returns | 336.75 | | (36.75) |
| 01/17/03 | FED RES ACH Debit | | 1,413.00 | (1,413.00) |
| 02/12/03 | FED RES ACH Returns | 437.73 | | 437.73 |
| 02/20/03 | FRB/ACH/ACH ADVICE | 27.82 | | 27.82 |
| 02/20/03 | FED RES ACH #9596 | 27.82 | | 27.82 |
| 02/20/03 | FED RES ACH #8145 | | 176.20 | (176.20) |
| 02/20/03 | FED RES ACH #9596 | 15.00 | | 15.00 |
| 02/20/03 | FED RES ACH Debit | | 280.00 | (280.00) |
| 02/21/03 | Correction (Ref ACH GL 729300 | | 3,230.54 | |
| 02/28/03 | FED RES ACH Credit | 5,512.59 | | 2,282.05 |
| 03/04/03 | FED RES ACH Credit | 2,984.47 | | |
| 03/10/03 | FED RES ACH Debit | | 1,015.64 | 1,968.83 |
| 03/21/03 | ACH Posted Manually #7679 | | 23.53 | (23.53) |
| 03/21/03 | ACH Posted Manually #7679 | | 23.53 | (23.53) |
| 03/21/03 | FED RES ACH | 404.00 | | 404.00 |
| 04/10/03 | FED RES ACH Credit | 3,947.61 | | 3,947.61 |
| 04/11/03 | FED RES ACH Credit | 124.66 | | 124.66 |
| 04/23/03 | FED RES ACH Credit | 105.75 | | 105.75 |
| 04/24/03 | FED RES ACH Returns | 93.11 | | 93.11 |
| 04/24/03 | FRB/ACH/ACH ADVICE | | 198.86 | (198.86) |
| 05/05/03 | FED RES ACH Credit | 4,196.25 | | 4,196.25 |
| 05/06/03 | FED RES ACH Credit | 695.11 | | 695.11 |
| 05/09/03 | FED RES ACH Debit | | 23.27 | (23.27) |
| 06/03/03 | FED RES ACH Credit | 492.38 | | 492.38 |
| 06/05/03 | FED RES ACH Debit | | 12.92 | (12.92) |
| 06/09/03 | FED RES ACH Credit | 2,158.69 | | 2,158.69 |
| 06/17/03 | ACH Burgess RETD R01 | 310.24 | | |
| 06/17/03 | FRB/ACH/ACH ADVICE | | 1,269.04 | (958.80) |
| 06/20/03 | FED RES ACH Credit | 9,558.39 | | 9,558.39 |
| 06/24/03 | FED RES ACH Credit | 1,174.56 | | |
| 06/24/03 | FRB/ACH/ACH ADVICE | | 734.46 | 440.10 |
| 06/25/03 | FED RES ACH Credit | 3,090.22 | | |
| 06/25/03 | FRB/ACH/ACH ADVICE | | 1,647.04 | |
| 06/25/03 | FRB/ACH/ACH ADVICE | | 3,194.92 | (1,751.74) |
| 06/27/03 | FED RES ACH Debit | | 25,145.02 | |
| 06/27/03 | FED RES ACH Credit | 13,358.52 | | |
| 06/27/03 | FRB/ACH/ACH ADVICE | 12,666.07 | | 879.57 |
| 07/07/03 | FED RES ACH Credit | 2,040.96 | | 2,040.96 |
| | | | **Total Phase II** | **37,706.63** |

See also Appendices J & K for back-up documentation for theses ACH transactions.

C 0032

The mechanism utilized to defraud the Hoya FCU through the ACH process is reproduced below.



**Fraud Mechanism for ACH Transactions**

**Step 1**
RC Calls Merchant or Vendor and Authorizes Payment Through ACH for RC or DE

**Step 2**
ACH is Submitted to CU for Payment

**Step 3**
RC Uses Incorrect Account Number

**Step 4**
Item Becomes An Exception & Is Not Posted to Account

**Step 5**
Item Now On Exception Report Which Gives RC Opportunity to Not Return Item

**Step 6**
RC or DE Vendor or Merchant is Automatically Paid Out of CU Funds

**Step 7**
RC Then Creates Erroneous Postings To the ACH GL to Keep it at a Zero Balance

**Step 8**
Fake Entry Made on Bank Reconciliation

**Net Result:**
Loss of at Least $54,285.09 in Hoya FCU Monies

C 0033

## MEMORANDUM

**To:**     Hoya FCU Fraud Assessment File

**From:** Hruta Virkar, CPA

**Date:** March 13, 2004

**Re:**     ATM Transactions

---

An additional mechanism that was apparently utilized was the use of the ATM machine. It appears that bogus deposits were made to Mr. Clark's account through the ATM machine on the following dates:

- February 20, 2003      $ 2,000
- March 15, 2003      $   500
- April 15, 2003      $ 5,100
- April 25, 2003      $   700
  - **Total**      **$ 8,300**

The method utilized was to falsely claim that checks or cash in certain amounts were contained in a deposit envelope processed through the ATM machine. Mr. Clark would then come in early, open the machine, remove the deposits form the ATM, then do the posting to the ATM sub ledger hiding the fact that there was no cash or check in the envelope he had deposited.

To our knowledge the ATM sub ledgers have not been reconciled and there remains the high probability that additional monies were taken through the ATM process.

Details of the know ATM transactions are attached as Appendix L

C 0034



**Fraud Mechanism for ATM Transactions**

**Step 1**
**RC Makes False Deposit in CU ATM Machine to His Account (Deposit Envelop Empty)**

**Step 2**
**Carrier Returns ATM Deposits to CU Two Times Per Week**

**Step 3**
**RC Intercepts Carrier Earlier in the Am to Receive ATM Deposits To Remove Empty Envelope**

**Net Result:**
**Loss of at least $8,300.00 of Hoya FCU Monies**

**Step 4**
**RC Goes Into the GL to Make ATM Entries**

**Step 5**
**No Offsetting Entry for the Deposit He Made To His Account**

C U Protection

APR 1 9 2004

Claims

C 0035

# **Appendix F:  Share Drafts**

C 0136

C U Protection

APR 1 9 2004

Claims



**HOYA FEDERAL**
CREDIT UNION

*An institution of higher finance owned by the faculty
and staff of Georgetown University*

Fraud: Stopped Share Drafts

Mr. Clark would place a stop payment on a check he had written, once the check was
presented for payment he would delete from the draft record in order for the check to be
paid. However, the funds never came from Mr. Clark's account number 9068. Mr. Clark
was doing the same thing with Mr. Derrick Eatmon's account number 9223, and once on
Tonia Shuler account number 8103 check number 1613.

**C 0137**

**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

Date 7-1-03

1290

20030789 013019732
01 086 6912

Pay To The Order Of  Martin's

$ 1,200 —

One thousand two hundred dollars

Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 571102
Washington, D.C. 20057-1102

Memo # 22772

⑆254074675⑆  0000090688⑈  1290  ⑆0000120000⑈

C 0138



C 0139

**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

Date 7-1-03

1289

Pay To The Order Of  Chase                                    $ 1,000

One thousand dollars                                    Dollars

HOYA FEDERAL
CREDIT UNION
P.O. Box 371126
Washington, D.C. 20013-1126

Memo  Aat FHB 1731282296        R Clark

⑈254074675⑈ .000090688⑈ 1289 ⑈0000100000⑈

C 0140



C 0141



REDACTED



**Derrick Eatmon**
9301 Edmonston Road
Greenbelt, Md. 20770

DATE 9-18-02

230388082  170  3503  3583  05  23

PAY TO THE
ORDER OF  Mae Hopkins Smith                    $ 2500

two thousand  five hundred dollars ————— DOLLARS

**HOYA FEDERAL**
**CREDIT UNION**
PO Box 57196
Washington, D.C. 20037-1196

MEMO Closing Cost                          Derrick Eatmon

⑆254074675⑆          0919      ⑈0000250000⑈

*FILENAME:00000214.tif
*OFFSET:
UDIKEY:0x01000000AEA4903D484B0000A51F0000
*FILENAMEBack:00000215.tif
*OFFSETBack:
FRONT_TOKEN:XXX

*FILENAME:00000214.tif
*OFFSET:
UDIKEY:0x01000000AEA4903D484B0000A51F0000
*FILENAMEBack:00000215.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0142





**REGINALD CLARK**
1186 5TH ST., N.E.
WASHINGTON DC 20002

1094

Date 7-20-02

Pay To The Order Of  *Retail Service*

$ 2,273.87

*Two thousand two hundred Seventy three dollar 87/100*   Dollars

**Georgetown**
P.O. Box 57105
Washington, D.C. 20037-1105

Memo Acct. 500 6010 0018 5838                   Reginald Clark

⑈254074675⑈  ⑈000009068⑈  ⑈1094  ⑈0000227387⑈

*FILENAME:00000216.tif
*OFFSET:
UDIKEY:0x010000007790983D342D0000B7310000
*FILENAMEBack:00000217.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

06010000    RCPC
0530060100388269002 HOUSEHOLD BK
640650587956 09-30-02  AS AGENT FOR
S  083702                          07/07

*FILENAME:00000216.tif
*OFFSET:
UDIKEY:0x010000007790983D342D0000B7310000
*FILENAMEBack:00000217.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0143







**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

021011  124128970
Date 16-1-02

(1939025279)

Pay To The
Order Of  *Check0013010 0866 0881 0952  $$ 25,200*

One thousand two hundred dollars ————  Dollars

**Georgetown**
P.O. Box 571106
Washington, D.C. 20057-1106

Memo Acct # 193025279

⑆254074675⑆  0000090688⑈ 1097  ⑆000020000⑆

```
*FILENAME:00000220.tif
*OFFSET:
UDIKEY:0x010000000E0FA73DBB14000091310000
*FILENAMEBack:00000221.tif
*OFFSETBack:
FRONT_TOKEN:XXX
```

```
*FILENAME:00000220.tif
*OFFSET:
UDIKEY:0x010000000E0FA73DBB14000091310000
*FILENAMEBack:00000221.tif
*OFFSETBack:
FRONT_TOKEN:XXX
```

C 0145



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

2992112S 912458618
02 003 0012                              1182

Date _11-17-02_

210460534  060  0889  1127 22 21

15-7147/2543

Pay To The Order Of _American Express_                    $ _250.00_

_two hundred And Fifty Dollars_ ———————— Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 57106
Washington, D.C. 20037-1106

Memo _3725 031651 H007_                    _Reginald Clark_

⑈254074675⑈  0000090688⑈  1182  ⑈0000025000⑈

*FILENAME:00000226.tif
*OFFSET:
UDIKEY:0x010000000AB8E73D8D3C000067020000
*FILENAMEBack:00000227.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

02931 2700 514 372503165111009 CBI
060100000. RCPC
210460534 0520 0027-8
210 865 A14 9 0 20 0 066 4
49148-S 182 B 14P P 0496 B 256 T1 153 T2 295
35

*FILENAME:00000226.tif
*OFFSET:
UDIKEY:0x010000000AB8E73D8D3C000067020000
*FILENAMEBack:00000227.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0146



REDACTED

20021121 102033917        0923

Derrick Eatmon
9301 Edmonston Road
Greenbelt, Md. 20770

DATE 11-99-9012

15-7467/2540

PAY TO THE
ORDER OF _Ebory House_                    $ 2,500 00

_two thousard Five hundred dollars_                    DOLLARS

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 57106
Washington, D.C. 20037-1106

MEMO _Depost House_          _Derrick Eatmon_

⑆254074675⑆    ⑆0723⑆    ⑈0000250000⑈

LIBERTY

*FILENAME:00000224.tif
*OFFSET:
UDIKEY:0x010000003338DD3DF232000014010000
*FILENAMEBack:00000225.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

SUNTRUST RTC  11132632
RICHMOND, VA
2901-013  A0510000204

06010000    RCPC
260393431  0520-0027
260393431  11-21-02

SUNTRUST BANK
RICHMOND, VA
70510000204

*FILENAME:00000224.tif
*OFFSET:
UDIKEY:0x010000003338DD3DF232000014010000
*FILENAMEBack:00000225.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



REDACTED

**Derrick Eatmon**
9301 Edmonston Road
Greenbelt, Md. 20770

01 072 0012   DATE 11-30-02   1001

15-7467/2540

PAY TO THE
ORDER OF   Tanya Hubbard   $ 2,500 00

Two thousand Five Hundred dollars   DOLLARS

HOYA FEDERAL
CREDIT UNION
P.O. Box 571106
Washington, D.C. 20037-1106

MEMO  Auto Repair   Derrick Eatmon

⑆254074675⑆   1001   0000250000

© LIBERTY

Tracer:13043658
Serial_Z11:1001
Amount: 2500.00
TransacZ12:90
ABA:25407467
AccountZ00:92239

0111-0048-1
550019332 0111-0048-1
58001008189800 02 0174
230604562102218027-8
23060460617318800481291002 12-02 02

Tanya Hubbard
149.500.0

Tracer:13043658
Serial_Z11:1001
Amount: 2500.00
TransacZ12:90
ABA:25407467
AccountZ00:92239



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

107

20021231 ...
02 ... 12/26/02
15-7467/2540

230096394  174  3702  3792  05 23

Pay To The Order Of  *Martin's Crossword*  $ 2,361.50

Two thousand three hundred and forty one dollar 20/100  Dollars

**Georgetown**
University Employers Federal Credit Union
P.O. Box 571106
Washington, D.C. 20057-1106

Memo  Luncheon # 21929

*Reginald Clark*

⑆254074675⑆  0000090688⑈  1074  ⑇000023620

© 2000 LIBERTY ENTERPRISES, INC.

```
*FILENAME:00000228.tif
*OFFSET:
UDIKEY:0x01000000D2E2113EA3600000BE450000
*FILENAMEBack:00000229.tif
*OFFSETBack:
FRONT_TOKEN:XXX
```

17110000   2NDMIX
230096394  0520-0027-8
230096394  12-31-02

FIRST MARINER

FOR DEPOSIT ONLY
MARTIN'S, INC.

```
*FILENAME:00000228.tif
*OFFSET:
UDIKEY:0x01000000D2E2113EA3600000BE450000
*FILENAMEBack:00000229.tif
*OFFSETBack:
FRONT_TOKEN:XXX
```

C 0149

3

**REGINALD CLARK**
1168 5TH ST., N.E.
WASHINGTON DC 20002

Date 01/7/03

15-7487/2540

Pay To The
Order Of  Charletta Tucker                    $ 600.00

Six hundred        dollars                    Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 577106
Washington, D.C. 20057-1106

Memo _____        R. Clark

⑆254074675⑆    0000090688⑈ 1230    ⑆000006000

*FILENAME:00000230.tif
*OFFSET:
UDIKEY:0x01000000A1C91D3E575800006C1C0000
*FILENAMEBack:00000231.tif
*OFFSETBack:
FRONT_TOKEN:XXX

06010000        RCPC
260670703      0520-0027-8
260670703      01-09-03

JAN - 9 03

⑆0310000114
FIRST UNION NATL SVC-141
PHILADELPHIA PA 01/08/2003

491692410A

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE

*FILENAME:00000230.tif
*OFFSET:
UDIKEY:0x01000000A1C91D3E575800006C1C0000
*FILENAMEBack:00000231.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0150

REDACTED

**Derrick Eatmon**
9301 Edmonston Road
Greenbelt, Md. 20770

29030109 RAG735353    1003
01-016 GG72
18-7487/2540

280483087 060 0885 1395 22 28

PAY TO THE
ORDER OF    EBONY HOUSE                    $ 3,000 00

three thousand dollars                              DOLLARS

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 371106
Washington, D.C. 20057-1106

MF310    Howe Deposit        Derick Eatmon        MP

⑆254074675⑆ ▉▉▉▉▉▉ ⑈ 1003 ⑆0000300000⑈

© LIBERTY

*FILENAME:00000232.tif
*OFFSET:
UDIKEY:0x01000000A1C91D3E575800004D0C0000
*FILENAMEBack:00000233.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:

SUNTRUST BLT    01062903
RICHMND, VA
5044-012    ▶0510000204

4600629249

06010000    RCPC
280483087 0520-0027-8
280483087 01-09-03

44398551 052922 69730876 0000925590022
00007945 I146 030108    RICHMOND, VA
>051000020<
SUNTRUST-BLT

*FILENAME:00000232.tif
*OFFSET:
UDIKEY:0x01000000A1C91D3E575800004D0C0000
*FILENAMEBack:00000233.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:

C 0151



20030113 0111
02 084 0012

**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

1157

Date 1/7/03

15-7467/2540

Pay To The Order Of   Bank of America                    $ 444.20

250726116  060  0687

Four  hundred  Forty  Four  Dollars 18 20/100 25        Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 37106
Washington, DC  2257-1106

R Clark

Memo  4319041001703406

⑆254074675⑆    0000090688⑈  1157  ⑇00000044420⑈

*FILENAME:00000234.tif
*OFFSET:
UDIKEY:0x010000002E13233E55160000A1480000
*FILENAMEBack:00000235.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

0601 0000001000131000 003
250726116  0520-0027-8
250726116  01-13-03

$444.20

089060000000088

CC S012232 TLr 00014

07/13/2003 15:50

Tran 00063

R/TU

Cash Check
Account

JAN 13 03

BANK OF AMERICA NA

201075473B

*FILENAME:00000234.tif
*OFFSET:
UDIKEY:0x010000002E13233E55160000A1480000
*FILENAMEBack:00000235.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0152

REDACTED

20030113 011143309
02 036 0047

1007

**Derrick Eatmon**
9301 Edmonston Road
Greenbelt, Md. 20770

DATE 12/31/02

210368511 060 0885 1920 22 21     15-7467/2540

PAY TO THE ORDER OF  *Nation's Home*               $ 5648 oo

*Five thousand Six hundred Forty Eight And xx/xx* DOLLARS

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 371101
Washington, D.C. 20013-1105

MEMO *Home Repairs*                      *Derrick Eatmon*

⑆254074675⑆                    ⑈00?    ⑈0000564800⑈

© LIBERTY

*FILENAME:00000236.tif
*OFFSET:
UDIKEY:0x010000002E13233E55160000FA220000
*FILENAMEBack:00000237.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

06010000   RCPC
210368511 0520-0027-8
210368511 01-13-03

JAN 10 '03

20 3/4 PAY TO THE ORDER OF
BANK OF AMERICA
BELTSVILLE, MD 20705
FOR DEPOSIT ONLY
NATIONS HOME REMODELERS, INC.
0-3936879425

BK OF AMERICA 01 PAE
MSX66W3974 E3982 90 P33
01/10/03

3110816502

*FILENAME:00000236.tif
*OFFSET:
UDIKEY:0x010000002E13233E55160000FA220000
*FILENAMEBack:00000237.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0153



**REGINALD CLARK**
1168 5TH ST. N.E.
WASHINGTON DC 20002

1158

15-7467/2540

Pay To The Order Of  Liljenquist & Beckstead

$ 2266 75

two thousand two hundred sixty six and 75/100 ———— Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 57220R
Washington, D.C. 20057-1106

Memo _____

Reginald Clark

⑆254074675⑆    0000090688⑈    1158    ⑇0000226675⑇

*FILENAME:00000238.tif
*OFFSET:
UDIKEY:0x01000000C6A7253EDB5B0000220D0000
*FILENAMEBack:00000239.tif
*OFFSETBack:
FRONT_TOKEN:XXX

17010000    1STMIX
230514381  0520-0027-8
230514381  01-15-03
S0001008150 P.11
C8 Taylor 385210101<
Acct 0272790001 2003/01/14

DO NOT WRITE, STAMP, OR SIGN BELOW THIS LINE

Endorse Here
PAY ANY BANK CITY
LILJENQUIST & BECKSTEAD
Acct # 0272780001

*FILENAME:00000238.tif
*OFFSET:
UDIKEY:0x01000000C6A7253EDB5B0000220D0000
*FILENAMEBack:00000239.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0154



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

200 ... 02 034 0012

15-7467/2540

1225

Pay To The Order Of __Chase Manhattan__    $ 1,200

250472472 060 0885 0854 22 25

One thousand two hundred dollars 22 25 Dollars

HOYA FEDERAL
CREDIT UNION
P.O. Box 571106
Washington, D.C. 20057-1106

Memo 1939025279

Reginald Clark

⑆254074675⑆    0000090688⑈    1225    ⑈0000120000⑈

---

*FILENAME:00000240.tif
*OFFSET:
UDIKEY:0x0100000054C23E3E9771000098200000
*FILENAMEBack:00000241.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

---

06010000   REPC
250472432 0S20-0023-8
8S0069862 559755977
LPSF LOU KY

193902527S

---

*FILENAME:00000240.tif
*OFFSET:
UDIKEY:0x0100000054C23E3E9771000098200000
*FILENAMEBack:00000241.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0155



1229

REGINALD CLARK
1166 5TH N E
WASHINGTON, DC 20002 000

GEORGE TOWN UNIV EMPL FCU
3700 RESERVOIR RD NW, RM B-7
WASHINGTON, DC 20007 2100

Date  January 31, 2003

20030204  012129256
02  070  0012
210280985  060  0891  1141  22  21

Pay to the
Order of    Chase Mortgage                                    $   $1,139.97

2SAG - t331t   ** One Thousand One Hundred Thirty-Nine and 97/100 **********   DOLLARS

Loan Number:  1939025279                          VRU
Batch Number:  00000000135                        RPT          Includes $10.90 Transaction Fee
Request ID:  0005794204

Verbally Authorized By Your Depositor

⑆001229⑆ ⑆254074675⑆ 000009068B⑈      ⑈000011399⑆

```
*FILENAME:00000242.tif
*OFFSET:
UDIKEY:0x010000007207403E265F0000D53C0000
*FILENAMEBack:00000243.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:
```

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

06010000    RCPC
210280985  0520-0027-8
210280985  02-04-03

▶08749099624◀

4924557

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

FOR DEPOSIT ONLY
CHASE MANHATTAN
MORTGAGE CORPORATION
BANK ONE, COLUMBUS
ABA 044000037
ACCT # 980118038

10165474

```
*FILENAME:00000242.tif
*OFFSET:
UDIKEY:0x010000007207403E265F0000D53C0000
*FILENAMEBack:00000243.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:
```

C 0156



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

1191

Date 4/18/05

Pay To The Order Of  Don Johnson   $ 1,500 —

One thousand Five hundred dollars — Dollars

HOYA FEDERAL
CREDIT UNION
P.O. Box 57123A
Washington, D.C. 20037-1306

Memo  Brick Work    R Clark

⑈254074675⑈    0000090688⑈    1411    ⑈0000150000⑈

*FILENAME:00000244.tif
*OFFSET:
UDIKEY:0x010000004E27553EC95000002F220000
*FILENAMEBack:00000245.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



*FILENAME:00000244.tif
*OFFSET:
UDIKEY:0x010000004E27553EC95000002F220000
*FILENAMEBack:00000245.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0157



**Derrick Eatmon**
9301 Edmonston Road
Greenbelt, Md. 20770

230589087   170   3513  3559   05

1005

PAY TO THE
ORDER OF   *Ebony House*                              $ 2,500

*two thousand Five Hundred dollars*  _____   DOLLARS

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 571106
Washington, D.C. 20057-1106

MEMO _____   *Derrick Eatmon*

⑆254074675⑆           1005   ⑈0000250000⑈

*FILENAME:00000246.tif
*OFFSET:
UDIKEY:0x010000004E27553EC95000002D3D0000
*FILENAMEBack:00000247.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:



*FILENAME:00000246.tif
*OFFSET:
UDIKEY:0x010000004E27553EC95000002D3D0000
*FILENAMEBack:00000247.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:

C 0158