





Reginald Clark
1166 5th St NE
Washington, DC 20002

GEORGE TOWN UNIV EMPL FCU
3700 RESERVOIR RD NW, RM D-7
WASHINGTON, DC 20067 2600

1230

04/14/2003

28038416 013025582
02 007 0012

PAY TO THE
ORDER OF    Credit Management Corporation    $166.70

** One Hundred Sixty Six and 70/100 ***************** DOLLARS

MEMO    03-3175

01 -6    Verbally authorized by your depositor

⑈001230⑈ ⑈254076675⑈ 0000090688⑈    ⑈000000166 70⑈

*FILENAME:00000258.tif
*OFFSET:
UDIKEY:0x01000000BA989D3E9A610000D3060000
*FILENAMEBack:00000259.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:



*FILENAME:00000258.tif
*OFFSET:
UDIKEY:0x01000000BA989D3E9A610000D3060000
*FILENAMEBack:00000259.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:

C 0160



**REGINALD CLARK**
1168 5TH ST., N.E.
WASHINGTON DC 20002

1162

Date _2/24/03_

20030306  011149390
02 079  00:4:0:R:S40

Pay To The
Order Of _American Express_                    $ _9578.93_

_Nine Thous Five Hund 06050694 4/92 94/100_ Dollars

250601336 06050694 4/92 94/100

0650P 756
436

HOYA FEDERAL
CREDIT UNION
P.O. Box 37106
Washington, D.C. 20013-7106

Memo _Amt_ Acct 3727 118855 81001            _K Clark_

⑈254074675⑈   ⑆00000090688⑈  1162  ⑆0000257843⑈

*FILENAME:00000254.tif
*OFFSET:
UDIKEY:0x0100000046A7673E9823000037400000
*FILENAMEBack:00000255.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

06010000   RCPC
250601336  D520-0027-8
250601336  03-06-03

*FILENAME:00000254.tif
*OFFSET:
UDIKEY:0x0100000046A7673E9823000037400000
*FILENAMEBack:00000255.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



**REGINALD CLARK**
1186 5TH ST., N.E.
WASHINGTON DC 20002

1163

15-74872540

Pay To The Order Of _____

_____ dollars _____ Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 57100
Washington, D.C. 20037-1104

Memo _____

R. Clark

⑆254074675⑆ 0000090688⑈ 1163 ⑈0000350000⑈

---

*FILENAME:00000250.tif
*OFFSET:
UDIKEY:0x01000000E7AD5F3EB33B00008C0F0000
*FILENAMEBack:00000251.tif
*OFFSETBack:
FRONT_TOKEN:XXX

---

06010000   RCPC
280582648  0520-0027-8
280582648  02-28-03

FEB 27'03

---

*FILENAME:00000250.tif
*OFFSET:
UDIKEY:0x01000000E7AD5F3EB33B00008C0F0000
*FILENAMEBack:00000251.tif
*OFFSETBack:
FRONT_TOKEN:XXX



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

26038304 813845659
61 938 8912                    1164
Date 2/27/03
15-746772547

Pay To The Order Of _Theodore_ 23061.5453 060-0888.1902 22 23    $ 1,500

One thousand five hundred _____ Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 371108
Washington, D.C. 20017-1108

R. Clark

Memo S0-7ISSO

⑆254074675⑆  0000090688⑈ 1164  ⑇0000150000⑇

*FILENAME:00000252.tif
*OFFSET:
UDIKEY:0x01000000D4F3643EB33E000034250000
*FILENAMEBack:00000253.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

06010000    REPC
23061.5453  0520-0027-8
23061.5453  03-04-03

BANK OF AMERICA N.A. ETC
M560073874 E12226 59 P22
03/03/03

PAY TO THE ORDER OF
BANK OF AMERICA
WASHINGTON DC 2000
FOR DEPOSITORY
RECEIVED
0000710485

*FILENAME:00000252.tif
*OFFSET:
UDIKEY:0x01000000D4F3643EB33E000034250000
*FILENAMEBack:00000253.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0163



Derrick Eatmon
9301 Edmonston Road
Greenbelt, Md. 20770

01 807 0912        0918

DATE 4-3-03

15-7487/2540

PAY TO THE
ORDER OF     Ebony House     170 3510 3557     $ 2,500
              260067200

Two Thousand Five Hundred dollars                    DOLLARS

HOYA FEDERAL
CREDIT UNION
P.O. Box 37288
Washington, D.C. 20052-1306

MEMO  Closing Help                        Derrick Eatmon

⑆2540746750⑆                    0918    ⑈0000250000⑈

*FILENAME:00000256.tif
*OFFSET:
UDIKEY:0x010000003A1D933E47100000E0460000
*FILENAMEBack:00000257.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

---

WKDAY MTX 0530-0020-6
260067200  0530-0020-6
260067200  04-08-03

⑭

*FILENAME:00000256.tif
*OFFSET:
UDIKEY:0x010000003A1D933E47100000E0460000
*FILENAMEBack:00000257.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0164



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

1170

Date 4-10-03

15-7407/2540

Pay to the Order of Arlington G & J Discount 22                    $ 217.77

two hundred seventen dollars 77/100 ——————— Dollars

**HOYA FEDERAL CREDIT UNION** # 013GT020665390 0
P.O. Box 571126
Washington, D.C. 20057-1026

R Clark

Memo Case # 013GT0206653900

⑆254074675⑆  0000090688⑈ 1170  ⑆00000217770⑆

*FILENAME:00000260.tif
*OFFSET:
UDIKEY:0x01000000BA989D3E9A6100003C380000
*FILENAMEBack:00000261.tif
*OFFSETBack:
FRONT_TOKEN:XXX

06010000  RCPC
220226439  0520-
220226439  04-16

ARLINGTON GEN DIST COURT
FOR DEPOSIT ONLY
RCPT 03000019191
CASE 013GT0206
AMT. $21

*FILENAME:00000260.tif
*OFFSET:
UDIKEY:0x01000000BA989D3E9A6100003C380000
*FILENAMEBack:00000261.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0165



2003042I 012189733
02 064 0012
Date 4-14-03
1172

**REGINALD CLARK**
1168 5TH ST., N.E.
WASHINGTON DC 20002

15-7467/2540

Pay To The Order Of ___ American Express ___ | $ 3000

230656345 060 2227 2155
02015202 3559 3674 20 04-21-03

Tha thousand dollars ___ Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 17035
Washington, D.C. 20041-1035

R Clark

Memo 3725 031651 11009

⑆254074675⑆ 0000070688⑈ 1172 ⑆0000300000⑆

*FILENAME:00000262.tif
*OFFSET:
UDIKEY:0x010000007E34A43E79650000CD320000
*FILENAMEBack:00000263.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

63108 4356 033 FTL

3725031651111009<111000012>0000-2 405 423 36
065000 09    A    -R 423 B 423 TI 914 T2 128
02015202 4
06020100 024RCRC 21-03
230656345 0520-0027-8
230656345 04-21-03

BANK OF AMERICA NA NIA
065000474 E0012 59 PM
04/21/03

7740659789

*FILENAME:00000262.tif
*OFFSET:
UDIKEY:0x010000007E34A43E79650000CD320000
*FILENAMEBack:00000263.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



1202

REGINALD CLARK
1166 5TH N E
WASHINGTON, DC 20002 000

GEORGE TOSCH CRAY EXGL FCU
3700 RESERVOR RD NW, Rm B-7
WASHINGTON, DC 20002 000

Date August 30, 2002

020903  224092560

Pay to the
Order of  **Chase Mortgage**

210516216 060 0685 1047 22 21

$ $1,140.78

** One Thousand One Hundred Forty and 78/100 ****************** DOLLARS

Loan Number:  1939025279
Batch Number:  00000000024
Request ID:  0004816256

Verbally Authorized By Your Depositor

⑈001202⑈ ⑆254074675⑆ ⑈000009068⑈     ⑈00001140 78⑈

*FILENAME:00000304.tif
*OFFSET:
UDIKEY:0x010000009F00753D01650000CB230000
*FILENAMEBack:00000305.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:

06010000   RCPC
210516216  052D-0027-8
210516216  09-03-02

010267577  08-31-02  6738 02
8SD11649 55775577
LPSI LOU KY

FOR DEPOSIT ONLY
CHASE MANHATTAN
MORTGAGE CORPORATION
BANK ONE, COLUMBUS
ABA 044000027
ACCT # 980116038

9199556

*FILENAME:00000304.tif
*OFFSET:
UDIKEY:0x010000009F00753D01650000CB230000
*FILENAMEBack:00000305.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:

C 0167



**Derrick Eatmon**
9301 Edmonston Road
Greenbelt, Md. 20770

0917

DATE 6-10-02

15-7467/2540

PAY TO THE ORDER OF _EBONY HOUSE_    $ 1500—

_Fifteen Hundred Dollars and_____ DOLLARS_

HOYA FEDERAL
CREDIT UNION
PO Box 57106
Washington, D.C. 2005-1106

MEMO _____    _Derrick Eatmon_

⑆254074675⑆ ▬▬▬▬▬▬    0917 ⑈0000150000⑈

*FILENAME:00000203.tif
*OFFSET:
UDIKEY:0x0100000003DF083D32480000483D0000
*FILENAMEBack:00000204.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:



*FILENAME:00000203.tif
*OFFSET:
UDIKEY:0x0100000003DF083D32480000483D0000
*FILENAMEBack:00000204.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:



```
*FILENAME:00000205.tif
*OFFSET:
UDIKEY:0x01000000878E203DA740000086080000
*FILENAMEBack:00000206.tif
*OFFSETBack:
FRONT_TOKEN:XXX
```

```
*FILENAME:00000205.tif
*OFFSET:
UDIKEY:0x01000000878E203DA740000086080000
*FILENAMEBack:00000206.tif
*OFFSETBack:
FRONT_TOKEN:XXX
```



Derrick Eatmon
9301 Edmonston Road
Greenbelt, Md. 20770

DATE

15-7467/2543

280081621  060  0889  1370  22  28

PAY TO THE
ORDER OF   EBony Howe                              $ 1,500

One Thousand  Five  Hundred Dollars —— DOLLARS

HOYA FEDERAL
CREDIT UNION
P.O. Box 57106
Washington, D.C. 20037-1106

MEMO  Furniture

⑆254074675⑆                        0911   ⑈0000150000⑈

*FILENAME:00000207.tif
*OFFSET:
UDIKEY:0x010000004A51343D57230000AB350000
*FILENAMEBack:00000208.tif
*OFFSETBack:
FRONT_TOKEN:XXX

SUNTRUST BLT   07152X2
RICHMOND, VA
5399-012    M51XXXX4

06010000     RCPC        A60006671A
280081621  0520-0027-8
280081621  07-16-02

00001749 0849 020715     RICHMOND, VA
                         0051000024
                         0051000024
                         SUNTRUST-BLT

*FILENAME:00000207.tif
*OFFSET:
UDIKEY:0x010000004A51343D57230000AB350000
*FILENAMEBack:00000208.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0170



REGINALD CLARK
1166 5TH N E
WASHINGTON, DC 20002.000

GEORGE TOWN UNIV EMPL FCU
3700 RESER/OIR RD NW, Rm S-7
WASHINGTON, DC 20072100

1200

Date   July 30, 2002

020801  2241226

280004627  060  0890  1045  22  28

Pay to the
Order of     Chase Mortgage

$   $1,140.78

2117-4515   ** One Thousand One Hundred Forty and 78/100 ***************   DOLLARS

Loan Number:   1936025279
Batch Number:  0000000049
Request ID:    0004618292

VRU
RPT

Income 13h or Transaction Fee

Verbally Authorized By Your Depositor

⑈001200⑈  ⑆254074675⑆  0000090688⑈   ⑈0000114078⑈

*FILENAME:00000209.tif
*OFFSET:
UDIKEY:0x01000000A76D493D383A00006E2F0000
*FILENAMEBack:00000210.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:

---

FEDERAL RESERVE BOARD OF GOVERNORS REG CC

06010000   RCPC
280004627  0520-0027-8
280004627  08-01-02

BANK OF AMERICA
▶074909962◀
0732162
493040655

ENDORSE HERE

FOR DEPOSIT ONLY
CHASE MANHATTAN
MORTGAGE CORPORATION
BANK ONE, COLUMBUS
ABA 044000037
ACCT # 980160035

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

9006664

*FILENAME:00000209.tif
*OFFSET:
UDIKEY:0x01000000A76D493D383A00006E2F0000
*FILENAMEBack:00000210.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:

C 0171





Derrick Eatmon
9301 Edmonston Road
Greenbelt, Md. 20770

DATE 8-01-02

0916

TS-7467:2540

PAY TO THE
ORDER OF    *Kevin Pinckney* 060 0385 1392    $ 2,000 00

*Two Thousand dollars*    DOLLARS

HOYA FEDERAL
CREDIT UNION
P.O. Box 7106
Washington, D.C. 20057-1106

MEMO 88 Ford Vans

⑆254074675⑆                    0916    ⑈0000200000⑈

*FILENAME:00000211.tif
*OFFSET:
UDIKEY:0x01000000CF04543D686800005A160000
*FILENAMEBack:00000212.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



*FILENAME:00000211.tif
*OFFSET:
UDIKEY:0x01000000CF04543D686800005A160000
*FILENAMEBack:00000212.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



20030421 012191828
02 074 0012          1009

**Derrick Eatmon**
9301 Edmonston Road
Greenbelt, Md. 20770

DATE 4-17-03

15-7467/2540

PAY TO THE
ORDER OF   Angela Smith 180 36·17·3577   $3,000

three thousand dollars — DOLLARS

**HOYA FEDERAL**
CREDIT UNION
P.O. Box STE105
Washington, D.C. 20057-1105

MEMO  CAR

Derrick Eatmon

⑆254074675⑆          ⑇1009   ⑈0000300000⑈

C·HBERT·

*FILENAME:00000264.tif
*OFFSET:
UDIKEY:0x010000007E34A43E79650000EC3A0000
*FILENAMEBack:00000265.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



18010000    NENDMIX
230460321  0520-0027
230460321  04-21-03

TELLER #14
HEALTHCARESYSTEMS FCU
8300 GALLOWS RD.
FALLS CHURCH, VA 22042

APR 1 8 2003

(703) 698-3264
▼ 2560728543-4 ▲

*FILENAME:00000264.tif
*OFFSET:
UDIKEY:0x010000007E34A43E79650000EC3A0000
*FILENAMEBack:00000265.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



2003042I 012180733

**Derrick Eatmon**
9901 Edmonston Road
Greenbelt, Md. 20770

DATE _07-17-03_    1010

15-7457/2540

PAY TO THE
ORDER OF _Ebony House_    $ 3.000

_three_ _hundred dollars_    DOLLARS

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 33106
Washington, D.C. 20017-3106

MEMO _Home Repairs_    _Derrick Eatmon_    MF

⑆254074675⑆ ██████████ 1010 ⑈0000300000⑈

```
*FILENAME:00000266.tif
*OFFSET:
UDKEY:0x010000007E34A43E79650000CE0F0000
*FILENAMEBack:00000267.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
```

SUNTRUST PLT    04182243
RICHMOND, VA
5494-012

06010000    RCPC
250401000    0520-0027-8
250401000    04-21-03

```
*FILENAME:00000266.tif
*OFFSET:
UDKEY:0x010000007E34A43E79650000CE0F0000
*FILENAMEBack:00000267.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
```

C 0174



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

1275

Date _4-17-03_

15-7487/2540

Pay To The
Order Of _Chase_                    $ _2,545_

_Two Thousand Five hundred and Forty Five Dollars_ Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 37100
Washington, D.C. 20057-1001

_R Clark_

Memo _Acct # 4305875140022830_

⑆254076675⑆ 0000090688⑈ 1275 ⑈0000254500⑈

*FILENAME:00000268.tif
*OFFSET:
UDIKEY:0x010000009DB8B63E974600007A4B0000
*FILENAMEBack:00000269.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

CHASE USA, N.A. WILM DE 62-14 DE >031100144<
WITHOUT PREJUDICE 050203 4305875140022830 0032731
CHASE AS AGENT FOR PAYEE 21 U483409 15 328346 34
0622410507
05062003
0520-0027-8 FRB BALTIMO
ENT=1336 TRC=5325 PK=23

BANK OF AMERICA N.A.
05/20/397  5325 90: P33
05/22/03

A51040941B

*FILENAME:00000268.tif
*OFFSET:
UDIKEY:0x010000009DB8B63E974600007A4B0000
*FILENAMEBack:00000269.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0175



DC DL: 9552492  Exp. 3-17-05

**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

2003 0504-30003 334          1198
01 048 0012
15-7467/2540

Pay To The Order Of  *Urban Essentials*                    $ 1850

One thousand Eight hundred and Fifty Dollars         Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 371106
Washington, D.C. 20057-1106

Memo _____          Reginald Clark

⑆254074675⑆  0000090688⑈ 1198  ⑈0000185000⑆

*FILENAME:00000270.tif
*OFFSET:
UDIKEY:0x01000000A40DB83EC8640000132C0000
*FILENAMEBack:00000271.tif
*OFFSETBack:
FRONT_TOKEN:XXX

---

RIGGS BANK N.A.
054000030: 05/05/2003
0904097760 02654

0622925759
05062003
0520-0027-8   FRB BALTIMD
ENT=1503 TRC=1505 PK=23

PAY TO THE ORDER OF
RIGGS BANK, N.A.
WASHINGTON, DC 20036-1147
b 054000030 ◁
FOR DEPOSIT ONLY
URBAN, ESSENTIALS, INC.
1720864G

*FILENAME:00000270.tif
*OFFSET:
UDIKEY:0x01000000A40DB83EC8640000132C0000
*FILENAMEBack:00000271.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0176



**REGINALD CLARK**
**1166 5TH ST., N.E.**
**WASHINGTON DC 20002**

1264

15-74872540

Pay To The Order Of **Giant**     $ **120.47**

**One hundred twenty dollars 47/100** _____ Dollars

**HOYA FEDERAL**
**CREDIT UNION**
PO Box 57106
Washington, D.C. 20037-1166

*R Clark*

Memo _____

⑈254074675⑈ 0000090688⑈ 1264 ⑈00000 12047⑈

*FILENAME:00000272.tif
*OFFSET:
UDIKEY:0x010000001136C23EDE4E000074450000
*FILENAMEBack:00000273.tif
*OFFSETBack:
FRONT_TOKEN:XXX

SUNTRUST_ELT

052405554465
05422095
05026027-81-2BB E61D4-
ENT=2059 TRC=2060

For Returned Items
Provident Bank-Cincinnati,OH
Consolidated Returns
X70242X.x
X7242~241

Oper  2187 Time: 21:52  Date:  5/06/03
Trn:  342  Term  004
APPROVAL 133197B  0 5 0
Payment Amt       $$$120.47
ACCT1   $254074675000090688
MOP     P.O. Chk. Type PERSONAL CHECK
Store  F0240 DC      v
Balance       $$$120.47     Change Amt
                            $$$$$$$.00

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
Deposit Only GIANT FOOD - Store 0240

*FILENAME:00000272.tif
*OFFSET:
UDIKEY:0x010000001136C23EDE4E000074450000
*FILENAMEBack:00000273.tif
*OFFSETBack:
FRONT_TOKEN:XXX



REGINALD CLARK                                                                    1300
1166 5th st ne
WASHINGTON , DC 20002

Date: May 8, 2003
020103589  325  06  148  1 456

Pay to the
Order of:   WELLS FARGO FINANCIAL                                    $  1,500.00

ONE THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS                        Dollars

HOYA FCU                          Account:           957840
1166 Rhenoux Rd Se, Ste E-2       Transaction #      534672857
Washington, DC                    Team Member ID:    523467884
                                  THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR

Memo:   Thank you for your payment          Signed   REGINALD CLARK
                                            By Authorized Representative   WELLS FARGO FINANCIAL

⑆254074675⑆ 0000090588⑈1300    ⑆0000150000⑆

---

*FILENAME:00000274.tif
*OFFSET:
UDIKEY:0x010000001136C23EDE4E0000A11A0000
*FILENAMEBack:00000275.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:

---

FRB-PHILA**MIXED
020103589 031000040
020103589 05-12-03
05 12 2003
0520-0027-8  FRB BALTIMO
ENT 2132 TRC=2082 PK=23

PAY TO THE ORDER OR
WELLS FARGO FINANCIAL ACCEPTANCE
FOR DEPOSIT ONLY
ACCOUNT # 801550189

---

*FILENAME:00000274.tif
*OFFSET:
UDIKEY:0x010000001136C23EDE4E0000A11A0000
*FILENAMEBack:00000275.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:



**REGINALD CLARK**
166 5TH ST., N.E.
WASHINGTON DC 20002

1174

20020516

15-74/2540

Pay To The Order Of  Lewis Law Group                    $ 1,500

One thousand Five hundred dollars ———— Dollars

HOYA FEDERAL
CREDIT UNION
P.O. Box 37110
Washington, D.C. 2097-1106

Reginald Clark

Memo  Retainer Fee

⑆254074675⑆  0000090688⑈ 1174  ⑈0000150000⑈

*FILENAME:00000276.tif
*OFFSET:
UDIKEY:0x01000000A91BC53EA00A0000110C0000
*FILENAMEBack:00000277.tif
*OFFSETBack:
FRONT_TOKEN:XXX

052672368I
05162003
0520-0027-8  FRB BALTIMO
ENT=0881  TRO=0881  PK=23

PAY TO THE ORDER OF
BRANCH BANKING AND TRUST COMPANY
WASHINGTON, D.C. 20006
P(Q54001847
FOR DEPOSIT ONLY
THE LEWIS LAW FIRM
516001978B

*FILENAME:00000276.tif
*OFFSET:
UDIKEY:0x01000000A91BC53EA00A0000110C0000
*FILENAMEBack:00000277.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0179



REDACTED

**Derrick Eamon**
9301 Edmonston Road
Greenbelt, Md. 20770

1012

15-74672540

PAY TO THE
ORDER OF   Ebony House                           $ 2,500

two thousand five hundred dollars                    DOLLARS

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 37106
Washington, DC 20013-1106

MEMO   Refrigerator Store              Derrick Eamon

⑆254074675⑆                    1012    ⑈0000250000⑈

*FILENAME:00000278.tif
*OFFSET:
UDIKEY:0x01000000A91BC53EA00A0000F6070000
*FILENAMEBack:00000279.tif
*OFFSETBack:
FRONT_TOKEN:XXX

SUNTRUST BLT
RICHMOND, VA
5290-012

0325671574
05462003

RICHMOND, VA
>051006020<
SUNTRUST-BLT

*FILENAME:00000278.tif
*OFFSET:
UDIKEY:0x01000000A91BC53EA00A0000F6070000
*FILENAMEBack:00000279.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0180

REGINALD CLARK
1166 5th st ne
WASHINGTON, DC 20002

1300
15-7467/0540

Date: May 15, 2003

040105844-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-1453

Pay to the
Order of: WELLS FARGO FINANCIAL                    $ **501.97**

FIVE HUNDRED ONE DOLLARS AND 97 CENTS                Dollars

HOYA FCU
3202 Rosecrans Bd Nw, Rm B-7
Washington, DC

Account:          9556010
Template #:       324053167
Trans Number ID:  553833224

THIS PAYMENT HAS BEEN AUTHORIZED BY YOUR DEPOSITOR.

Memo   Thank you for your payment

200303130009

Signed   REGINALD CLARK
By Authorized Representative   WELLS FARGO FINANCIAL

⑈254074675⑈ 0000090E88⑈1300    ⑈00000501⑈7⑈

*FILENAME:00000280.tif
*OFFSET:
UDIKEY:0x010000007918C93EA537000031310000
*FILENAMEBack:00000281.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:

FRB-PHILA**MIXED
040105844  031000040
040105844  05-19-03

0126364946
05192003
0520-0027-8  FRB BALTIMD
ENT=2483  TRC=0990  PK=23

▶031000653◀

2000346007

PAY TO THE ORDER OF
WELLS FARGO FINANCIAL ACCEPTANCE
FOR DEPOSIT ONLY
ACCOUNT # 6015901894

*FILENAME:00000280.tif
*OFFSET:
UDIKEY:0x010000007918C93EA537000031310000
*FILENAMEBack:00000281.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX
FRONT_ROW:
BACK_ROW:

C 0181



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

S/A

1173

15-7467/2540

Pay To The Order Of ___Georgetown Univ___          $ 900

Three hundred Dollars                                    Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 571106
Washington, D.C. 20057-1106

Memo ___Acct 037393703___                          R Clark

⑆254074675⑆  0000090688⑈ 1173  ⑆0000090000⑆

*FILENAME:00000282.tif
*OFFSET:
UDIKEY:0x010000007918C93EA537000077360000
*FILENAMEBack:00000283.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

082530G6S3BANKDN .A
0516B0000038 05/16/2003
0520200029-810FRB BALTIMO
BNT=0966  TRC=0955  PK=23

RIGGS BANK, NA
53-0540030  5
FOR DEPOSIT TO
08015978

*FILENAME:00000282.tif
*OFFSET:
UDIKEY:0x010000007918C93EA537000077360000
*FILENAMEBack:00000283.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0182



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

02 032 0012

15-7457/2540

1199

Pay To The Order Of _American Express_          | $ 1,000

One thousand dollars                             Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 57000
Washington, D.C. 20037-1106

3725031651 11009

R Clark

Memo _____

⑈254074675⑈    00000906BB⑈    1199    ⑈0000100000⑈

*FILENAME:00000284.tif
*OFFSET:
UDIKEY:0x010000007918C93EA5370000BF180000
*FILENAMEBack:00000285.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

3136 8176 048  372503165111009 FTL
0527503807
05192003
0520-0937-8  FRB BALTIMO
ENT=2

BANK OF AMERICA NA BAL          BANK OF AMERICA NA
05192003                        05192003

*FILENAME:00000284.tif
*OFFSET:
UDIKEY:0x010000007918C93EA5370000BF180000
*FILENAMEBack:00000285.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



REGINALD CLARK
1168 5TH ST., N.E.
WASHINGTON DC 20002

1277

Date 5/18/03

.20030523 011092376
02 022 004-2072540

Pay To The Order Of  Chase

$ 1,000

One thousand  dollars                                    Dollars

HOYA FEDERAL
CREDIT UNION
P.O. Box 58198
Washington, D.C. 20037-1198

R C Clark

Memo

⑆254074675⑆    0000090688⑆  1277    ⑈0000100000⑈

© 2004 LIBERTY CHECK PRINTERS, INC.

*FILENAME:00000286.tif
*OFFSET:
UDIKEY:0x0100000098CCD33EE912000012100000
*FILENAMEBack:00000287.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

0826480318
05232003
0520-0027-8  FRB BALTIMD
ENT=1469  TRC=1504 PE=23

1733292296  949  39  848

CREDIT TO ACC
NAMED PAYEE V
OUT PREJUDIC
ABSENCE OF END
MENT GUARANTEE
BANK ONE, N.

*FILENAME:00000286.tif
*OFFSET:
UDIKEY:0x0100000098CCD33EE912000012100000
*FILENAMEBack:00000287.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0184



REGINALD CLARK
1166 5TH ST., N.E.
WASHINGTON DC 20002

Retail Vendor

1276

Date 5-14-03

20030523 011097497
02 054 .00

Pay To The
Order Of    CHASE                                    $ 1,003 31

One thousand three dollars    31/100            Dollars

HOYA FEDERAL
CREDIT UNION
P.O. Box 37100
Washington, D.C. 20013-1705

Memo                                    R Clark

⑆254074675⑆  00000090688⑈ 1276  ⑆0000100331⑈

*FILENAME:00000288.tif
*OFFSET:
UDIKEY:0x0100000098CCD33EE9120000F2230000
*FILENAMEBack:00000289.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

CHASE USA N A WILM DE 62-14 DE >031100144<
WITHOUT PREJUDICE 652203 $305875140022830 0031026 1 0 002
CU020-0027-6 - SUB BALTIMO
ENT=1494 TRC=0484 PR=23

BANK OF AMERICA VA N.A.
056007387  E4928 90 P33
05/22/03

42100P4526

*FILENAME:00000288.tif
*OFFSET:
UDIKEY:0x0100000098CCD33EE9120000F2230000
*FILENAMEBack:00000289.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0185



REGINALD CLARK
1166 5TH ST., N.E.
WASHINGTON DC 20002

Date 5/23/03

13-746/2548

1281

Pay To The
Order Of  VW Credit                    $ 1,000

One thousand dollars                     Dollars

HOYA FEDERAL
CREDIT UNION
P.O. Box 37186
Washington, D.C. 20057-1208

Memo  Acct # 806590192              R Clark

⑈254074675⑈  00000090688⑈  1281  ⑈0000100000⑈

*FILENAME:00000290.tif
*OFFSET:
UDIKEY:0x0100000063F7D43E882A0000801F0000
*FILENAMEBack:00000291.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

CREDIT TO
ACCOUNT OF
WITHIN
NAMED PAYEE
WITHOUT
PREJUDICE
CITIBANK
DELAWARE

0223585969
05282003
0520-0027-8  FRB BALTIMO
EXT=1832 TRC=1832 PE=23

CITIBANK DELAWARE
NEW CASTLE, DELAWARE

02887417

*FILENAME:00000290.tif
*OFFSET:
UDIKEY:0x0100000063F7D43E882A0000801F0000
*FILENAMEBack:00000291.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

Date 5/23/02

1282

15-74672540

Pay To The Order Of  Fidelity                    $ 1,000

One thousand dollars                    Dollars

**HOYA FEDERAL CREDIT UNION**
P.O. Box 57334
Washington D.C. 20053-1056

Acct 608128090

Memo 237393763                    R. Clark

⑆254074675⑆ 00000906888⑈ 1282  ⑆0000100000⑆

05272603 0523 896858

---

*FILENAME:00000292.tif
*OFFSET:
UDIKEY:0x0100000063F7D43E882A000081040000
*FILENAMEBack:00000293.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

---

0827447044
05282003
0520-0027-8  FRB BALTIMO
ENT=1834  TRC=4860  PK=23

T5463 183 96 11 05272603

0000128090483844155I020096050 PAY ANY
BK/ OR  FIDELITY INVESTMENTS

---

*FILENAME:00000292.tif
*OFFSET:
UDIKEY:0x0100000063F7D43E882A000081040000
*FILENAMEBack:00000293.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

1283

Pay To The Order Of Fidelity                    $ 1,000

One thousand dollars                                   Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 37108
Washington, D.C. 20013-1108

Acct 608128104

Memo 257793763

R Clark

⑈254074675⑈    0000090688⑈  1283  ⑈0000100000⑈

05232380 6523 096052

*FILENAME:00000294.tif
*OFFSET:
UDIKEY:0x0100000063F7D43E882A000082040000
*FILENAMEBack:00000295.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

0827447045
05262003
0520-0027-8 FRB BALTIMO
ENT=1834 TRC=1860 PK=23

5122251042

0000128104483844155102009 6052 PAY ANY
DR/CR FIDELITY INVESTMENTS

*FILENAME:00000294.tif
*OFFSET:
UDIKEY:0x0100000063F7D43E882A000082040000
*FILENAMEBack:00000295.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



202 5476530
202 6879357

**REGINALD CLARK**
1166 5TH ST., N.E.
WASHINGTON DC 20002

1286

92 829-8012

15-7467/2540

Pay To The Order Of  *Liljenquist & Beckstead*   $ 1,000

One thousand dollars   Dollars

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 37108
Washington, D.C. 20013-1104

Memo  L Oan # 17748

⑆254074675⑆ 0000090688⑆ 1286 ⑆0000100000⑈

*FILENAME:00000296.tif
*OFFSET:
UDIKEY:0x010000005E6AE73E950900004E190000
*FILENAMEBack:00000297.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

---

012350745 6
06/12/2003
0520-0027-8 FRB BALTIMO
ENT=4070 TRC=4070 PE=06

S004485830 P.II

Acct 0272790001 2003/06/10

CB19310r>052101012<

*FILENAME:00000296.tif
*OFFSET:
UDIKEY:0x010000005E6AE73E960900004E190000
*FILENAMEBack:00000297.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX



**Derrick Eatmon**
9301 Edmonston Road
Greenbelt, Md. 20770

DATE 6/10/03                                    **1011**

15-7457/2540

PAY TO THE
ORDER OF  *American Express*                          $ *5,438.82*

*Five thousand Four hundred and thirty Eight 82/100*              DOLLARS

**HOYA FEDERAL**
CREDIT UNION
P.O. Box 37035
Washington, D.C. 20013-1106

*Derrick Eatmon*

MEMO

⑆254074675⑆                        1011    ⑈000054388 2⑈

*FILENAME:00000298.tif
*OFFSET:
UDIKEY:0x0100000864AEF3E42650000C5480000
*FILENAMEBack:00000299.tif
*OFFSETBack:
FRONT_TOKEN:XXX

---

*FILENAME:00000298.tif
*OFFSET:
UDIKEY:0x0100000864AEF3E42650000C5480000
*FILENAMEBack:00000299.tif
*OFFSETBack:
FRONT_TOKEN:XXX

C 0190

Derrick Eatmon
9301 Edmonston Road
Greenbelt, Md. 20770

DATE **6-17-03**

1008

20030619 011103235
02 020 0012

15-7487/2540

PAY TO THE
ORDER OF **Ebony House**

$ **2,000.00**

**two thousand dollars** _____ DOLLARS

HOYA FEDERAL
CREDIT UNION
P.O. Box 55108
Washington, D.C. 20057-1305

MEMO **Wedding**

*Derrick Eatmon*

⑆254074675⑆  1008  ⑈0000200000⑈

© LIBERTY

*FILENAME:00000300.tif
*OFFSET:
UDIKEY:0x0100000027EBF13E9E520000950E0000
*FILENAMEBack:00000301.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

SUNTRUST BLT    06192003
RICHMOND, VA
5405-012    ⑈0510000204

4700019350

0526893249
06192003
0520-0027-8_  FOR BALTIMO
BRT-92463 TR#-254 FC-231
00006576  1443  030618

RICHMOND, VA
⑈0510000204⑈
SUNTRUST—S T

*FILENAME:00000300.tif
*OFFSET:
UDIKEY:0x0100000027EBF13E9E520000950E0000
*FILENAMEBack:00000301.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

C 0191



**1613**

*Tonia M. Shuler*
*4362 Southern Ave SE*
*Washington, DC 20019*

Date 6-20-03

20030626 011056463
01 069 0012

Pay to the order of *Theodores*                 $ 3,291.50

*Three Thousand Two Hundred Ninety One* Dollars

HOYA FEDERAL
CREDIT UNION
P.O. Box 57105
Washington, DC 20037-1105

Memo *Safe*                         *Tonia Shuler*

⑆254074675⑆          1613   ⑈000032915,0⑈

QUALITY ENTERPRISES, INC. 2002

---

*FILENAME:00000302.tif
*OFFSET:
UDIKEY:0x010000004031FB3ED5630000E6370000
*FILENAMEBack:00000303.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

---

0225516288
06262003
0520-0027-8   FRB BALTIMO
ERT=1390  TRC=1351  PK=23

JUN 25 03

FOR DEPOSIT ONLY
THEODORE'S

---

*FILENAME:00000302.tif
*OFFSET:
UDIKEY:0x010000004031FB3ED5630000E6370000
*FILENAMEBack:00000303.tif
*OFFSETBack:
FRONT_TOKEN:XXX
BACK_TOKEN:XXX

**C U Protection**

APR 1 9 2004

C 0192          Claims

# **Appendix G:   Bank Reconciliation Discrepancies**

C U Protection

APR 1 9 2004

Claims

_JPEG_

Page 1

| Wachovia - Bank Deposits | | Posted to G/L | Actual Amt. deposited in Bank | Diff |
|---|---|---|---|---|
| 05/24/02 Bank Deposit | GL | 34,356.58 | | |
| 05/31/02 Wachovia-check deposit (5/24 checks) | C | 7-114 | 25,276.58 | 9,080.00 |
| 06/04/02 Bank Deposit | GL | 41,982.76 | | |
| 06/04/02 Wachovia-check deposit | C | | 41,962.76 | 20.00 |
| 06/06/02 Bank Deposit | GL | 52,068.79 | | |
| 06/26/02 Wachovia-check deposit (6/6 checks) | C | 7-104 | 49,507.79 | 2,561.00 |
| 06/11/02 Bank Deposit | GL | 31,270.27 | | |
| 06/13/02 Wachovia-check deposit | C | | 31,330.27 | (60.00) |
| 06/18/02 ADJ & DEP 6/7/2 | C | | 20.00 | (20.00) |
| 07/15/02 ADJ & DEP 7/5/02 | C | 70.00 | | 70.00 |
| 07/23/23 ADJ & DEP 7/18/02 | C | | 70.00 | (20.00) |
| 07/24/02 Foreign currency exchange 8341 | GL | | 116.18 | (116.18) |
| 07/31/02 Bank Deposit | GL | 31,382.72 | | |
| 08/07/02 Wachovia-check deposit (7/31 checks) | C | 7-102 | 25,092.72 | 6,290.00 |
| 08/07/02 Deposit Overage | GL | 20.00 | | 20.00 |
| 08/09/02 Bank Deposit | GL | 28,061.03 | | |
| 08/21/02 Wachovia-check deposit (8/9 checks) | C | 7-101 | 24,334.03 | 3,727.00 |
| 08/23/02 Bank Deposit | GL | 21,648.24 | | 21,648.24 |
| 08/29/02 Bank Deposit | GL | 67,762.44 | | |
| 09/16/02 Wachovia-check deposit (8/29 checks) | C | | 61,404.16 | 6,358.28 |
| 09/23/02 Bank Deposit | GL | 32,503.76 | | |
| 09/27/02 Wachovia-check deposit (9/23 checks) | C | 7-122 | 26,171.78 | 6,331.98 |
| 10/11/02 Bank Deposit | GL | 14,075.51 | | |
| 10/25/02 Wachovia-check deposit (10/11 checks) | C | 7-121 | 9,393.36 | 4,682.15 |
| 11/14/02 Bank Deposit | GL | 39,559.78 | | |
| 11/19/02 Wachovia-check deposit | C | | 39,559.00 | 0.78 |
| 12/02/02 Bank Deposit | GL | 104,482.82 | | |
| 01/24/03 Wachovia-check deposit (12/02 checks) | C | 7-120 | 97,659.82 | 6,823.00 |
| 01/02/03 ADJ & DEP 12/27/02 | C | 1,800.00 | | 1,800.00 |
| 01/10/03 Bank Deposit | GL | 57,955.58 | | |
| 01/14/03 Wachovia - Check Deposit (1/10) | C | | 57,958.58 | (3.00) |
| 01/15/03 Bank Deposit | GL | 50,592.65 | | |
| 01/24/03 Wachovia-check deposit (1/15 checks) | C | 7-119 | 48,203.65 | 2,389.00 |
| 01/27/03 Bank Deposit | GL | 42,263.16 | | |
| 02/20/03 2/12 Wachovia Dep (1/27 checks) | C | | 38,419.16 | 3,844.00 |
| 01/30/03 ADJ & DEP 1/23/03 | C | 117.14 | | 117.14 |
| 02/06/03 ADJ & DEP 1/21/03 | C | | 20.00 | (20.00) |
| 02/05/03 Bank Deposit | GL | 22,603.60 | | |
| 02/07/03 Wachovia - Check Deposit | C | | 22,603.00 | 0.60 |
| 02/13/03 ADJ & DEP 2/7/03 | C | 118.92 | | 118.92 |
| 03/07/03 Bank Deposit (cash 4480.00+cks recd 40,642.78) | GL | 45,122.78 | | 45,122.78 |
| 03/28/03 Wachovia-check deposit (3/7 checks - $2,000.00) | C | 7-118 | 38,642.78 | (38,642.78) |
| 04/03/03 Wachovia Deposit | GL | 53,424.66 | | 53,424.66 |
| 04/10/03 Bank Deposit | GL | 75,914.70 | | |
| 04/14/03 Wachovia deposit | GL | | 75,914.73 | (0.03) |
| 04/18/03 Bank Deposit | GL | 31,729.79 | | |
| 04/23/03 Wachovia-check deposit (4/18 checks) | C | 7-103 | 21,242.32 | 10,487.47 |
| 04/23/03 Bank Deposit | GL | 25,080.87 | | 25,080.87 |
| 04/22/03 Wachovia-check deposit | C | | 49,508.66 | (49,508.66) |
| 04/28/03 Bank Deposit | GL | 40,784.56 | | 40,784.56 |
| 04/30/03 Bank Deposit | GL | 20,109.11 | | 20,109.11 |
| 05/07/03 Bank Deposit | GL | 25,190.28 | | |
| 05/19/03 Wachovia-check deposit (5/7 checks) | C | 7-111 | 21,195.28 | 3,995.00 |
| 05/09/03 Bank Deposit | GL | 46,084.39 | | 46,084.39 |
| 05/12/03 Wachovia-check deposit | C | 7-112 | 14,949.11 | (14,949.11) |
| 05/13/03 Wachovia-check deposit | C | | 44,309.39 | (44,309.39) |
| 05/14/03 Bank Deposit | GL | 49,866.96 | | 49,866.96 |
| 05/22/03 Wachovia-check deposit (5/14 checks) | C | 7-109 | 46,599.96 | (46,599.96) |
| 05/19/03 Bank Deposit | GL | 47,836.70 | | |
| 05/23/03 Wachovia-check deposit (5/19 checks) | C | 7-107 | 40,564.70 | 7,272.00 |

C 0194

✗ fools

7-100(1/2)

| Date | Description | | Amount | | |
|------|-------------|---|--------|---|---|
| 05/19/03 | Wachovia-check deposit | C | 7-110 38,313.56 | | (38,313.56) |
| 05/22/03 | Wachovia-check deposit | C | 7-108 21,104.67 | | (21,104.67) |
| 06/02/03 | Bank Deposit | GL | 77,366.56 | | |
| 06/20/03 | Bank Deposit (6/2 checks) | C | 7-106 66,512.19 | | 10,854.37 |
| 06/04/03 | Bank Deposit (cash recd 5727.00+cks recd 47828.67 ---(missing cash out $620.00 in GL 729200) | GL | 53,555.67 | | |
| 06/06/03 | Wachovia-check deposit | C | | 52,604.17 | 951.50 |
| 06/06/03 | Bank Deposit | GL | 27,694.24 | | 27,694.24 |
| 06/11/03 | Bank Deposit | GL | 43,360.58 | | 43,360.58 |
| 06/20/03 | Wachovia-check deposit | C | 7-105 67,033.82 | | (67,033.82) |
| 06/30/03 | Bank Deposit | GL | 60,831.62 | | 60,831.62 |
| 07/02/03 | Bank Deposit | GL | 44,667.41 | | 44,667.41 |
| | | | | | 202,718.25 |

C 0195

7 - 100 (2/2)

REDACTED

| Account | Amount | Date | Check Number |
|---------|--------|------|--------------|
| | 0002433403 | 20020820 | 000254074675 |





REDACTED

| Account | Amount | Date | Check Number |
|---------|--------|------|--------------|
| | 0002509272 | 20020806 | 000254074675 |





REDACTED



REDACTED

| Account | Amount | Date | Check Number |
|---|---|---|---|
| | 0004950779 | 20020625 | 000254074675 |





REDACTED

| Account | Amount | Date | Check Number |
|---|---|---|---|
| ▮▮▮▮▮▮ | 0006703382 | 20030619 | 000254074675 |



CASH MANAGEMENT DEPOSIT  TO REORDER CALL 1-800 290-4041

DEPOSIT TICKET

MID-ATLANTIC CORPORATE FCU
GEORGETOWN UNIVERSITY EMPLOYEES FCU
254074675

FIRST Union

First Union National Bank
firstunion.com
MD 07/2003

63-5/212
BRANCH 14395

CURRENCY

COIN

CHECKS (List Separately)

TOTAL FROM ATTACHED LIST

67633 82

TOTAL 67633 82

67033 82

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

⑈0254074675⑈  ⑆5475⑈9509⑈ ▮▮▮▮▮  ⑈⑈00067033 82⑈

JUN 19 2003

TELLER NO. 001
20200

FIRST UNION NATIONAL BANK
GEORGETOWN BRANCH

▶0310000▮
FIRST UNION NATL STA ▮▮▮
PHILADELPHIA PA. 06192263
4817929061

C 0200

REDACTED

| Account | Amount | Date | Check Number |
|---|---|---|---|
| | 0006651219 | 20030619 | 000254074675 |



⑆0254074675⑆ ⑉5475⑈9509⑈ ⑉0006651219⑉



REDACTED



| Account | Amount | Date | Check Number |
|---|---|---|---|
|  | 0004056470 | 20030522 | 000254074675 |



REDACTED

| Account | Amount | Date | Check Number |
|---------|--------|------|--------------|
| | 0002110467 | 20030521 | 000254074675 |



CASH MANAGEMENT DEPOSIT   TO REORDER CALL 1-888-200-4041

First Union National Bank
firstunion.com
O/a 073  R/T 031700023

MID-ATLANTIC CORPORATE FCU
HOYA FEDERAL CREDIT UNION
254074675

5-19-03

⑈02540746750 ⑆5475⑈9509⑆          1⑈00021104670⑆

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT.

▶031000011◀
FIRST UNION NATL SVC-141
PHILADELPHIA PA 05212003
4819119343

REDACTED

| Account | Amount | Date | Check Number |
|---|---|---|---|
| | 0004659996 | 20030521 | 000254074675 |



⑆0254074675⑆ ⑆5475⑆9509⑆ ⑈0004659996⑈

CHECKS AND OTHER ITEMS ARE RECEIVED FOR DEPOSIT SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND ANY APPLICABLE COLLECTION AGREEMENT

▶031000011◀
FIRST UNION NATL SVC-141
PHILADELPHIA PA 05212003

481911926?

**WACHOVIA**

REDACTED

| Account | Amount | Date | Check Number |
|---------|--------|------|--------------|
| | 0003831356 | 20030516 | 000254074675 |





# WACHOVIA

111-4

REDACTED

| Account | Amount | Date | Check Number |
|---------|--------|------|--------------|
| | 0002119528 | 20030516 | 000254074675 |





C 0206

**WACHOVIA**

ᆮ11-ㄴ

| Account | Amount | Date | Check Number | REDACTED |
|---|---|---|---|---|
| | 0001494911 | 20030509 | 000254074675 | |



⑆0254074675⑆ ⑉5475⑉9509⑆ ⑈0001494911⑈

▶0310000114
FIRST UNION NATL SVC-141
PHILADELPHIA PA 65052603
4912488017

C 0207

RE...TLL

| Account | Amount | Date | Check Number |
|---|---|---|---|
| 0 ███████ | 0003720473 | 20020521 | 000254074675 |

CASH MANAGEMENT DEPOSIT  TO REORDER CALL 1-888-259-4041

MID-ATLANTIC CORPORATE FCU
HOYA FEDERAL CREDIT UNION
254074675

**FIRST UNION**
First Union National Bank
firstunion.com
Org. 073  A/T 021200025

DATE 5-17-02

CURRENCY

COIN

CHECKS LIST EACH SEPARATELY

DOLLARS CENTS

37 204 73

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

TOTAL FROM OTHER SIDE
OR ATTACHED LIST

**TOTAL**  37 204 73

37 204 73

⑈0254074675⑈ ⑆5475⑆9509⑆ ███████ 1⑈0003720473⑈

⑆031000011⑈
FIRST UNION NATL SVC-141
PHILADELPHIA PA 95212092

4911747604

REDACTED

| Account | Amount | Date | Check Number |
|---------|--------|------|--------------|
| | 0002527658 | 20020530 | 000254074675 |



**WACHOVIA**

511-4

REDACTED

| Account | Amount | Date | Check Number |
|---|---|---|---|
| | 0006263296 | 20020521 | 000254074675 |



411-4

REDACTED

| Account | Amount | Date | Check Number |
|---|---|---|---|
| 0002509587 | 20020502 | 000254074675 |





811-L

REDACTED

| Account | Amount | Date | Check Number |
|---|---|---|---|
| 0 | 0003864278 | 20030327 | 000254074675 |



⑆0254074675⑆ ⑆5475⑄9509⑆ ⑈ 1⑆0003864278⑈

C 0213

511-L

REJECTED

| Account | Amount | Date | Check Number |
|---|---|---|---|
| | 0004820365 | 20030123 | 000254074675 |

CASH MANAGEMENT DEPOSIT  TO REORDER CALL 1-800-250-4043

MID-ATLANTIC CORPORATE FCU
HOYA FEDERAL CREDIT UNION
254074675

58-9/212
BRANCH 94200

*First Union National Bank*
firstunion.com
Org 075 R/T 021200025

FIRST UNION

DATE  1-21-03

DOLLARS | CENTS

CURRENCY
COIN
CHECKS LIST EACH SEPARATELY

48,303  65

TOTAL FROM OTHER SIDE
OR ATTACHED LIST

TOTAL  48,303  65

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

48,303  65

⑈025407467⑈ ⑆5475⑈9509⑈ ⑈000482036⑈

►0310000114◄
FIRST UNION NATL SVC-141
PHILADELPHIA PA 01232003
4911074230

C 0214

**WACHOVIA**

021-L

17-120

REDACTED



| Account | Amount | Date | Check Number |
|---|---|---|---|
| | 0009765982 | 20030123 | 000254074675 |

C 0215

REDACTED





WACHOVIA

7-121

C 0216

REDACTED

MID-ATLANTIC CORPORATE FCU
HOYA FEDERAL CREDIT UNION
25407 4675

FIRST UNION
First Union National Bank
firstunion.com
Op. 073 R/T 031200025

DATE 9-27-02

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| CHECKS LIST EACH SEPARATELY | 26,171 | 78 |
| DEPOSIT TO ACCT# 2030000105522 AMOUNT $26,171.78 | | |
| TOTAL FROM OTHER SIDE OR ATTACHED LIST | | |
| TOTAL | 26171 | 78 |

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

CASH MANAGEMENT DEPOSIT TO REORDER CALL 1-888-258-4048

⑆031200025⑆ 954 [redacted] ⑈0002617178⑈

[redacted] 0002617178 20020926 0002540746 75

Account Amount Date Check Number

7-122

C 0217

WACHOVIA

REDACTED



C U Protection

APR 1 9 2004

Claims

C 0218

7-123