IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.   )
                                )
        Plaintiff,              )
                                )   Civil Action No.: 1:05cv01277 (PLF)(DAR)
v.                              )   Next Event: Discovery Cutoff
                                )               11/12/2007
REGINALD CLARK, et al.          )
                                )
        Defendants.             )
_____)

## AFFIDAVIT OF SUE AUCREMANN

I, Sue Aucremann, Subrogation Specialist, hereby state and affirm under oath the following facts are true and accurate to the best of my knowledge and belief:

1. I am a subrogation specialist for CUMIS Insurance Society, Inc. ("CUMIS");

2. CUMIS insures Hoya Federal Credit Union (the "Credit Union") located in Washington, D.C., against loss occasioned by theft, fraud and/or employee dishonesty.

3. The Credit Union submitted a Proof of Loss due to monetary damages suffered by the actions of Reginald Clark.

4. Hoya submitted a proof of loss to CUMIS pursuant to its bond. To date, CUMIS has paid the credit union more than $540,196.14 as a result of Reginald Clark's actions and is subrogated to Hoya's rights under the bond.

_____
Sue Aucremann

*[signature]*
Sue Aucremann

STATE OF WISCONSIN
COUNTY OF DANE, to wit:

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that SUE AUCREMANN, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 7th day of NOVEMBER, 2007.

*[signature]*
Notary Public

My Commission Expires: 6/8/08

2