UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REGINALD CLARK, et al.,<br><br>Defendants. | Civil Action No. 05-1277<br>PLF/DAR |

## SCHEDULING ORDER

It is, for the reasons set forth on the record on August 1, 2007,

**ORDERED** that the status hearing scheduled for August 1, 2007 is continued to Monday, August 20, 2007 at 3:30 p.m. in Courtroom 4 on the second floor of the United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C.; and it is

**FURTHER ORDERED** that Defendant Reginald Clark shall attend the hearing unless counsel has entered an appearance on his behalf; and it is

**FURTHER ORDERED** that the Clerk of the Court shall transmit a copy of this order to Defendant Reginald Clark at his address of record by certified mail and request a return receipt.

August 2, 2007

_____/s/_____
DEBORAH A. ROBINSON
United States Magistrate Judge