IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.: 1:05cv01277 (PLF)(DAR)<br>Next Event:    Discovery Close<br>                         11/12/2007 |

### AFFIDAVIT OF BENJE SELAN

I, Benje Selan, hereby state and affirm that the following is true and accurate to the best of my knowledge and belief.

1. I am an attorney in the employ of Cochran & Owen, LLC.

2. My office is located at 8000 Towers Crescent Drive, Suite 160, Vienna, VA 22182.

3. I represent CUMIS Insurance Society, Inc. in the above-captioned matter.

4. On August 20, 2007, I attempted to serve Reginald Clark with a copy of CUMIS' Second set of Request for Admissions, via hand-delivery. Reginald Clark refused to accept the Second set of Request for Admissions.

5. In addition to mailing the Request for Admissions on September 6, 2007, I provided an additional copy to Reginald Clark, via hand-delivery, on October 5, 2007, by including it in a separate envelope with a copy of the discovery materials delivered to Reginald Clark.

6. On October 11, 2007, I appeared at the U.S. District Court for the District of Columbia to attend a scheduled status conference in the above-captioned matter.

7. Prior to the status conference I had the occasion to briefly speak with Reginald Clark regarding the taking of his deposition.

8. At that time Reginald Clark informed me that he would not allow CUMIS to ever take his deposition.

_____
Benje Selan

COMMONWEALTH OF VIRGINIA    :
                            :   to wit
COUNTY OF FAIRFAX           :

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that Benje Selan, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 8th day of November, 2007.

_____
Notary Public

My Commission Expires: 10/31/2011

