## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC.          )
                                       )
      Plaintiff,                       )
                                       )       Civil Action No.: 1:05cv01277 (PLF)(DAR)
v.                                     )       Next Event:   Close of Discovery
                                       )                     11/12/2007
REGINALD CLARK, et al.                 )
                                       )
      Defendants.                      )
_____)

### ORDER

This _____ day of _____, 2007, came the parties, by counsel, and argued

Plaintiff's Motion to For Summary Judgment or, in the Alternative, Motion For Default

Judgment Against Defendant Reginald Clark filed herein.

Upon the matters presented to the Court at the hearing, it is

ADJUDGED, ORDERED AND DECREED as follows:

The Court does hereby GRANT the Plaintiff's Motion For Summary Judgment Against

Defendant Reginald Clark..


_____
Deborah A. Robinson
United States District Court

Copies to:

Amy S. Owen                                    Reginald Clark
Cochran & Owen, LLC                            1166 5th Street, N.E.
8000 Towers Crescent Drive, Suite 160          Washington, DC  20002
Vienna, VA  22182                              Rc228@georgetown.edu
Aowen@cochranowen.com

Counsel for Plaintiff                          Pro Se Defendant