IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>REGINALD CLARK, et al. )<br>)<br>Defendants. )<br>) | Civil Action No.:<br>1:05cv01277 (PLF)(DAR)<br><br>Discovery closed:<br>November 12, 2007 |

SS, Maryland:

I, REGINALD CLARK, do hereby swear and affirm under oath that the following facts are true and accurate to the best of my knowledge, information, and belief:

1. That I am Reginald Clark, a Defendant in the above-captioned civil action.

2. That I was an employee of Hoya Federal Credit Union, located in 3700 Reservoir Road, NW, Washington, D.C., on the campus of Georgetown University, from September 2001 through July 2003.

3. That before I became a permanent employee of Hoya Federal Credit Union, I was a consultant for the business from May 2001 until September 2001.

4. That during my period of full-time employment with Hoya Federal Credit Union, my job title was Accountant, but I was asked to perform Teller duties on a daily basis.

5. That, according to an independent audit performed by the National Credit Union Association and reported on December 31, 2001, Hoya Federal Credit Union was out of balance from at least May through November 2000, prior to when I became an employee.

6. That as an Accountant, I was not solely responsible for maintaining the unit ledger, financial statements, accounts payable and accounts receivable.