22. That I believed the Court would grant my request to reschedule the October 18, 2007 conference because the October 18 conference was, itself, rescheduled from a prior date.

I HEREBY SWEAR AND AFFIRM, UNDER PENALTY OF PERJURY, THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT, TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____            Dated: 11/28/07
Reginald Clark