*[handwritten: BUD Reports Prepared By Regulators]*

Hoya Federal Credit Union
Procedural Findings
December 31, 2001                                                                                            Page 5

Reconciliation worksheets were not prepared for the ATM deposits, accrued interest and cash short (over) accounts. In addition, we were unable to substantiate the accuracy of entries for the allowance for loan loss, undivided earnings and reserves accounts as the credit union could not provide us with prepared detailed general ledger history of activity from May 2000 through November 2000.

### NEGATIVE SHARES

The credit union had $11,267.48 of negative shares/sharedraft accounts as of December 31, 2001. If these large negative balances are due to members using the automated teller machine when the network is down, then those members who abuse their ATM privilege should have their ATM cards revoked. In addition, management should enforce Regulation CC (Availability of Funds) holds on member deposits made by check or sharedraft.

### EXPENSES

It is our recommendation that the credit union manager indicate her approval on all invoices to be processed for payment. She has indicated she will do so in the future. The Supervisory Committee should also review corporate credit card activity on the credit union's charge card on at least a quarterly basis.

### LOANS

There were two loans in which the interest rate was set at 0 percent. Management was unable to locate or provide us a reason why these loans should be at a zero balance.

### BOARD OF DIRECTORS

*Insurance Coverage Review.* The minutes of the Board of Directors did not indicate any review of the credit union's bond and liability insurance coverage. This review is required by NCUA regulations annually. We recommend the Board review the coverage each year at the time of renewal and that this be documented in the minutes.

*Asset Liability Management Policy.* An asset liability management policy is in place; however, the Board of Directors last reviewed it on May 17, 2000. In accordance with NCUA regulations credit union investment and asset liability management policies should be reviewed and updated annually.

The credit union was unable to locate the minutes from the September 18, 2000, Board meeting.