## Benje Selan

**From:** Benje Selan
**Sent:** Thursday, August 10, 2006 7:42 AM
**To:** 'David W. Lease'
**Subject:** CUMIS v. Hoya

David,

I have the CD Roms from Hoya Federal Credit Union containing all of the records for the years pertinent to the complaint. There are 52 CD Roms which we had to sign for. As such, I would like to make them available to your expert to review in our office.

Also, you should have received a box of documents from my office with additional responsive materials enclosed.

Please call me to arrange for a convenient time when your expert would like to review the CD Roms.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

# Benje Selan

**From:** Benje Selan
**Sent:** Thursday, August 17, 2006 5:15 PM
**To:** 'David W. Lease'
**Subject:** CUMIS v. Clark, et al.

David,

I am contacting you regarding the member records you requested through discovery. I sent an email to you on August 10, 2006 about the CD ROMS we signed out from Hoya FCU. Again, there are 52 CDs containing information. Due to the fact that we are responsible for these items, I would like to find a convenient time when your expert could review the information in our offices.

Please contact me with any proposed dates.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

# Benje Selan

**From:** David W. Lease [dlease@slglaw.com]
**Sent:** Tuesday, August 22, 2006 11:28 AM
**To:** Benje Selan
**Subject:** RE: CUMIS v. Clark, et al.

Ben

I would ask if you could provide copies of the CD ROMS to me pursuant to the protective order.

Regards,

David W. Lease
Smith, Lease & Goldstein, LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950
Fax: (301) 838-0322
email: dlease@slglaw.com

**From:** Benje Selan [mailto:bselan@cochranowen.com]
**Sent:** Thursday, August 17, 2006 5:15 PM
**To:** David W. Lease
**Subject:** CUMIS v. Clark, et al.

David,

I am contacting you regarding the member records you requested through discovery. I sent an email to you on August 10, 2006 about the CD ROMS we signed out from Hoya FCU. Again, there are 52 CDs containing information. Due to the fact that we are responsible for these items, I would like to find a convenient time when your expert could review the information in our offices.

Please contact me with any proposed dates.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

12/10/2007

## Benje Selan

**From:** Benje Selan
**Sent:** Monday, October 02, 2006 2:39 PM
**To:** 'David W. Lease'
**Subject:** CUMIS v. Clark, et al.

David,

To reiterate our conversation, the disks containing the banking information are unable to be copied. Galaxy Plus Credit Union Systems is the data processing service utilized by Hoya Federal Credit Union to produce the information. Absent a subpoena, Galaxy Plus Credit Union Systems will not distribute the information. Costs to produce copies of the disks is in the range of $250.00/disk.

Galaxy Plus Credit Union Systems
75 Remittance Drive, Suite 6942
Chicago, IL  60675-6942
(800) 876-9000

Please contact me should you wish to review the disks at our office and print out reports of relevant reports.

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

12/10/2007

# Benje Selan

**From:** David W. Lease [dlease@slglaw.com]
**Sent:** Monday, November 20, 2006 4:28 PM
**To:** Benje Selan
**Subject:** RE: CUMIS v. Clark

Ben

The status report is fine. If you look at your 10/2/06 email, you state that reproduction of each CD ROM is $250.00. I used your number to calculate the $13,000 figure.

Regards,

David W. Lease
Smith, Lease & Goldstein,LLC
11 North Washington Street
Suite 520
Rockville, Maryland 20850
Phone: (301) 838-8950
Fax: (301) 838-0322
email: dlease@slglaw.com

**From:** Benje Selan [mailto:bselan@cochranowen.com]
**Sent:** Monday, November 20, 2006 8:42 AM
**To:** David W. Lease
**Subject:** CUMIS v. Clark

David,

Attached is a draft of the Joint Status Report. Please forward your comments and suggestions.

Also, regarding the cost to reproduce the CD-ROMs, the price is $1,300, not $13,000 to reproduce the entire batch of 52 CD-ROMs. A subpoena would still be necessary due to the proprietary nature of the information contained on the CD-ROMs.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

12/10/2007