**FILED**

OCT - 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CUMIS INSURANCE SOCIETY, INC. )
)
Plaintiff, )
) Civil Action No.: 1:05cv01277 (PLF) (DAR)
v. ) Next Event: Status Conference
) October 11, 2007
REGINALD CLARK, et al. )
)
Defendants. )
_____ )

## ORDER

This 1st day of October, 2007, upon consideration of ~~counsel and Reginald Clark, pro se, granted~~ Cumis Insurance Society, Inc's Motion To Reconsider And Modify Order Granting Motion To Compel filed herein, to which Plaintiff filed no opposition or other response, ~~Upon the motions presented to the Court at the hearing,~~ it is hereby

ORDERED, that Cumis Insurance Society, Inc's Motion To Reconsider And Modify Order Granting Motion To Compel is granted; and it is hereby

ORDERED, that Reginald Clark shall not be entitled to documents which would be treated confidential under the existing Protective Order unless he coordinates with CUMIS on the reasonable delivery or pick-up of the documents so that they can be delivered securely and prevent their review by third parties; and it is hereby

ORDERED, that to the extent that Reginald Clark requests original documentation or documents which have otherwise been made available in electronic format, then CUMIS Insurance Society, Inc. shall provide Reginald Clark with an estimate of the search and production cost of any documents kept at the Nation's Capital Archives and Reginald Clark will be responsible for all costs incurred in the production of documents held at the Nation's Capital

Archives, and shall reimburse CUMIS Insurance Society, Inc. no later than fourteen (14) days after the presentment of a bill for such costs.

October 1, 2007

~~September~~

_____
~~United States District Court Judge~~
Deborah A. Robinson
U.S. Magistrate Judge

Copies to:

Amy S. Owen  
Cochran & Owen, LLC  
8000 Towers Crescent Drive, Suite 160  
Vienna, VA 22182

Reginald Clark  
1166 5th Street, N.E.  
Washington, DC 20002

Counsel for Plaintiff