

Admitted in VA & DC

# COCHRAN & OWEN

bselan@cochranowen.com
direct dial: 703-847-4494

August 27, 2007

<u>VIA FIRST CLASS AND ELECTRONIC MAIL</u>

Reginald Clark
1166 5th Street, N.E.
Washington, D.C. 20002

  Re: CUMIS Insurance Society, Inc. v. Reginald Clark, et al.
     Case No.: 1-05CV01277

Mr. Clark,

  Pursuant to Judge Robinson's Order dated August 24, 2007 please contact me to arrange for the delivery of the requested materials. You may reach me telephonically at (703) 847-4494 or through e-mail: bselan@cochranowen.com.

  Please contact me as soon as possible.

           Sincerely,

           Ben Selan

## Benje Selan

**From:** Benje Selan
**Sent:** Monday, August 27, 2007 4:59 PM
**To:** 'rc228@georgetown.edu'
**Subject:** CUMIS v. Clark

Mr. Clark,

Pursuant to Judge Robinson's Order, dated August 24, 2007, please contact me to arrange for the delivery of the requested materials. You may reach me at (703) 847-4494.

A copy of correspondence sent August 27, 2004 requesting the same action is attached.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

12/10/2007

## Benje Selan

**From:** Benje Selan
**Sent:** Friday, September 07, 2007 4:41 PM
**To:** 'rc228@georgetown.edu'
**Subject:** CUMIS v. Clark

Mr. Clark,

I am still awaiting contact from you regarding the documents you have requested which are in my possession (roughly 1300 documents). These documents include confidential information, including account numbers and, as such, will not be left at your home without someone present.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com



## COCHRAN & OWEN

Admitted in VA & DC

bselan@cochranowen.com
direct dial: 703-847-4494

September 12, 2007

<u>VIA FIRST CLASS AND ELECTRONIC MAIL</u>

Reginald Clark
1166 5th Street, N.E.
Washington, D.C. 20002

    Re:   CUMIS Insurance Society, Inc. v. Reginald Clark, et al.
           Case No.: 1-05CV01277

Mr. Clark,

    Thank you for acknowledging my prior correspondence regarding the discovery documents. I will have the documents couriered to your address based upon your availability. Please call or e-mail me to confirm an appropriate date and time to deliver the materials.

    Also, I would like to coordinate your availability to review Credit Union documents which are currently maintained off-site in Woodbridge, Virginia at an archival storage facility. Accommodations are available at the facility to review archived materials.

    Please contact me as soon as possible, either telephonically at (703) 847-4494 or through e-mail: bselan@cochranowen.com, in order to coordinate the delivery and review of relevant materials.

                                    Sincerely,

                                    Ben Selan

## Benje Selan

**From:** Benje Selan
**Sent:** Wednesday, September 12, 2007 4:55 PM
**To:** 'rc228@georgetown.edu'
**Subject:** Discovery Materials

Mr. Clark,

Please contact me as soon as possible to coordinate delivery and review of discovery materials.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

## Benje Selan

**From:** Benje Selan
**Sent:** Thursday, September 13, 2007 7:11 PM
**To:** 'rc228@georgetown.edu'
**Subject:** CUMIS v. Clark

Mr. Clark,

You did not stop by my office today to retrieve the documentation available to you as we had discussed yesterday. I have no way to contact you directly. If you could telephone me and let me know when you will be at your home, I will have the documentation couriered to your address.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

12/10/2007

# Benje Selan

**From:** Benje Selan
**Sent:** Monday, September 17, 2007 9:41 AM
**To:** 'rc228@georgetown.edu'
**Subject:** Discovery Materials

Mr. Clark,

I am still attempting to coordinate the delivery of the available discovery materials to you. As such, please contact me as soon as possible to establish a time and delivery for the items.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

12/10/2007

## Benje Selan

**From:** Benje Selan
**Sent:** Saturday, September 29, 2007 3:06 PM
**To:** 'Reggie Clark'
**Subject:** RE: Discovery Materials

Reggie,

I appreciate you contacting me regarding this matter. I will be happy to courier the documents to your attention. There are additional documents at an offsite archival facility which I will also make available to you subject to your availability. Please note that I will not be in the office prior to 10:30 am on Monday, but if you could leave me a message regarding when you will be home or email me the same, I will have the documents delivered to your address.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

-----Original Message-----
**From:** Reggie Clark [mailto:rc228@georgetown.edu]
**Sent:** Saturday, September 29, 2007 2:45 PM
**To:** Benje Selan
**Cc:** rc228@georgetown.edu
**Subject:** Re: Discovery Materials


----- Original Message -----


Good afternoon,

I have solve the potential problem:

It seems as if your emails are arrival as spam. I left a message yesterday giving notice

to delivery of the requested item. I will be at home, majority of the day on Moday and Tues. (Oct 1st

and 2nd) only. I will contact you first thing Monday to get a agreed upon time and date.

I also have composed an additional list of items that i would like to review. I will provide that info

12/10/2007

during the call. I will not be able to retrieve the items directly from your office.

Thank You

Reggie Clark

**From**: Benje Selan <bselan@cochranowen.com>
**Date**: Monday, September 17, 2007 9:40 am
**Subject**: Discovery Materials
> Mr. Clark,
>
>
>
> I am still attempting to coordinate the delivery of the available
> discovery materials to you. As such, please contact me as soon as
> possible to establish a time and delivery for the items.
>
>
>
> Sincerely,
>
>
>
> Ben Selan
>
> Cochran & Owen, LLC
>
> 8000 Towers Crescent Drive, Suite 160
>
> Vienna, VA 22182
>
>
>
> (703) 847-4494 (phone)
>
> (703) 847-4499 (fax)
>
>
>
> www.cochranowen.com
>
>
>
>
>

12/10/2007

## Benje Selan

**From:** Benje Selan
**Sent:** Tuesday, October 02, 2007 8:28 PM
**To:** 'rc228@georgetown.edu'
**Subject:** Discovery Documents

Mr. Clark,

Pursuant to your voice message and email correspondence from September 28 and September 29, respectively, I had the documents delivered to your home earlier today, Tuesday October 2, 2007. Neither you nor anyone else was present to sign for the documents. Again, please contact me to arrange for a time and place to assume possession of the discovery documents and to discuss when you are available to review the materials stored in the archives.

Sincerely,

Ben Selan
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182

(703) 847-4494 (phone)
(703) 847-4499 (fax)

www.cochranowen.com

12/10/2007