IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CUMIS INSURANCE SOCIETY, INC. ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 1:05cv01277 (PLF)(DAR) |
| v.           ) | |
| ) | |
| REGINALD CLARK, et al.   ) | |
| ) | |
| Defendant.   ) | |

### PRAECIPE REQUESTING A HEARING

Madame clerk, Defendant, Reginald Clark, through counsel, requests a hearing on Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

ODELUGO & JOHNSON, L.L.C.

__/s/ Anitha Johnson__
Anitha Johnson, #495672
6525 Belcrest Road
Suite 612
Hyattsville, Maryland 20782
(301) 832-3020
Attorney for the Defendant,
Reginald Clark

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served this 22nd day of January, 2008, via electronic service and first-class mail, postage prepaid, upon the following recipients:

Amy S. Owen, Esquire
Cochran & Owen, L.L.C.
8000 Towers Crescent Drive
Suite 160
Vienna, Virginia 22182
Aowen@cochranowen.com

                                      /s/ Anitha Johnson
                                      Anitha Johnson